

## IN THE DISTRICT COURT OF THE FOURTEEN JUDICIAL DISTRICT OF THE
## STATE OF OKLAHOMA SITTING IN AND FOR TULSA COUNTY

THE STATE OF OKLAHOMA                        )
                                             )
            Plaintiff,                       )
                                             )
v.                                           )        Case No. CF-2010-1906
                                             )
DAVID GEORGE CLARK,                          )
                                             )        DISTRICT COURT
            Defendant.                       )        F I L E D

                                                      MAR - 7 2016

### ORDER DENYING                            SALLY HOWE SMITH, COURT CLERK
### MOTION FOR JUDICIAL REVIEW               STATE OF OKLA. TULSA COUNTY

Defendant's Motion for Hearing/Judicial Review, filed February 17, 2016, is denied.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Defendant's

Motion is hereby denied.

**SO ORDERED** this _3rd_ day of _March_, 2016.

WILLIAM D. LaFORTUNE
DISTRICT COURT JUDGE

# OKLAHOMA BAR ASSOCIATION

Office of the General Counsel

June 4, 2015

David Clark
640457 W-A-104-U
P.O. Box 220
Hominy, OK 74035

RE:   Grievance against Christopher Michael Gault, IC-15-420

Dear Mr. Clark:

We have received your grievance against the above-referenced attorney.

We are not opening a formal investigation at this time.   Instead, we are sending Mr. Gault
a copy of your letter and requesting that he respond to us as soon as possible, but within
at most two weeks, about the matter set out in your letter. It is possible that in this
manner, the complaints made in your letter will be addressed and there will be no reason
for the General Counsel's office to conduct a formal investigation.

Under the Rules of the Oklahoma Bar Association as promulgated by the Supreme Court
of the State of Oklahoma, these matters must remain confidential.   We cannot provide
legal advice nor can we represent you in any pending litigation.   It is therefore essential
that you continue to protect your own legal interests.   If at any time you have any further
information you wish to be considered or investigated regarding your grievance, you are
welcome to provide the information to us.

Sincerely,

Steve Sullins
Assistant General Counsel

SLS/lb

1901 North Lincoln Blvd.
P.O. Box 53036
Oklahoma City, OK 73152-3036

office 405.416.7007
fax 405.416.7003
toll free 800.522.8065

www.okbar.org



Defendant : Mr. Sparks packed my property and my Hot Pot that I paid for did not go in my propert. It's on my property sheet that I had at Lawton and Lexington.

Defendant : Mr. Braggs had me locked back up over a PREA issue that they found no fault in me and had me shipped for it.

Defendant : Mrs. Billie does not treat us inmates with respect and she is a sick call nurse at Lexington Correctional Center.

Defendant : Mrs. Gray does not treat us inmates with respect. Defendants Mr. Sparks, ~~Braggs~~ and Mrs. Gray has problems with certain people with certain cases like child abuse cases. We are people too. We make mistakes I'm talking about us inmates as a whole not just me.

Tulsa did their part by making me admit to false charges on May 12, 2010.

I should not be discriminated against at all by anybody but I am by people of another race like white people because I'm a indian. I have a developmental disability and manic-depressive disorder too.
    I have sent my important papers to you that I have. I hope it will help.


Respectfully,
David Clark

Evidence
of land

*Federal Government*

OKC   25 U.S.C. §174
and
Reservation
18 U.S.C. §1151



Plate 5

HISTORICAL
MAP OF
OKLAHOMA
1867-1870

1867-1870

Lands shown in the upper right hand corner were in 1867 assigned as follows: 1 and 3 to the Peorias, Kaskaskias, Piankishaws and Weas; 4 to the Ottawas; 6 to the Wyandots; 2, 5 and 7 respectively to the Quawpaws, Shawnees and Senecas.

By agreement of October 21, 1867, the Apaches were confederated with the Comanches and Kiowas and were to occupy the same reservation.

By executive order of August 10, 1869 the Cheyennes and Arapahoes were granted the lands as shown on this plate in lieu of lands designated by the treaty of Medicine Lodge of October 28, 1867.



Indian Territory, 1886–1889

Nutshell Series

# Mental Health Law

in a nutshell®

JOHN E.B. MYERS



WEST
ACADEMIC
PUBLISHING



## X.  SENTENCING

At sentencing, judges often consider mitigating evidence, including evidence of mental illness or intellectual disability that reduces the defendant's culpability. In *Archer v. State*, 689 N.E.2d 678 (Ind. 1998), for example, the defendant pleaded guilty but mentally ill to attempted murder and other felonies. The trial judge sentenced him to prison for 165 years. On appeal, the Indiana Supreme Court ruled that the sentencing judge did not give sufficient weight to defendant's long history of mental illness. In light of this mitigating evidence, the Supreme Court lowered the sentence to just 125 years.

②

restored to competence, yet did not meet the criteria
for civil commitment to a hospital)

A mental health evaluation for competence to
stand trial consists of interviews with the defendant.
A number of screening tools are available. The
Competency Screening Test, for example, is a 22–
item sentence completion test that probes the
subject's understanding of the legal process. (*See
People v. Holt*, 386 Ill. Dec. 776, 21 N.E.3d 695 (2014);
*State v. Bostwick*, 296 Mont. 149, 988 P.2d 765
(1999)). The Competency to Stand Trial Assessment
Instrument is a semi-structured interview protocol
that yields a numeric score. None of the screening
tools is perfect. Except for obviously incompetent
defendants, there is no substitute for thorough
clinical assessment by an experienced mental health
professional.

In an effort to restore a defendant to competence to
stand trial, may the state medicate the defendant
with antipsychotic medications, against the
defendant's wishes? In *Sell v. United States*, 539 U.S.
166, 123 S. Ct. 2174 (2003), the Court said yes, "but
only if the treatment is medically appropriate, is
substantially unlikely to have side effects that may
undermine the fairness of the trial, and, taking
account of less intrusive alternatives, is necessary
significantly to further important governmental
trial-related interests." (*See United States v.
Loughner*, 672 F.3d 731 (9th Cir. 2012); *State v.
Lopes*, 355 Or. 72, 322 P.3d 512 (2014)). The
government must prove the need for medication by

## U. EFFECTIVE ASSISTANCE OF COUNSEL AND MENTAL ILLNESS DEFENSES

A defendant has a constitutional right to effective representation. (*Strickland v. Washington*, 466 U.S. 668, 104 S. Ct. 2052 (1984)). The Illinois Appellate Court described the *Strickland* standard: "To prevail



on a claim of ineffective assistance, a defendant must show both that counsel's representation fell below an objective standard of reasonableness and that there is a reasonable probability that, but for counsel's unprofessional errors, the result of the proceeding would have been different. . . . To establish that trial counsel's performance was deficient, a defendant must overcome the strong presumption that counsel's action or inaction was the result of sound trial strategy. A reviewing court is highly deferential to trial counsel on matters of trial strategy and must make every effort to consider counsel's performance from his perspective at the time, rather than in hindsight." (*People v. Wood*, 384 Ill. Dec. 157, 16 N.E.3d 253, 266 (Ct. App. 2014)).

A defense attorney who fails to adequately investigate the utility of a psychiatric defense may fall below the *Strickland* line. For example, it can be ineffective assistance of counsel to fail to consult experts regarding a defendant's mental functioning, or to secure the defendant's medical records. (*Commonwealth v. Spray*, 467 Mass. 456, 5 N.E.3d 891 (2014). In *People v. Graham*, 129 A.D.3d 860, 11 N.Y.3d 242 (2015), defendant stabbed his former girlfriend nineteen times, killing her. A jury convicted him of murder. The Appellate Division ruled that defense counsel's failure to obtain psychiatric information deprived the defendant of meaningful representation. The court wrote:

Here, the People's case hinged almost entirely on their ability to prove the defendant's state of mind, and trial counsel undisputedly failed to

take the minimal steps of obtaining the defendant's psychiatric records and having him evaluated by an expert, which were necessary to make an informed decision as to whether or not to present a psychiatric defense. Under the circumstances of this case, the People's argument that, even with the benefit of the evidence trial counsel should have obtained, there is no reasonable chance that a mental disease or defect or [extreme emotional disturbance] defense would have been successful, or that the outcome of the trial would otherwise have been different, misconstrues the central issue in this case. The issue is not whether trial counsel's choice to have certain documents excluded from the record constitutes a legitimate trial strategy, but whether the failure to secure and review crucial documents, that would have undeniably provided valuable information to assist counsel in developing a strategy during the pretrial investigation phase of a criminal case, constitutes meaningful representation as a matter of law.

In many cases, defense counsel has good reasons for *not* putting on a defense of insanity. In *Torres v. State*, 771 S.E.2d 894 (Ga. 2015), for example, defense counsel considered offering the defense. Counsel took the appropriate steps to evaluate the viability of the defense, and discussed the issue with the defendant. Deciding against the defense was not ineffective assistance of counsel. The Georgia Supreme Court wrote, "A strategic choice which is made after thoughtful consideration will generally

not support a claim of ineffective assistance of counsel." (771 S.E.2d at 898). (*See People v. Baker*, 390 Ill. Dec. 183, 28 N.E.3d 836 (2015)).

Most allegations of ineffective assistance of counsel in the context of mental illness defenses fail. (*See State v. Burton*, 349 Wis. 2d 1, 832 N.W.2d 611 (2013)).

# *Law Firm of Shein & Brandenburg*



## Federal Criminal Law Center

2392 North Decatur Road
Decatur, GA 30033
404-633-3797
404-633-7980 facsimile
www.federalcriminallawcenter.com
www.federalappealslawyer.com

**Marcia G. Shein, M.S.\***
*Attorney at Law*
marcia@msheinlaw.com

**Elizabeth A. Brandenburg**
*Attorney at Law*
elizabeth@msheinlaw.com

**\*Also Admitted**

Admitted All Federal Circuit Courts
United States Supreme Court
Georgia Supreme Court
Georgia Court of Appeals
District of Arizona
District of Colorado
Northern District of Florida
Middle District of Georgia
Northern District of Georgia
Southern District of Georgia
Northern District of Indiana
Eastern District of Michigan
District of Nebraska
Northern District of Oklahoma
Eastern District of Tennessee
Western District of Tennessee
Eastern District of Texas
Northern District of Texas
Southern District of Texas
Western District of Texas
Pro Hac Vice Other Districts

August 31, 2017

David Clark, #640457
Lawton Corr. Facility
8607 SE Flowermound Road
Lawton, OK 73501

Dear Mr. Clark,

Thank you for contacting our firm.  Our practice, however, is limited to the State of Georgia and National Federal criminal defense work. Unfortunately, we are unable to assist you with your recent request.

We wish you well in your continued endeavors.

Sincerely,

Marcia G. Shein
Attorney at Law

Enclosure

National Federal Practice Providing Special Assistance and Representation in Complex Federal Criminal Cases in:
Pretrial and Trial ♦ Plea Negotiations ♦ Objections to Government PSR
Sentencing Mitigation ♦ Appeals ♦ & 2255 Habeas Petitions

√3?

Must Be Submitted Through the Law Library or Designee     **RECEIVED**
Inmate/Offender Grievance Process
**REQUEST TO STAFF**     JAN 2 8 2019

TO: _Chief  Shay_ _____ FACILITY/DIST/UNIT: _LCC_ DATE: ___     LCC/LARC
(NAME AND TITLE OF STAFF MEMBER)     Law Library

I have ____ have not X already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: _____ facility: _____ grievance #: _____
I affirm that I do ____ do not X have a grievance pending on this issue.
I affirm that I do ____ do not X have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court: _____
This request ____ does  X does not relate to a pending misconduct report. If it does, this
request may only be answered by the disciplinary coordinator assigned to the misconduct.

SUBJECT:   State completely, but briefly, the problem on which you desire assistance. This statement
must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One
issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this
being returned unanswered.

_I m missing some of my property_
_that I have bought off of canteen_
_see attach pages._

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)
ACTION REQUESTED: State exactly how you believe your request may be handled; that is, what exactly
should be done and how.
_I want the items found or be_
_reimburse for all items._

NAME: _David  Clark_ DOC NUMBER: _64045_ UNIT & CELL NUMBER: _4E2B SHU 109_
(PRINT)
SIGNATURE: _David  Clark_ WORK ASSIGNMENT: _N /A_

**DO NOT WRITE BELOW THIS LINE**
DISPOSITION:
_WHY  SHOULD  I  RE-ISSUE  YOU  PROPERTY  AND_
_CANTEEN?  HOW  AND  WHY  DID  IT  GET  LOST_
_I HAVE NOT PACKED PROPERTY IN YEARS, I  TOOK NO_

_[signature]_ _____     _2-1-19_
STAFF MEMBER     DATE     Entered / Answered

Date response sent to inmate: _____     FEB 0 1 2019
1. Original to file
2. Copy to inmate/offender     DOC 090124D (R 9/16)     LCC/LARC
Law Library

_PART IN ANY OF YOUR PROCESS, IF IT WAS MY_
_STAFF THEN RESOLVE ISSUE W/ THEM FIRST, NEXT_
_CASE MANAGMENT / UNIT STAFF. WHAT WAS (IF ANY)_
_THE SITUATION SURROUNDING THIS._

**OKLAHOMA DEPARTMENT OF CORRECTIONS**
**INMATE PROPERTY INVENTORY FORM**

17-3-18. (6)

Duffel Bag Security Seal Number _____

Date 61045

Inmate's DOC Number | Print Inmate's Name (Last) Clark (First) David (Middle Initial)

**Reason for Inventory**

| Reception | | | Release | |
|---|---|---|---|---|
| Transfer | From | | Extended Absence | Type |
| | To | | Segregation | To |
| Escape | | | | Number of Boxes |

Unauthorized/Excess Property To Be mailed or Released To:

Name _____
City/State _____ Street _____
Zip _____ Phone _____

Description of Unauthorized/Excess Property: _____

Allowable Religious Objects/Symbols (as specified in OP-030112): _____

| QUANTITY | CONDITION | MAKE | MODEL | COLOR | SERIAL NUMBER |
|---|---|---|---|---|---|
| Clock (1) | | | | | |
| Curling Iron, etc. (1) | | | | | |
| Electric Razor or Beard Trimmer (1) | | | | | |
| Fan (1) | | | | | |
| Hair Dryer (1) | | | | | |
| Hot Pot (1) | | | | | |
| MP3 Player (1) | | | | | |
| Radio or Clock Radio (1) | | | | | |
| Reading Light (1) | | | | | |
| Television (1) | | | | | |
| Watch (1) | | | | | |

**OTHER PROPERTY (LIST QUANTITY OF EACH)**

____ Air Mattress (1) or Mattress w/ approved allow (1)
____ Arts/Crafts/Paper
____ Athletic Shoes (1)
____ Athletic Supporters (1-2)
____ Barrettes***(5)
____ Beanies/Stocking Cap (1-2)
____ Bath Towels (3)
____ Bathrobe* (1)
____ Bowl with Lid (1)
____ Bras** (7)
____ Briefs/Boxer Shorts** (7)
____ Brush/Comb/Pick (1-2)
____ Can Opener (1)
____ Coat (1) or (3)****
____ Combination Padlocks (2)
____ Denture Cup (1)
____ Disposable Razor (1-5)
____ Earrings** (2)
____ Electrical Power Bar (1)
____ Electronic Game (1)
____ Empty Boards** (2)
____ Fingernail Clippers (1)
____ Footwear (1) (if no athletic shoes)
____ Gym/Walking Shorts (1-2)
____ Hair Bands (6)
____ Hair Clip** (1)
____ Hair Rollers** (20)
____ Headsets (2)
____ Ice Bucket

____ Insulated Underwear Bottom (2)
____ Insulated Underwear Top (2)
____ Laundry Bag (1)
____ Legal Material (1 cubic foot)
____ Linens (1 set)
____ Makeup Bag** (1)
____ Medicine (KOP) i.e., Nitroglycerin, Inhaler
____ Necklace (1)
____ Nicotine Patches (1 Series)
____ Inmate ID (1)
____ Panties ** (7)
____ Personal hygiene items/cosmetics (base, lipstick, mascara)
____ Personal Jeans (5)
____ Personal Shirts (5)
____ Photo Album (1)
____ Picture Frame (8"x10") (1)
____ Pillow (1)
____ Plastic Coffee Cup (1)
____ Plastic Drinking Cup (1)
____ Playing Cards (1 Set)
____ Postage Stamps (20)
____ Ring (1 plain wedding band—no stones)
____ Sewing Kit (1)
____ Shower Shoes or Rubber/Plastic Clogs (1)
____ Sleepwear** (2)
____ Slip** (1)
____ Soap Dish (1)
____ Socks (7)

____ Spoon (1)
____ State Issue Scrub Pants ( 3-4)
____ State Issue Scrub Shirt ( 3-4)
____ Sweat Pants (2)/16
____ Sweat Shirt (2)
____ T-Shirt, Commemorative (1)
____ T-Shirt, State Issue (1)
____ T-Shirt,(5-7) Maximum of 7 T-shirts allowed
____ Toothbrush Cap (1)
____ Tweezers**(1)
____ Wallet (1) (community corrections only)
____ Washcloths (3)

**ADDITIONAL PROPERTY:**
_____

*Females and special needs/geriatric only      **Females only .      *** Males Only      ****HMI Only

I understand that unauthorized property listed above must be mailed at my own expense within 30 days from today or that property must be picked up by the person I have indicated within 30 days. If the authorized person does not pick it up, I understand that the property will be donated or destroyed by the Oklahoma Department of Corrections.

I acknowledge that I am responsible for all personal property recorded on my property form to include additions and deletions as well as property issued by the state and that the facility will only accept responsibility for items inventoried and secured by facility staff.

I further understand that the property form, including any additions, is considered to be the complete accounting of the personal property in my possession. All other items will be considered contraband and disposed of in accordance with current procedures, OP-040109 entitled "Control of Contraband and Physical Evidence." I am subject to disciplinary action for possession of contraband.

Inmates who are transferred from one prison to another assume the risk of alleged damage to property the inmate packs and/or carries to a transportation vehicle. The department assumes no liability for the welfare of any inmate's property packed by or placed in a transportation vehicle by any person other than facility staff.

I REALIZE THAT I BRING ANY (AUTHORIZED) PERSONAL PROPERTY INTO THE FACILITY AT MY OWN RISK.

Transfer: The undersigned states this inventory includes all personal effects and property, including legal materials, and that he/she has not left any authorized personal property at (Facility) _____ , and that all personal effects and property are undamaged and electrical appliances are in working order.

| Inmate Signature | Date | Inventory Officer | Date |
|---|---|---|---|
| | | | |

| Witness | Date | | |
|---|---|---|---|

Receipt: The undersigned states that the duffel bag and all cardboard boxes were received undamaged and that the security seal was unbroken.

| Inmate Signature | Date | Inventory Officer | Date |
|---|---|---|---|
| | | | |

| Witness | Date | | |
|---|---|---|---|

DISTRIBUTION:   White — Property Officer's File   Yellow — Field File   Pink — Inmate   Gold — Property Box

DOC 030120A (R 4/16)

**OKLAHOMA DEPARTMENT OF CORRECTIONS**
**INMATE PROPERTY INVENTORY FORM**

Duffel Bag Security Seal Number_____

Date _____

Inmate's DOC Number_____   Print Inmate's Name (Last) _____ (First)_____   (Middle Initial)_____

**Reason for Inventory**

| | | | |
|---|---|---|---|
| Reception | | Release | |
| Transfer | From _____ | Extended Absence | Type _____ |
| Escape | To _____ | Segregation | To _____ |

**Unauthorized/Excess Property To Be mailed or Released To:**   Number of Boxes ____

Name _____
City/State _____   Street _____
Description of Unauthorized/Excess Property: _____   Zip _____   Phone _____

Allowable Religious Objects/Symbols (as specified in OP-030112): _____

| QUANTITY | CONDITION | MAKE | MODEL | COLOR | SERIAL NUMBER |
|---|---|---|---|---|---|
| Clock (1) | | | | | |
| Curling Iron, etc. (1) | | | | | |
| Electric Razor or Beard Trimmer (1) | | | | | |
| Fan (1) | | | | | |
| Hair Dryer (1) | | | | | |
| Hot Pot (1) | | | | | |
| MP3 Player (1) | | | | | |
| Radio or Clock Radio (1) | | | | | |
| Reading Light (1) | | | | | |
| Television (1) | | | | | |
| Watch (1) | | | | | |

**OTHER PROPERTY (LIST QUANTITY OF EACH)**

| | | |
|---|---|---|
| Air Mattress (1) or Mattress (w/Integrated pillow (1) | Insulated Underwear Bottom (2) | Spoon (1) |
| Arts/Crafts/Paper | Insulated Underwear Top (2) | State Issue Scrub Pants ( 3-4) |
| Athletic Shoes (1) | Laundry Bag (1) | State Issue Scrub Shirt ( 3-4) |
| Athletic Supporters (1-2) | Legal Material (1 cubic foot) | Sweat Pants (2) |
| Barrettes** (5) | Linens (1 set) | Sweat Shirt (2) |
| Baseball/Stocking Cap (1-2) | Makeup Bag** (1) | T-Shirt, Commemorative (1) |
| Bath Towels (3) | Medicine (KOP) i.e., Nitroglycerin, inhaler | T-Shirt, State Issue (1) |
| Bathrobe* (1) | Necklace (1) | T-Shirt,(6-7) Maximum of 7 T-shirts allowed |
| Bowl with Lid (1) | Nicotine Patches (1 Series) | Toothbrush Case (1) |
| Bras** (7) | Inmate ID (1) | Tweezers**(1) |
| Briefs/Boxer Shorts** (7) | Panties ** (7) | Wallet (1) (community corrections only) |
| Brush/Comb/Pick (1-2) | Personal hygiene items/cosmetics (base, | Washcloths (3) |
| Can Opener (1) | lipstick, mascara) | |
| Coat (1) or (2)***** | Personal Jeans (2) | **ADDITIONAL PROPERTY:** |
| Combination Padlocks (2) | Personal Shirts (6) | |
| Denture Cup (1) | Photo Album (1) | |
| Disposable Razor (1-5) | Picture Frame (8"x10") (1) | |
| Earrings** (2) | Pillow (1) | |
| Electrical Power Bar (1) | Plastic Coffee Cup (1) | |
| Electronic Game (1) | Plastic Drinking Cup (1) | |
| Emery Boards**(2) | Playing Cards (1 Set) | |
| Fingernail Clippers (1) | Postage Stamps (20) | |
| Footwear (1) [if no athletic shoes] | Ring (1 plain wedding band—no stones) | |
| Gym/Walking Shorts (1-2) | Sewing Kit (1) | |
| Hair Bands (5) | Shower Shoes or Rubber/Plastic Clogs (1) | |
| Hair Clip** (1) | Sleepwear** (2) | |
| Hair Rollers** (20) | Slip** (1) | |
| Headsets (2) | Soap Dish (1) | |
| Ice Bucket | Socks (7) | |

*Females and special needs/geriatric only   **Females only   ***Males Only   ****HWH Only

I understand that unauthorized property listed above must be mailed at my own expense within 30 days from today or that property must be picked up by the person I have indicated within 30 days. If the authorized person does not pick it up, I understand that the property will be donated or destroyed by the Oklahoma Department of Corrections.

I acknowledge that I am responsible for all personal property recorded on my property form to include additions and deletions and that this facility will only accept responsibility for items inventoried and secured by facility staff.

I further understand that the property form, including any additions, is considered to be the complete accounting of the personal property in my possession. All other items will be considered contraband and disposed of in accordance with current procedures, OP-040910 entitled "Control of Contraband and Physical Evidence." I am subject to disciplinary action for possession of contraband.

Inmates who are transferred from one prison to another assume the risk of alleged damage to property the inmate packs and/or carries to a transportation vehicle. The department assumes no liability for the welfare of any inmate's property packed by or placed in a transportation vehicle by any person other than facility staff.

I REALIZE THAT I BRING ANY (AUTHORIZED) PERSONAL PROPERTY INTO THE FACILITY AT MY OWN RISK.

Transfer   The undersigned states this inventory includes all personal effects and property, including legal materials, and that he/she has not left any authorized personal property at (Facility) _____ , and that all personal effects and property are undamaged and electrical appliances are in working order.

Inmate Signature _____   Date _____   Inventory Officer _____   Date _____

Witness _____   Date _____

**Receipt:** The undersigned states that the duffel bag and all cardboard boxes were received undamaged and that the security seal was unbroken.

Inmate Signature _____   Date _____   Inventory Officer _____   Date _____

Witness _____   Date _____

DISTRIBUTION:   White — Property Officer's File   Yellow — Field File   Pink — Inmate   Gold — Property Box

DOC 030120A (R 4/15)

**OKLAHOMA DEPARTMENT OF CORRECTIONS**
**INMATE PROPERTY INVENTORY FORM**

8-9-18

Duffel Bag Security Seal Number _____

Date 641457

Clark David

| Inmate's DOC Number | | Print Inmate's Name (Last)   (First) | | (Middle Initial) |
|---|---|---|---|---|

Reason for Inventory

| Reception | From | Release | Type |
|---|---|---|---|
| Transfer | To | Extended Absence | To |
| Escape | | Segregation | Number of Boxes |

Unauthorized/Excess Property To Be mailed or Released To:

Name _____
City/State _____  Street _____
Zip _____  Phone _____

Description of Unauthorized/Excess Property: _____

Allowable Religious Objects/Symbols (as specified in OP-030112):

| QUANTITY | CONDITION | MAKE | MODEL | COLOR | SERIAL NUMBER |
|---|---|---|---|---|---|
| Clock (1) | | | | | |
| Curling Iron, etc. (1) | | | | | |
| Electric Razor or Beard Trimmer (1) | | | | | |
| Fan (1) | | | | | |
| Hair Dryer (1) | new | Mossey | 8" | B.K | SIP H 1516.21 |
| Hot Pot (1) | | | | | |
| MP3 Player (1) | | | | | |
| Radio or Clock Radio (1) | See below | | | | |
| Reading Light (1) | | | | | |
| Television (1) | | | | | |
| Watch (1) | | | | | |

**OTHER PROPERTY (LIST QUANTITY OF EACH)**

- Air Mattress (1) or Mattress w/integrated pillow (1)
- Arts/Crafts/Paper
- Athletic Shoes (1)
- Athletic Supporters (1-2)
- Barrettes** (5)
- Baseball/Stocking Cap (1-2)
- Bath Towels (3)
- Bathrobe* (1)
- Bowl with Lid (1)
- Bras** (7)
- Briefs/Boxer Shorts*** (7)
- Brush/Comb/Pick (1-2)
- Can Opener (1)
- Coat (1) or (3)****
- Combination Padlocks (2)
- Denture Cup (1)
- Disposable Razor (1-5)
- Earrings** (2)
- Electrical Power Bar (1)
- Electronic Game (1)
- Emery Boards** (2)
- Fingernail Clippers (1)
- Footwear (1) [if no athletic shoes]
- Gym/Walking Shorts (1-2)
- Hair Bands (5)
- Hair Clip** (1)
- Hair Rollers** (20)
- Headsets (2)
- Ice Bucket

- Insulated Underwear Bottom (2)
- Insulated Underwear Top (2)
- Laundry Bag (1)
- Legal Material (1 cubic foot)
- Linens (1 set)
- Makeup Bag** (1)
- Medicine (KOP) i.e. Nitroglycerin, Inhaler
- Necklace (1)
- Nicotine Patches (1 Series)
- Inmate ID (1)
- Panties** (7)
- Personal Hygiene Items/cosmetics (base, lipstick, mascara)
- Personal Jeans (5)
- Personal Shirts (5)
- Photo Album (1)
- Picture Frame (8"x10") (1)
- Pillow (1)
- Plastic Coffee Cup (1)
- Plastic Drinking Cup (1)
- Playing Cards (1 Set)
- Postage Stamps (20)
- Ring (1 plain wedding band—no stones)
- Sewing Kit (1)
- Shower Shoes or Rubber/Plastic Clogs (1)
- Sleepwear** (1)
- Slip** (1)
- Soap Dish (1)
- Socks (7)

- Spoon (1)
- State Issue Scrub Pants (3-4)
- State Issue Scrub Shirt (3-4)
- Sweat Pants (2)
- Sweat Shirt (2)
- T-Shirt, Commemorative (1)
- T-Shirt, State Issue (1)
- T-Shirt, (5-7) Maximum of 7 T-shirts allowed
- Toothbrush Cap (1)
- Tweezers** (1)
- Wallet (1) (community corrections only)
- Washcloths (3)

**ADDITIONAL PROPERTY:**

New) GPX Digital AM FM Radio

*Females and special needs/geriatric only     **Females only     ***Males Only     ****HWH Only

I understand that unauthorized property listed above must be mailed at my own expense within 30 days from today or that property must be picked up by the person I have indicated within 30 days. If the authorized person does not pick it up, I understand that the property will be donated or destroyed by the Oklahoma Department of Corrections.

I acknowledge that I am responsible for all personal property recorded on my property form to include additions and deletions as well as property issued by the state and that the facility will only accept responsibility for items inventoried and secured by facility staff.

I further understand that the property form, including any additions, is considered to be the complete accounting of the personal property in my possession. All other items will be considered contraband and disposed of in accordance with current procedures, OP-040109 entitled "Control of Contraband and Physical Evidence." I am subject to disciplinary action for possession of contraband.

Inmates who are transferred from one prison to another assume the risk of alleged damage to property the inmate packs and/or carries to a transportation vehicle. The department assumes no liability for the welfare of any inmate's property packed by or placed in a transportation vehicle by any person other than facility staff.

I REALIZE THAT I BRING ANY (AUTHORIZED) PERSONAL PROPERTY INTO THE FACILITY AT MY OWN RISK.

Transfer: The undersigned states this inventory includes all personal effects and property, including legal materials, and that he/she has not left any authorized personal property at (Facility) _____, and that all personal effects and property are undamaged and electrical appliances are in working order.

| Inmate Signature | Date | Inventory Officer | Date |
|---|---|---|---|
| | | | |
| Witness | Date | | |

Receipt: The undersigned states that the duffel bag and all cardboard boxes were received undamaged and that the security seal was unbroken.

| Inmate Signature | Date | Inventory Officer | Date |
|---|---|---|---|
| | | | |
| Witness | Date | | |

Distribution menu:     White — Property Officer's File     Yellow — Field File     Pink — Inmate     Gold — Property Box     DOC 030120A (R 4/16)

**OKLAHOMA DEPARTMENT OF CORRECTIONS**
**OFFENDER PROPERTY INVENTORY FORM**

Date _____   Facility _____   Duffel Bag Security Seal Number _____

Offender's DOC Number

Print Offender's Name (Last)    (First)    (Middle Initial)

**Reason for Inventory**
Reception _____    From _____
Transfer _____    To _____   Release _____
Escape _____    Extended Absence _____   Type _____
Segregation _____   To _____
                                    Number of Boxes

**Unauthorized/Excess Property To Be Mailed or Released To:**
Name _____   Street _____
City/State: _____   Zip _____   Phone: _____

Description of Unauthorized/Excess
Property:

Allowable Religious Objects/Symbols (as specified in OP-030112)

| QUANTITY | CONDITION | MAKE | MODEL | COLOR | SERIAL NUMBER |
|---|---|---|---|---|---|
| Clock (1) | | | | | |
| Curling Iron, etc**(1) | | | | | |
| Electric Razor or Beard Trimmer (1) | | | | | |
| Fan (1) | | | | | |
| Hair Dryer (1) | | | | | |
| Hot Pot (1) | | | | | |
| MP3 PLAYER (1) | | | | | |
| Radio or Clock Radio (1) | | | | | |
| Reading Light (1) | | | | | |
| Television (1) | | | | | |
| Watch (1) | | | | | |

**OTHER PROPERTY (LIST QUANTITY OF EACH)**

Air Mattress (1) or mattress with Integrated pillow (1)
Arts/Crafts/Paper
Athletic Shoes (1)
Athletic Supporters (1-2)
Barrettes**(5)
Baseball/Stocking Cap (1-3)
Bath Towels (5)
Bathrobe* (1)
Bowl with Lid (1)
Bras** (7)
Boxer/Power Shorts*** (7)
Brush/Comb/Pick (1-2)
Can Opener (1)
Coat (1) or (3)****
Combination Padlocks (2)
Denture Cup (1)
Disposable Razor (1-5)
Earrings**(2)
Electrical Power Bar (1)
Electronic Game (1)
Emery Boards**(2)
Fingernail Clippers (1)
Footwear (1) [if no athletic shoes]

*Females and special needs/geriatric only

Gym/Wedding Shorts (1-3)
Hair Bands (5)
Hair Clip** (1)
Hair Rollers** (20)
Headsets (2)
Ice Bucket
Insulated Underwear (0-2)
Laundry Bag (1)
Legal Material (1 cubic foot)
Linens (1 set)
Makeup Bag** (1)
Medicine (KOP) i.e., Nitroglycerin, Inhaler
Necklace**(1)***
Nicotine Patches (1 Series)
Offender ID (1)
Panties ** (7)
Personal hygiene items/cosmetics (bars, lipstick, mascara)
Personal Jeans (5)
Personal Shirts (5)
Insulated Underwear (2 sets)
Photo Album (1)
Picture Frame (8"x10") (1)
Pillow (1)

**Females only

Plastic Coffee Cup (1)
Plastic Drinking Cup (1)
Playing Cards (1 Set)
Postage Stamps (20)
Ring (1 plain wedding band - no stones)
Sewing Kit (1)
Shower Shoes or Rubber/Plastic Clogs (1)
Sleepwear*** (2)
Slip** (1)
Soap Dish (1)
Socks (7)
Spoon (1)
State Issue Scrub Pants (S-G)
State Issue Scrub Shirt (S-4)
Sweatsuits (1-2)
T-Shirt, Commemorative (1)
T-Shirt, State Issue (1)
T-Shirt, (6-7)Note: Maximum of 7 T-shirts allowed
Toothbrush Cap (1)
Tweezers***(1)
Wallet (1) (community corrections only)
Washcloths (5)

***Males Only    ****NWH only

I understand that unauthorized property listed above must be mailed at my own expense within 30 days from today or that property must be picked up by the person I have indicated within 30 days. If the authorized person does not pick it up, I understand that the property will be donated or destroyed by the Oklahoma Department of Corrections.

I acknowledge that I am responsible for all personal property recorded on my property form to include additions and deletions as well as property issued by the state and that the facility will only accept responsibility for items inventoried and secured by facility staff.

I further understand that the property form, including any additions, is considered to be the complete accounting of the personal property in my possession. All other items will be considered contraband and disposed of in accordance with current procedures, OP-040109 entitled "Control of Contraband and Physical Evidence." I am subject to disciplinary action for possession of contraband.

Offenders who are transferred from one prison to another assume the risk of alleged damage to property the offender packs and/or carries to a transportation vehicle. The department assumes no liability for the welfare of any offender's property packed by or placed in a transportation vehicle by any person other than facility staff.

I REALIZE THAT I BRING ANY (AUTHORIZED) PERSONAL PROPERTY INTO THE FACILITY AT MY OWN RISK.

Transfer: The undersigned states this inventory includes all personal effects and property including legal materials, and that he/she has not left any authorized personal property at (Facility) _____, and that all personal effects and property are undamaged and electrical appliances are in working order.

_____   _____
Offender Signature    Date          Inventory Officer    Date

_____   _____
Witness    Date

Receipt: The undersigned states that the duffel bag and all cardboard boxes were received undamaged and that the security seal was unbroken.

_____   _____
Offender Signature    Date          Inventory Officer    Date

_____
Witness    Date

DISTRIBUTION:    White - Property Officer's File    Yellow - Field File    Pink - Offender    Gold - Property Box

DOC 030120A (R 3/15)

## Receipt 1

----Sales Invoice----
Lexington Facility
LARC CANTEEN
DOC No. 0640457                                    4N
CLARK, DAVID G
11/7/2018 4:08:23 PM

BEGINNING BALANCES:
Spending Limit $80.00
Available Balance is $94.31
Available Spending Limit is $76.40

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | DATEX CALCULATOR CA348 /BH1228 | $3.60 |
|  | SUBTOTAL | $3.60 |
|  | TAXES | $0.17 |
|  | CHARGE 0640457 | $3.77 |

ENDING BALANCES:
Available Balance is $90.54
Available Spending Limit is $72.80

TX Id: IOS7019                                     111

Signature / Thumb Print

## Receipt 2

----Sales Invoice----
Lexington Facility
LARC CANTEEN                                       4N
DOC No. 0640457
CLARK, DAVID B
11/30/2018 2:09:57 PM

BEGINNING BALANCES:
Spending Limit $80.00
Available Balance is $23.43
Available Spending Limit is $80.00

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | RUSSELL XL SWEATPANT W ITH POCKET | $14.33 |
|  | SUBTOTAL | $14.33 |
|  | TAXES | $0.68 |
|  | CHARGE 0640457 | $15.01 |

ENDING BALANCES:
Available Balance is $8.42
Available Spending Limit is $80.00

TX Id: 1061930                                     57

Signature / Thumb Print

## Receipt 3

----Sales Invoice----
Lexington Facility
LARC CANTEEN
DOC No. 0640457                                    4N
CLARK, DAVID D
11/1/2018 2:59:15 PM

BEGINNING BALANCES:
Spending Limit $80.00
Available Balance is $126.89
Available Spending Limit is $80.00

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 2 | IONX BATTERIES AAA 4/P K | $2.24 |
| 1 | DORCO TRIPLE BLADE REP LACEMENT 4PK | $2.32 |
| 1 | DORCO RAZOR 3 BLADE HA NDLE | $2.52 |
| 4 | KEEFE FREEZE DRIED COF FEE COLOMBIAN 3.0Z | $8.08 |
| 2 | OFCMATE PENCIL SHARPEN ER THIN | $0.86 |
| 2 | HEXT1 SOAP COCOA BUTTE R BAR 5OZ | $1.12 |
| 2 | HEXT1 SOAP MOISTURIZIN G BAR 5 OZ | $1.12 |
| 1 | MEAD PAPER COLLEGE RUL ED 200CT. | $2.23 |
| 2 | BIC PEN ROUND STIC | $0.74 |
| 1 | BLUE BUNNY COOKIES & C REAM PINT | $4.1 |
| 1 | BLUE BUNNY ICE CREAM B AR BIG MISSISSIPPI | $1.76 |
| 1 | PLASTIC SPOON, 1 EACH | $0.77 |
|  | SUBTOTAL | $27.49 |
|  | TAXES | $1.31 |
|  | CHARGE 0640457 | $28.80 |

ENDING BALANCES:
Available Balance is $98.09
Available Spending Limit is $50.32



2:29:36 PM
2/05/2017
P.O BOX 17490, St Louis, MO 63178-7460
PROPERTY ITEMS
PAGE: 1 OF 1
SHIP FROM: 380

INMATE NAME: CLARK, DAVID GEORGE
INMATE NUMBER: 490457
BLOCK: HU   TIER: C   CELL: C111
CUSTOMER: 17765131091P-0011
CUSTOMER NAME: LAWTON CORR FACILITY

CPR: 1012307280
BED FUND BAL: 37.60
ORDER DATE: 12/05/2017
ORDER: 9326098
DELIVERY NAME: 2974611

AT   SEG   ALIAS   QTY   UOM   DESCRIPTION                          ITEMS

         1407   1   EA   WESTBEND TRNSLCNT HOT POT                 21559

SIGNED
WITNESSED BY

DATE
DATE

12:29 PM
12/05/2017      P.O BOX 17490, St Louis, MO 63178-7490      PAGE: 1 OF
                                                                  SHIP FROM:

NAME: CLARK, DAVID GEORGE
NUMBER: 640457
FACILITY NUMBER: 17765131491P-001J                            CPR : 101030728
BLOCK: N6          TIER: G         CELL: C11        BEG FUND BAL: 37.80
FACILITY NAME: LAWTON CORR FACILITY                   ORDER DATE: 12/05/2017
                                                    ORDER : 9326094

9326094-101030728                                  2974611

| BAY | SEQ | ALIAS | QTY | UOM | DESCRIPTION | ITEM# | T | PRICE | TOTAL |
|-----|-----|-------|-----|-----|-------------|-------|---|-------|-------|
| (A) | | | | | | | | | |
| 10 | 2945 | 0305 | 3 | EA | PROTECTION DISP RAZR | 85317 | | 0.55 | 0.55 |
| 14 | 3010 | 1047 | 1 | EA | DOCUMENT FILE | 20332 | | 2.48 | 2.48 |
| 17 | 3430 | 6052 | 2 | EA | ADDRESS BOOK | 20507 | | 2.45 | 2.45 |
| 27 | 4650 | 3333 | 2 | BX | ZC(BOX) PB WAFFERS 2PK | 505 | | 0.60 | 1.20 |
| 35 | 5450 | 4163 | 1 | EA | AJAX DISH LIQUID LEMON | 6052 | | 2.40 | 4.80 |
| | | | | | | 80001516 | | 1.50 | 1.50 |

PROPERTY ITEMS - TO BE DELIVERED FROM PROPERTY OFFICE
        1407      1   EA  PROPERTY ITEM              21559     21.19    21.19

REJECTED ITEMS

| | ALIAS | QTY | DESCRIPTION | REASON |
|---|-------|-----|-------------|--------|
| | 0305 | 3 | PROTECTION DISP RAZR 1/EA | Insufficient Funds |
| | 6052 | 2 | HOT & SPICY VEG RAMEN | Insufficient Funds |

T=Inval N=NotOnMenu B=Backordered C=Cancelled          SUBTOTAL      34.17
H=NotAvailable/Sub  S=Substituted  V=Not Inventory        SALES TAX    3.08
                                              ORDER TOTAL  37.25

LIST ITEMS OF SHORTAGES AND/OR DAMAGES         QTY      END FUND BAL   0.55
                                              CATEGORY/DESCRIPTION

SIGNED _David Clark_                          DATE 12-6-17

WITNESSED BY _____             DATE _____

Datex  Calculator
West Bend  TRNL-CNT  Hot Pot
Russell  XL  Sweatpant w/ Pocket
Colored  Pencils
Glue
Ruler
Dorco Razor  3 Blade Handle
Dorco  Triple Blade Replacement
GPX Radio Walkman

**Must Be Submitted Through the Law Library or Designee**
**Inmate/Offender Grievance Process**
**REQUEST TO STAFF**

**RECEIVED**

TO: *Property*                    FACILITY/DIST/UNIT: *LEC*    DATE: ~~DEC 27 2018~~ *12-27-18*
(NAME AND TITLE OF STAFF MEMBER)                                        LCC/LARC
                                                                        Law Library

I have X have not____ already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: *12-12-18*  facility: *LCC*          grievance #: *8942*
I affirm that I do X do not___ have a grievance pending on this issue.
I affirm that I do ___ do not X  have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court: _____
This request _____ does X _____ does not relate to a pending misconduct report:  If it does, this
request may only be answered by the disciplinary coordinator assigned to the misconduct.

**SUBJECT:**    State completely, but briefly, the problem on which you desire assistance. This statement
must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One
issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this
being returned unanswered.

*I have a complaint about my Property*                              *Plea*
*is missing such as listed herein: Orange Westbend Hot*             *Turn*
*Pot, longsleeve shirt, sweatpants, radio, showershoe*             *ovs*
*, stocking cap, color pencils, pencil sharpener, and etc...*

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

**ACTION REQUESTED:** State exactly how you believe your request may be handled; that is, what exactly
should be done and how.
*I want to be reimburse on all the items lost*
*which is about $90.00 value. Please and Thank*
*You.*

NAME: *David Clark*  DOC NUMBER: *640457* UNIT & CELL NUMBER: *SHU 108*
            (PRINT)
SIGNATURE: *David Clark*          WORK ASSIGNMENT: *N/A*

**DO NOT WRITE BELOW THIS LINE**

DISPOSITION:

        These items never came to the property room with your belonging
        therefore property room is not responsible for lost items I would contact the officer that packed
        you up
                    Lesa Shea                          Entered / Answered

_____                    _____        DEC 2 7 2018
STAFF MEMBER                                DATE                LCC/LARC
                                                               Law Library

Date response sent to inmate: _____
1. Original to file
2. Copy to inmate/offender                              DOC 090124D (R 9/16)

I want to be reimburse for each item
lost, which is about $90.00 value.

8904

**Must Be Submitted Through the Law Library or Designee**
**Inmate/Offender Grievance Process**

RECEIVED
DEC 21 2018

**REQUEST TO STAFF**

TO: _Mr. Braggs Warden_ FACILITY/DIST/UNIT: _LCC_ DATE: _Law Library 19-18_

LCC/LARC

(NAME AND TITLE OF STAFF MEMBER)

| I have _X_ have not_____ already submitted a "Request to Staff" or grievance on this same issue. |
| If yes, what date: _____ facility: _LCC_ grievance #: _____ |
| I affirm that I do _X_ do not___ have a grievance pending on this issue. |
| I affirm that I do _X_ do not___ have a lawsuit of any type pending that relates in any way to this issue. |
| If a lawsuit is pending, indicate case number and court: _____ |
| This request _____does _X_ does not relate to a pending misconduct report. If it does, this request may only be answered by the disciplinary coordinator assigned to the misconduct. |

**SUBJECT:** State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

_I have some complaints by the person_ (Please
_that lied on me to staff and the investigator._ Turn
_He did this at the last facility and he is_ over
_doing it here by lying on his ADLs and I'm_

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

**ACTION REQUESTED:** State exactly how you believe your request may be handled; that is, what exactly should be done and how.

_I hope this gets resolve A.S.A.P. by this ~~lawse~~_
_lawsuit against David Strange for making false_
_statements and so forth._

NAME: _David Clark_ DOC NUMBER: _640457_ UNIT & CELL NUMBER: _SHU 108_
(PRINT)

SIGNATURE: _David Clark_ WORK ASSIGNMENT: _N/A_

**DO NOT WRITE BELOW THIS LINE**

DISPOSITION: _This incident is being investigated._

STAFF MEMBER                          DATE          1/2/19   ~~Entered~~ / Answered

JAN 04 2019

LCC/LARC
Law Library

Date response sent to inmate: _____
1. Original to file
2. Copy to inmate/offender

DOC 090124D (R 9/16)

tired of it all. Ms. Winona can find some one else but it will not last long before he lies again and again. I'm done playing games I'm filing a lawsuit against that lying bastard.



**OKLAHOMA DEPARTMENT OF CORRECTIONS**
**INMATE PROPERTY INVENTORY FORM**

Duffel Bag Security Seal Number _____

8-9-18

Date **64045 7** _____ **Clark   David** _____

Inmate's DOC Number          Print Inmate's Name (Last)   (First)          (Middle Initial)

**Reason for Inventory**

| | | | | | |
|---|---|---|---|---|---|
| Reception ___ | From ___ | Release ___ | | Type ___ |
| Transfer ___ | To ___ | Extended Absence ___ | | To ___ |
| Escape ___ | | Segregation ___ | | Number of Boxes ___ |

**Unauthorized/Excess Property To be mailed or Released To:**

Name _____          Street _____

City/State _____          Zip _____ Phone _____

Description of Unauthorized/Excess Property: _____
_____
_____

Allowable Religious Objects/Symbols (as specified in OP-030112): _____
_____

| QUANTITY | CONDITION | MAKE | MODEL | COLOR | SERIAL NUMBER |
|---|---|---|---|---|---|
| Clock (1) | | | | | |
| Curling Iron, etc. (1) | | | | | |
| Electric Razor or Beard Trimmer (1) | | | | | |
| Fan (1) | new | Massey | 8" | CLR | STP # 24621 |
| Hair Dryer (1) | Broken Fan turned back in | | | | |
| Hot Pot (1) | | | | | |
| MP3 Player (1) | | | | | |
| Radio or Clock Radio (1) | see below | | | | |
| Reading Light (1) | | | | | |
| Television (1) | | | | | |
| Watch (1) | | | | | |

**OTHER PROPERTY (LIST QUANTITY OF EACH)**

| | | |
|---|---|---|
| ___ Air Mattress (1) or Mattress w/ integrated pillow (1) | ___ Insulated Underwear Bottom (2) | ___ Spoon (1) |
| ___ Arts/Crafts/Paper | ___ Insulated Underwear Top (2) | ___ State Issue Scrub Pants ( 3-4) |
| ___ Athletic Shoes (1) | ___ Laundry Bag (1) | ___ State Issue Scrub Shirt ( 3-4) |
| ___ Athletic Supporters (1-2) | ___ Legal Material (1 cubic foot) | ___ Sweat Pants (2) |
| ___ Barrettes**(5) | ___ Linens (1 set) | ___ Sweat Shirt (2) |
| ___ Baseball/Stocking Cap (1-2) | ___ Makeup Bag** (1) | ___ T-Shirt, Commemorative (1) |
| ___ Bath Towels (3) | ___ Medicine (KOP) i.e., Nitroglycerin, inhaler | ___ T-Shirt, State Issue (1) |
| ___ Bathrobe* (1) | ___ Necklace (1) | ___ T-Shirt,(5-7) Maximum of 7 T-shirts allowed |
| ___ Bowl with Lid (1) | ___ Nicotine Patches (1 Series) | ___ Toothbrush Cap (1) |
| ___ Bras** (7) | ___ Inmate ID (1) | ___ Tweezers**(1) |
| ___ Briefs/Boxer Shorts*** (7) | ___ Panties ** (7) | ___ Wallet (1) (community corrections only) |
| ___ Brush/Comb/Pick (1-2) | ___ Personal hygiene items/cosmetics (base, | ___ Washcloths (3) |
| ___ Can Opener (1) | lipstick, mascara) | ADDITIONAL PROPERTY: |
| ___ Coat (1) or (3)**** | ___ Personal Jeans (5) | |
| ___ Combination Padlocks (2) | ___ Personal Shirts (5) | |
| ___ Denture Cup (1) | ___ Photo Album (1) | |
| ___ Disposable Razor (1-5) | ___ Picture Frame (8"x10") (1) | |
| ___ Earrings** (2) | ___ Pillow (1) | |
| ___ Electrical Power Bar (1) | ___ Plastic Coffee Cup (1) | |
| ___ Electronic Game (1) | ___ Plastic Drinking Cup (1) | |
| ___ Emery Boards**(2) | ___ Playing Cards (1 Set) | |
| ___ Fingernail Clippers (1) | ___ Postage Stamps (20) | |
| ___ Footwear (1) [if no athletic shoes] | ___ Ring (1 plain wedding band--no stones) | |
| ___ Gym/Walking Shorts (1-2) | ___ Sewing Kit (1) | |
| ___ Hair Bands (5) | ___ Shower Shoes or Rubber/Plastic Clogs (1) | |
| ___ Hair Clip** (1) | ___ Sleepwear** (2) | |
| ___ Hair Rollers** (20) | ___ Slip** (1) | New  GPX Digital AMFM Radio |
| ___ Headsets (2) | ___ Soap Dish (1) | |
| ___ Ice Bucket | ___ Socks (7) | |

*Females and special needs/geriatric only          **Females only          *** Males Only          ****HWH Only

I understand that unauthorized property listed above must be mailed at my own expense within 30 days from today or that property must be picked up by the person I have indicated within 30 days.  If the authorized person does not pick it up, I understand that the property will be donated or destroyed by the Oklahoma Department of Corrections.

I acknowledge that I am responsible for all personal property recorded on my property form to include additions and deletions as well as property issued by the state and that the facility will only accept responsibility for items inventoried and secured by facility staff.

I further understand that the property form, including any additions, is considered to be the complete accounting of the personal property in my possession.  All other items will be considered contraband and disposed of in accordance with current procedures, OP-040109 entitled "Control of Contraband and Physical Evidence." I am subject to disciplinary action for possession of contraband.

Inmates who are transferred from one prison to another assume the risk of alleged damage to property the inmate packs and/or carries to a transportation vehicle. The department assumes no liability for the welfare of any inmate's property packed by or placed in a transportation vehicle by any person other than facility staff.

I REALIZE THAT I BRING ANY **(AUTHORIZED)** PERSONAL PROPERTY INTO THE FACILITY AT MY OWN RISK.

**Transfer:** The undersigned states this inventory includes all personal effects and property, including legal materials, and that he/she has not left any authorized personal property at (Facility) _____, and that all personal effects and property are undamaged and electrical appliances are in working order.

David Clark  8-10-18          Russell  8.10.18
Inmate Signature          Date          Inventory Officer          Date

_____          _____
Witness          Date

Receipt: The undersigned states that the duffel bag and all cardboard boxes were received undamaged and that the security seal was unbroken.

_____          _____
Inmate Signature          Date          Inventory Officer          Date

_____          _____
Witness          Date

DISTRIBUTION:          White — Property Officer's File          Yellow— Field File          Pink — Inmate          Gold — Property Box          DOC 030120A (R 4/16)

O/F NAME: _LARA DANIEL_
DOC #: _640457_

Offender Property Inventory
To be used for Medical/RHU only

| ARTICLE | DESCRIPTION/IDENTIFICATION | ARTICLE | DESCRIPTION/IDENTIFICATION |
|---|---|---|---|
| Television | | Radio | |
| Headphones | | Hotpot | 5 CUP HOT/WOSTBND |
| Razor/Trimmer | | Watch | |
| MP3 Player | | Clock Radio | |

| ARTICLE | AMOUNT | CODE | ARTICLE | AMOUNT | CODE | RHU ITEMS | AMOUNT | |
|---|---|---|---|---|---|---|---|---|
| Books-Hardback | | | Powder, Bath | | | Address Book | | |
| Books-Legal | | P | Razor, Disposable | 1 | P | Bible | 1 | |
| Books-Magazines | 10 | P | Remote | | | Blanket, White | 1 | |
| Books-Paperback | 6 | P | Ring | | | Blanket, Wool | 1 | |
| Bowl | 1 | P | Rubber Boots | | | Box of Envelopes | | |
| Calculator | | | Shaving Cream | | | Boxer Shorts | 3 | |
| Can Opener | | | Shorts-Personal | | | Comb/Brush | 3 | |
| Canteen Bag | 1 | P | Shoes-State | | | Deodorant | 1 | |
| Cap, Baseball | | | Shorts, Gym | 1 | P | Glasses, Case | | |
| Cap, Stocking | 1 | P | Spoon | 1 | | Glasses, Regular | | |
| Cards, Playing | | | Sweatpants | | | Laundry Bag | 1 | |
| Clock | | | Sweatshirt | | | Mattress | | |
| Combination Lock | | | Thermal, Bottom | 1 | P | Pants, Blue | 2 | |
| Conditioner | | | Thermal, Top | | | Pen/Pencil | 3 | |
| Cup, Plastic | 1 | P | T-shirts | 1 | P | Pillow | | |
| Electric Power Bar | | | TV Cable | | | Pillowcase | | |
| Fingernail Clippers | | | Vaseline | 2 | P | Shampoo | 1 | |
| Glasses, Sun | | | Vitamins | | | Sheet | 1 | |
| Gloves | | | Canteen Items | | | Shirts, Blue | 2 | |
| Hair Dressing | | | Styling Gel | | | Shower Shoes | 1 | |
| Hand Lotion | | | A-Sob | 1 | | Soap, Bath | | |
| Handkerchief | | | | | | Soap, Dish | | |
| Ice Chest/Cooler | | | | | | Socks | 6 | P |
| Jacket | | | | | | Stamps | | 10 |
| Lamp, Reading | | | | | | Toilet Paper | | |
| Legal Papers | 7 | | | | | Toothbrush | | |
| Letters, Personal | | | | | | Toothbrush holder | | |
| Mirror | | | | | | Toothpaste | | |
| Photo Album | 1 | P | | | | Towels | 2 | |
| Picture Frame | | | | | | Wash Clothes | 1 | |
| Pictures | | | | | | Writing Tablet | 1 | |

**CODES:  K-KEPT  P-PROPERTY  C-CONFISCATED  D-DESTROYED**

**RHU ITEMS**   Items to be given to offender at time of placement in Restricted Housing Unit

| Inventory Date and Time | Officer Name (Print) | Offender Signature/DOC |
|---|---|---|
| 4/6/18 | Reyes | |
| Date Returned | Officer Signature | 640457 |

All opened/perishable items will not be stored.

# OKLAHOMA DEPARTMENT OF CORRECTIONS
## INMATE PROPERTY INVENTORY FORM

Duffel Bag Security Seal Number _____

Date  8/30/18

Inmate's DOC Number  640457

Print Inmate's Name (Last)  Clark  (First)  David  (Middle Initial)

**Reason for Inventory**

| | | | | | | |
|---|---|---|---|---|---|---|
| Reception | ___ | From | ___ | Release | ___ | Type ___ |
| Transfer | ___ | To | ___ | Extended Absence | ___ | To ___ |
| Escape | | | | Segregation | ___ | Number of Boxes ___ |

**Unauthorized/Excess Property To Be mailed or Released To:**

Name _____ Street _____

City/State _____ Zip _____ Phone _____

Description of Unauthorized/Excess Property: _____

Allowable Religious Objects/Symbols (as specified in OP-030112): _____

| QUANTITY | CONDITION | MAKE | MODEL | COLOR | SERIAL NUMBER |
|---|---|---|---|---|---|
| Clock (1) | | | | | |
| Curling Iron, etc. (1) | | | | | |
| Electric Razor or Beard Trimmer (1) | | | | | |
| Fan (1) | | | | | |
| Hair Dryer (1) | | | | | |
| Hot Pot (1) | | | | | |
| MP3 Player (1) | | | | | |
| Radio or Clock Radio (1) | | | | | |
| Reading Light (1) | | | | | |
| Television (1) | | | | | |
| Watch (1) | | | | | |

**OTHER PROPERTY (LIST QUANTITY OF EACH)**

___ Air Mattress (1) or Mattress w/ integrated pillow (1)
___ Arts/Crafts/Paper
___ Athletic Shoes (1)
___ Athletic Supporters (1-2)
___ Barrettes**(5)
___ Baseball/Stocking Cap (1-2)
___ Bath Towels (3)
___ Bathrobe* (1)
___ Bowl with Lid (1)
___ Bras** (7)
___ Briefs/Boxer Shorts*** (7)
___ Brush/Comb/Pick (1-2)
___ Can Opener (1)
___ Coat (1) or (3)****
___ Combination Padlocks (2)
___ Denture Cup (1)
___ Disposable Razor (1-5)
___ Earrings** (2)
___ Electrical Power Bar (1)
___ Electronic Game (1)
___ Emery Boards**(2)
___ Fingernail Clippers (1)
___ Footwear (1) [if no athletic shoes]
___ Gym/Walking Shorts (1-2)
___ Hair Bands (5)
___ Hair Clip** (1)
___ Hair Rollers** (20)
___ Headsets (2)
___ Ice Bucket

___ Insulated Underwear Bottom (2)
___ Insulated Underwear Top (2)
___ Laundry Bag (1)
___ Legal Material (1 cubic foot)
___ Linens (1 set)
___ Makeup Bag** (1)
___ Medicine (KOP) i.e., Nitroglycerin, inhaler
___ Necklace (1)
___ Nicotine Patches (1 Series)
___ Inmate ID (1)
___ Panties ** (7)
___ Personal hygiene items/cosmetics (base, lipstick, mascara)
___ Personal Jeans (5)
___ Personal Shirts (5)
___ Photo Album (1)
___ Picture Frame (8"x10") (1)
___ Pillow (1)
___ Plastic Coffee Cup (1)
___ Plastic Drinking Cup (1)
___ Playing Cards (1 Set)
___ Postage Stamps (20)
___ Ring (1 plain wedding band—no stones)
___ Sewing Kit (1)
___ Shower Shoes or Rubber/Plastic Clogs (1)
___ Sleepwear** (2)
___ Slip** (1)
___ Soap Dish (1)
___ Socks (7)

___ Spoon (1)
___ State Issue Scrub Pants ( 3-4)
___ State Issue Scrub Shirt ( 3-4)
___ Sweat Pants (2)
___ Sweat Shirt (2)
___ T-Shirt, Commemorative (1)
___ T-Shirt, State Issue (1)
___ T-Shirt,(5-7) Maximum of 7 T-shirts allowed
___ Toothbrush Cap (1)
___ Tweezers**(1)
___ Wallet (1) (community corrections only)
___ Washcloths (3)

**ADDITIONAL PROPERTY:**

_____
_____
_____
_____
_____
_____
_____

*Females and special needs/geriatric only          **Females only          *** Males Only          ****HWH Only

I understand that unauthorized property listed above must be mailed at my own expense within 30 days from today or that property must be picked up by the person I have indicated within 30 days.  If the authorized person does not pick it up, I understand that the property will be donated or destroyed by the Oklahoma Department of Corrections.

I acknowledge that I am responsible for all personal property recorded on my property form to include additions and deletions as well as property issued by the state and that the facility will only accept responsibility for items inventoried and secured by facility staff.

I further understand that the property form, including any additions, is considered to be the complete accounting of the personal property in my possession.  All other items will be considered contraband and disposed of in accordance with current procedures, OP-040109 entitled "Control of Contraband and Physical Evidence." I am subject to disciplinary action for possession of contraband.

Inmates who are transferred from one prison to another assume the risk of alleged damage to property the inmate packs and/or carries to a transportation vehicle. The department assumes no liability for the welfare of any inmate's property packed by or placed in a transportation vehicle by any person other than facility staff.

I REALIZE THAT I BRING ANY **(AUTHORIZED)** PERSONAL PROPERTY INTO THE FACILITY AT MY OWN RISK.

**Transfer:** The undersigned states this inventory includes all personal effects and property, including legal materials, and that he/she has not left any authorized personal property at (Facility)_____ , and that all personal effects and property are undamaged and electrical appliances are in working order.

_____          _____
Inmate Signature          Date          Inventory Officer          Date

_____          _____
Witness          Date

Receipt: The undersigned states that the duffel bag and all cardboard boxes were received undamaged and that the security seal was unbroken.

_____          _____
Inmate Signature          Date          Inventory Officer          Date

_____
Witness          Date

DISTRIBUTION:          White — Property Officer's File          Yellow— Field File          Pink — Inmate          Gold — Property Box          DOC 030120A (R 4/16)

**OKLAHOMA DEPARTMENT OF CORRECTIONS**
**INMATE PROPERTY INVENTORY FORM**

Duffel Bag Security Seal Number_____

8-9-18

Date  640457        Clark   David

| Inmate's DOC Number | Print Inmate's Name (Last)    (First) | (Middle Initial) |

**Reason for Inventory**

| Reception | _____ | From | _____ | Release | _____ | Type | _____ |
| Transfer | _____ | To | _____ | Extended Absence | _____ | To | _____ |
| Escape | _____ | | | Segregation | _____ | Number of Boxes | _____ |

**Unauthorized/Excess Property To Be mailed or Released To:**

Name _____    Street _____
City/State _____    Zip _____    Phone _____
Description of Unauthorized/Excess Property: _____
_____
_____

Allowable Religious Objects/Symbols (as specified in OP-030112): _____

| QUANTITY | CONDITION | MAKE | MODEL | COLOR | SERIAL NUMBER |
|---|---|---|---|---|---|
| Clock (1) | | | | | |
| Curling Iron, etc. (1) | | | | | |
| Electric Razor or Beard Trimmer (1) | | | | | |
| Fan (1) | new | Massey | 9" | CLR | STA # 24621 |
| Hair Dryer (1) | | | | | |
| Hot Pot (1) | | | | | |
| MP3 Player (1) | | | | | |
| Radio or Clock Radio (1) | See below | | | | |
| Reading Light (1) | | | | | |
| Television (1) | | | | | |
| Watch (1) | | | | | |

**OTHER PROPERTY (LIST QUANTITY OF EACH)**

____ Air Mattress (1) or Mattress w/ integrated pillow (1)
____ Arts/Crafts/Paper
____ Athletic Shoes (1)
____ Athletic Supporters (1-2)
____ Barrettes**(5)
____ Baseball/Stocking Cap (1-2)
____ Bath Towels (3)
____ Bathrobe* (1)
____ Bowl with Lid (1)
____ Bras** (7)
____ Briefs/Boxer Shorts*** (7)
____ Brush/Comb/Pick (1-2)
____ Can Opener (1)
____ Coat (1) or (3)****
____ Combination Padlocks (2)
____ Denture Cup (1)
____ Disposable Razor (1-5)
____ Earrings** (2)
____ Electrical Power Bar (1)
____ Electronic Game (1)
____ Emery Boards**(2)
____ Fingernail Clippers (1)
____ Footwear (1) [if no athletic shoes]
____ Gym/Walking Shorts (1-2)
____ Hair Bands (5)
____ Hair Clip** (1)
____ Hair Rollers**(20)
____ Headsets (1)
____ Ice Bucket

____ Insulated Underwear Bottom (2)
____ Insulated Underwear Top (2)
____ Laundry Bag (1)
____ Legal Material (1 cubic foot)
____ Linens (1 set)
____ Makeup Bag** (1)
____ Medicine (KOP) i.e., Nitroglycerin, inhaler
____ Necklace (1)
____ Nicotine Patches (1 Series)
____ Inmate ID (1)
____ Panties ** (7)
____ Personal hygiene items/cosmetics (base, lipstick, mascara)
____ Personal Jeans (5)
____ Personal Shirts (5)
____ Photo Album (1)
____ Picture Frame (8"x10") (1)
____ Pillow (1)
____ Plastic Coffee Cup (1)
____ Plastic Drinking Cup (1)
____ Playing Cards (1 Set)
____ Postage Stamps (20)
____ Ring (1 plain wedding band—no stones)
____ Sewing Kit (1)
____ Shower Shoes or Rubber/Plastic Clogs (1)
____ Sleepwear** (2)
____ Slip** (1)
____ Soap Dish (1)
____ Socks (7)

____ Spoon (1)
____ State Issue Scrub Pants ( 3-4)
____ State Issue Scrub Shirt ( 3-4)
____ Sweat Pants (2)
____ Sweat Shirt (2)
____ T-Shirt, Commemorative (1)
____ T-Shirt, State Issue (1)
____ T-Shirt (5-7) Maximum of 7 T-shirts allowed
____ Toothbrush Cap (1)
____ Tweezers**(1)
____ Wallet (1) (community corrections only)
____ Washcloths (3)

**ADDITIONAL PROPERTY:**
_____
_____
_____
_____
_____

New / GPX Digital AM FM Radio

*Females and special needs/geriatric only        **Females only        *** Males Only        ****HWH Only

I understand that unauthorized property listed above must be mailed at my own expense within 30 days from today or that property must be picked up by the person I have indicated within 30 days.  If the authorized person does not pick it up, I understand that the property will be donated or destroyed by the Oklahoma Department of Corrections.

I acknowledge that I am responsible for all personal property recorded on my property form to include additions and deletions as well as property issued by the state and that the facility will only accept responsibility for items inventoried and secured by facility staff.

I further understand that the property form, including any additions, is considered to be the complete accounting of the personal property in my possession.  All other items will be considered contraband and disposed of in accordance with current procedures, OP-040109 entitled "Control of Contraband and Physical Evidence." I am subject to disciplinary action for possession of contraband.

Inmates who are transferred from one prison to another assume the risk of alleged damage to property the inmate packs and/or carries to a transportation vehicle. The department assumes no liability for the welfare of any inmate's property packed by or placed in a transportation vehicle by any person other than facility staff.
I REALIZE THAT I BRING ANY **(AUTHORIZED)** PERSONAL PROPERTY INTO THE FACILITY AT MY OWN RISK.

Transfer:  The undersigned states this inventory includes all personal effects and property, including legal materials, and that he/she has not left any authorized personal property at (Facility)_____, and that all personal effects and property are undamaged and electrical appliances are in working order.

David Clark                    8-10-18                              Hicell                8-10-18
Inmate Signature                    Date                              Inventory Officer                Date

_____    _____        _____    _____
Witness                    Date

Receipt: The undersigned states that the duffel bag and all cardboard boxes were received undamaged and that the security seal was unbroken.

_____    _____        _____    _____
Inmate Signature                    Date                              Inventory Officer                Date

_____    _____
Witness                    Date

DISTRIBUTION:       White — Property Officer's File      Yellow— Field File      Pink — Inmate      Gold — Property Box          DOC 030120A (R 4/16)

**OKLAHOMA DEPARTMENT OF CORRECTIONS**
**INMATE PROPERTY INVENTORY FORM**

Duffel Bag Security Seal Number_____

Date _07-25-18_

Inmate's DOC Number _64C457_    Print Inmate's Name (Last) _Clark_ (First) _David_    (Middle Initial)

**Reason for Inventory**

| | | | | | |
|---|---|---|---|---|---|
| Reception | From _____ | Release _____ | Type _____ |
| Transfer _____ | To _____ | Extended Absence _____ | To _____ |
| Escape _____ | | Segregation _____ | Number of Boxes _____ |

**Unauthorized/Excess Property To Be mailed or Released To:**

Name _____    Street _____

City/State _____    Zip _____ Phone _____

Description of Unauthorized/Excess Property: _____

Allowable Religious Objects/Symbols (as specified in OP-030112): _Bible ( )_

| QUANTITY | CONDITION | MAKE | MODEL | COLOR | SERIAL NUMBER |
|---|---|---|---|---|---|
| Clock (1) | | | | | |
| Curling Iron, etc. (1) | | | | | |
| Electric Razor or Beard Trimmer (1) | | | | | |
| Fan (1) | | | | | |
| Hair Dryer (1) | | | | | |
| Hot Pot (1) | Great | Wenberd | | clear | 64C457 |
| MP3 Player (1) | | | | | |
| Radio or Clock Radio (1) | | | | | |
| Reading Light (1) | | | | | |
| Television (1) | | | | | |
| Watch (1) | | | | | |

**OTHER PROPERTY (LIST QUANTITY OF EACH)**

Air Mattress (1) or Mattress w/ integrated pillow (1)
Arts/Crafts/Paper
Athletic Shoes (1)
Athletic Supporters (1-2)
Barrettes**(5)
Baseball/Stocking Cap (1-2)
Bath Towels (3)
Bathrobe* (1)
Bowl with Lid (1)
Bras** (7)
Briefs/Boxer Shorts*** (7)
Brush/Comb/Pick (1-2)
Can Opener (1)
Coat (1) or (3)****
Combination Padlocks (2)
Denture Cup (1)
Disposable Razor (1-5)
Earrings** (2)
Electrical Power Bar (1)
Electronic Game (1)
Emery Boards**(2)
Fingernail Clippers (1)
Footwear (1) [if no athletic shoes]
Gym/Walking Shorts (1-2)
Hair Bands (5)
Hair Clip** (1)
Hair Rollers** (20)
Headsets (2)
Ice Bucket

Insulated Underwear Bottom (2)
Insulated Underwear Top (2)
Laundry Bag (1)
Legal Material (1 cubic foot)
Linens (1 set)
Makeup Bag** (1)
Medicine (KOP) i.e., Nitroglycerin, inhaler
Necklace (1)
Nicotine Patches (1 Series)
Inmate ID (1)
Panties ** (7)
Personal hygiene items/cosmetics (base, lipstick, mascara)
Personal Jeans (5)
Personal Shirts (5)
Photo Album (1)
Picture Frame (8"x10") (1)
Pillow (1)
Plastic Coffee Cup (1)
Plastic Drinking Cup (1)
Playing Cards (1 Set)
Postage Stamps (20)
Ring (1 plain wedding band—no stones)
Sewing Kit (1)
Shower Shoes or Rubber/Plastic Clogs (1)
Sleepwear** (2)
Slip** (1)
Soap Dish (1)
2 Socks (7)

Spoon (1)
State Issue Scrub Pants ( 3-4)
State Issue Scrub Shirt ( 3-4)
Sweat Pants (2)
Sweat Shirt (2)
T-Shirt, Commemorative (1)
T-Shirt, State Issue (1)
T-Shirt, (5-7) Maximum of 7 T-shirts allowed
Toothbrush Cap (1)
Tweezers**(1)
Wallet (1) (community corrections only)
Washcloths (3)
**ADDITIONAL PROPERTY:**
address book
mesh shorts (1)

*Females and special needs/geriatric only          **Females only          *** Males Only          ****HWH Only

I understand that unauthorized property listed above must be mailed at my own expense within 30 days from today or that property must be picked up by the person I have indicated within 30 days. If the authorized person does not pick it up, I understand that the property will be donated or destroyed by the Oklahoma Department of Corrections.

I acknowledge that I am responsible for all personal property recorded on my property form to include additions and deletions as well as property issued by the state and that the facility will only accept responsibility for items inventoried and secured by facility staff.

I further understand that the property form, including any additions, is considered to be the complete accounting of the personal property in my possession. All other items will be considered contraband and disposed of in accordance with current procedures, OP-040109 entitled "Control of Contraband and Physical Evidence." I am subject to disciplinary action for possession of contraband.

Inmates who are transferred from one prison to another assume the risk of alleged damage to property the inmate packs and/or carries to a transportation vehicle. The department assumes no liability for the welfare of any inmate's property packed by or placed in a transportation vehicle by any person other than facility staff.
I REALIZE THAT I BRING ANY **(AUTHORIZED)** PERSONAL PROPERTY INTO THE FACILITY AT MY OWN RISK.

**Transfer:** The undersigned states this inventory includes all personal effects and property, including legal materials, and that he/she has not left any authorized personal property at (Facility)_____, and that all personal effects and property are undamaged and electrical appliances are in working order.

X _David Clark_    X _____    _Cpl Russell_    _7-25-18_
Inmate Signature    Date                    Inventory Officer    Date

Witness    Date
**Receipt:** The undersigned states that the duffel bag and all cardboard boxes were received undamaged and that the security seal was unbroken.

Inmate Signature    Date                    Inventory Officer    Date

Witness    Date

# OKLAHOMA DEPARTMENT OF CORRECTIONS
## INMATE PROPERTY INVENTORY FORM

17-3-18

Duffel Bag Security Seal Number _____

Date 640457

Clark David

| Inmate's DOC Number | Print Inmate's Name (Last) | (First) | (Middle Initial) |

**Reason for Inventory**

| Reception | ___ | From | ___ | Release | ___ | Type | ___ |
| Transfer | ___ | To | ___ | Extended Absence | ___ | To | ___ |
| Escape | ___ | | | Segregation | ___ | Number of Boxes | ___ |

**Unauthorized/Excess Property To Be mailed or Released To:**

Name _____    Street _____

City/State _____    Zip _____    Phone _____

Description of Unauthorized/Excess Property: _____

Allowable Religious Objects/Symbols (as specified in OP-030112): _____

| QUANTITY | CONDITION | MAKE | MODEL | COLOR | SERIAL NUMBER |
|---|---|---|---|---|---|
| Clock (1) | | | | | |
| Curling Iron, etc. (1) | | | | | |
| Electric Razor or Board Trimmer (1) | | | | | |
| Fan (1) | | | | | |
| Hair Dryer (1) | | | | | |
| Hot Pot (1) | | | | | |
| MP3 Player (1) | | | | | |
| Radio or Clock Radio (1) | | | | | |
| Reading Light (1) | | | | | |
| Television (1) | | | | | |
| Watch (1) | | | | | |

## OTHER PROPERTY (LIST QUANTITY OF EACH)

_____ Air Mattress (1) or Mattress w/ integrated pillow (1)
_____ Arts/Crafts/Paper
_____ Athletic Shoes (1)
_____ Athletic Supporters (1-2)
_____ Barrettes**(5)
_____ Baseball/Stocking Cap (1-2)
_____ Bath Towels (3)
_____ Bathrobe* (1)
_____ Bowl with Lid (1)
_____ Bras** (7)
_____ Briefs/Boxer Shorts*** (7)
_____ Brush/Comb/Pick (1-2)
_____ Can Opener (1)
_____ Coat (1) or (3)****
_____ Combination Padlocks (2)
_____ Denture Cup (1)
_____ Disposable Razor (1-5)
_____ Earrings** (2)
_____ Electrical Power Bar (1)
_____ Electronic Game (1)
_____ Emery Boards**(2)
_____ Fingernail Clippers (1)
_____ Footwear (1) [if no athletic shoes]
_____ Gym/Walking Shorts (1-2)
_____ Hair Bands (5)
_____ Hair Clip** (1)
_____ Hair Rollers** (20)
_____ Headsets (2)
_____ Ice Bucket

_____ Insulated Underwear Bottom (2)
_____ Insulated Underwear Top (2)
_____ Laundry Bag (1)
_____ Legal Material (1 cubic foot)
_____ Linens (1 set)
_____ Makeup Bag** (1)
_____ Medicine (KOP) i.e., Nitroglycerin, inhaler
_____ Necklace (1)
_____ Nicotine Patches (1 Series)
_____ Inmate ID (1)
_____ Panties ** (7)
_____ Personal hygiene items/cosmetics (base, lipstick, mascara)
_____ Personal Jeans (5)
_____ Personal Shirts (5)
_____ Photo Album (1)
_____ Picture Frame (8"x10") (1)
_____ Pillow (1)
_____ Plastic Coffee Cup (1)
_____ Plastic Drinking Cup (1)
_____ Playing Cards (1 Set)
_____ Postage Stamps (20)
_____ Ring (1 plain wedding band—no stones)
_____ Sewing Kit (1)
_____ Shower Shoes or Rubber/Plastic Clogs (1)
_____ Sleepwear** (2)
_____ Slip** (1)
_____ Soap Dish (1)
_____ Socks (7)

_____ Spoon (1)
_____ State Issue Scrub Pants ( 3-4)
_____ State Issue Scrub Shirt ( 3-4)
_____ Sweat Pants (2) new
_____ Sweat Shirt (2)
_____ T-Shirt, Commemorative (1)
_____ T-Shirt, State Issue (1)
_____ T-Shirt, (5-7) Maximum of 7 T-shirts allowed
_____ Toothbrush Cap (1)
_____ Tweezers**(1)
_____ Wallet (1) (community corrections only)
_____ Washcloths (3)
ADDITIONAL PROPERTY:

_____
_____
_____
_____
_____
_____
_____

*Females and special needs/geriatric only     **Females only     *** Males Only     ****HWH Only

I understand that unauthorized property listed above must be mailed at my own expense within 30 days from today or that property must be picked up by the person I have indicated within 30 days.   If the authorized person does not pick it up, I understand that the property will be donated or destroyed by the Oklahoma Department of Corrections.

I acknowledge that I am responsible for all personal property recorded on my property form to include additions and deletions as well as property issued by the state and that the facility will only accept responsibility for items inventoried and secured by facility staff.

I further understand that the property form, including any additions, is considered to be the complete accounting of the personal property in my possession.  All other items will be considered contraband and disposed of in accordance with current procedures, OP-040109 entitled "Control of Contraband and Physical Evidence." I am subject to disciplinary action for possession of contraband.

Inmates who are transferred from one prison to another assume the risk of alleged damage to property the inmate packs and/or carries to a transportation vehicle. The department assumes no liability for the welfare of any inmate's property packed by or placed in a transportation vehicle by any person other than facility staff

I REALIZE THAT I BRING ANY (AUTHORIZED) PERSONAL PROPERTY INTO THE FACILITY AT MY OWN RISK.

Transfer:   The undersigned states this inventory includes all personal effects and property, including legal materials, and that he/she has not left any authorized personal property at (Facility) _____ , and that all personal effects and property are undamaged and electrical appliances are in working order.

_____    _____    _____    _____
Inmate Signature    Date    Inventory Officer    Date

_____    _____
Witness    Date

Receipt: The undersigned states that the duffel bag and all cardboard boxes were received undamaged and that the security seal was unbroken.

_____    _____    _____    _____
Inmate Signature    Date    Inventory Officer    Date

_____    _____
Witness    Date

DISTRIBUTION    White — Property Officer's File    Yellow — Field File    Pink — Inmate    Gold — Property Box    DOC 030120A (R 4/16)

# OKLAHOMA DEPARTMENT OF CORRECTIONS
# INMATE PROPERTY INVENTORY FORM

Duffel Bag Security Seal Number _____

| Date | Inmate's DOC Number | Print Inmate's Name  (Last)          (First)          (Middle Initial) |
|---|---|---|

**Reason for Inventory**

| | From | To | |
|---|---|---|---|
| Reception | | | |
| Transfer | | | Type |
| Escape | | | |
| Release | | | |
| Extended Absence | | | Number of Boxes |
| Segregation | | | |

Unauthorized/Excess Property To Be mailed or Released To:

Name _____
Street _____  City/State _____  Zip _____  Phone _____

Description of Unauthorized/Excess Property: _____

Allowable Religious Objects/Symbols (as specified in OP-030112): _____

| QUANTITY | CONDITION | MAKE | MODEL | COLOR | SERIAL NUMBER |
|---|---|---|---|---|---|
| Clock (1) | | | | | |
| Curling Iron, etc. (1) | | | | | |
| Electric Razor or Beard Trimmer (1) | | | | | |
| Fan (1) | | | | | |
| Hair Dryer (1) | | | | | |
| Hot Pot (1) | | | | | |
| MP3 Player (1) | | | | | |
| Radio or Clock Radio (1) | | | | | |
| Reading Light (1) | | | | | |
| Television (1) | | | | | |
| Watch (1) | | | | | |

## OTHER PROPERTY (LIST QUANTITY OF EACH)

Air Mattress (1) or Mattress 'er' undergrad pillow (1)
Arts/Crafts/Paper
Athletic Shoes (1)
Athletic Supporters (1-2)
Baseball/Stocking Cap (1-2)
Bath Towels (3)
Bathrobe** (1)
Bowl with Lid (1)
Bras** (2)
Briefs/Boxer Shorts *** (7)
Brush/Comb/Pick (1-2)
Can Opener (1)
Coat (1) or (3)****
Combination Padlocks (2)
Denture Cup (1)
Disposable Razor (1-5)
Earrings** (2)
Electrical Power Bar (1)
Electronic Game (1)
Emery Boards**(2)
Fingernail Clippers (1)
Footwear (1 [if no athletic shoes]
Gym/Walking Shorts (1-2)
Hair Bands (5)
Hair Clip** (1)
Hair Rollers** (20)
Headsets (2)
Ice Bucket

Insulated Underwear Bottom (2)
Insulated Underwear Top (2)
Laundry Bag (1)
Legal Material (1 cubic foot)
Linens (1 set)
Makeup Bag** (1)
Medicine (KOP) i.e., Nitroglycerin, inhaler
Necklace (1)
Nicotine Patches (1 Series)
Panties ** (7)
Personal hygiene items/cosmetics (base, lipstick, mascara)
Personal Jeans
Personal Shirts (5)
Photo Album (1)
Picture Frame (8"x10") (1)
Pillow (1)
Plastic Coffee Cup (1)
Plastic Drinking Cup (1)
Playing Cards (1 Set)
Postage Stamps (20)
Ring (1 plain wedding band—no stones)
Sewing Kit (1)
Shower Shoes or Rubber/Plastic Clogs (1)
Sleepwear** (2)
Slip** (1)
Soap Dish (1)
Socks (7)

**Females and special needs/geriatric only
***Males Only
****HWH

**Females only

**ADDITIONAL PROPERTY:**
Washcloths (3)
Tweezers**
Toothbrush Cap (1)
T-Shirt,(5-7) Maximum of 7 T-shirts allowed
T-Shirt, Commemorative (1)
T-Shirt, State Issue (1)
Sweat Shirt (2)
Sweat Pants (2)
State Issue Scrub Shirt (3-4)
State Issue Scrub Pants (3-4)
Spoon (1)
Wallet (1) (community corrections only)

Inmate ID (1)

I understand that unauthorized property listed above must be mailed at my own expense within 30 days from today or that property must be picked up by the person I have indicated within 30 days. If the authorized person does not pick it up, I understand the property will be donated or destroyed by the Oklahoma Department of Corrections.

I acknowledge that I am responsible for all personal property recorded on my property form, to include additions and deletions as well as property issued by the state and that the facility will only accept responsibility for items inventoried and secured by facility staff.

I further understand that the property form, including any additions, is considered to be the complete accounting of the personal property in my possession. All other items will be considered contraband and disposed of in accordance with current procedures, OP-040109 entitled "Control of Contraband and Physical Evidence." I am subject to disciplinary action for possession of contraband.

Inmates who are transferred from one prison to another assume the risk of alleged damage to property the inmate packs and/or carries is a transportation vehicle. The department assumes no liability for the welfare of any inmate's property packed by or placed in a transportation vehicle by any person other than facility staff.

I REALIZE THAT I BRING ANY (AUTHORIZED) PERSONAL PROPERTY INTO THE FACILITY AT MY OWN RISK.

Transfer: The undersigned states this inventory includes all personal effects and property, including legal materials; and that he/she has not left any authorized personal property at (Facility) _____ ; and that all personal effects and property are undamaged and electrical appliances are in working order.

| Inmate Signature | Date | Inventory Officer | Date |
|---|---|---|---|

Witness _____ Date _____

Receipt: The undersigned states that the duffel bag and all cardboard boxes were received undamaged and that the security seal was unbroken.

| Inmate Signature | Date | Inventory Officer | Date |
|---|---|---|---|

Witness _____ Date _____

DISTRIBUTION: White — _____

DOC 030120A (R 4/16)

TRANS
TO LCF
7-7 DC

**OKLAHOMA DEPARTMENT OF CORRECTIONS**
**INMATE PROPERTY INVENTORY FORM**

Duffel Bag Security Seal Number ___9120061___

Date **5-24-17**

Facility **DCCC**

Inmate's DOC Number **640457**

Inmate's Name (Last) **Clark**, (First) **David** (Middle Initial)

**Reason for Inventory:**
Reception _____ From _____ Release _____ Type **1 Bag**
Transfer _____ To _____ Extended Absence _____ To _____
Escape _____ (Segregation) Number of Boxes _____

**Unauthorized/Excess Property To Be Mailed or Released To:**
Name _____ Street _____
City/State: _____ Zip: _____ Phone: _____

Description of Unauthorized/Excess Property: _____

From SHU
Bible, e-tapes
Address book, letters
Soap Dish

Allowable Religious Objects/Symbols (as specified in OP-030112) _____

| QUANTITY | CONDITION | MAKE | MODEL | COLOR | SERIAL NUMBER |
|---|---|---|---|---|---|
| Clock (1) | | | | | |
| Curling Iron, etc.**(1) | | | | | |
| Electric Razor or Beard Trimmer (1) | | | | | |
| Fan (1) | | | | | |
| Hair Dryer (1) | | | | | |
| Hot Pot (1) | | | | | |
| MP3 Player (1) | | | | | |
| Radio or Clock Radio (1) | | | | | |
| Reading Light (1) | | | | | |
| Television (1) | | None | | | |
| Watch (1) | | | | | |

grey long sleeve

**OTHER PROPERTY (LIST QUANTITY OF EACH)**

Address Book
_____ Air Mattress (1) or mattress with integrated pillow (1)
1 Arts/Crafts/Paper Color pencils
_____ Athletic Shoes (1) Pens
_____ Athletic Supporters (1-2)
_____ Barrettes** (5)
1 Baseball/Stocking Cap (1-2) Canteen Bag
_____ Bath Towels (3) Fly swatter
_____ Bathrobe* (1)
1 Bowl with Lid (1)
X Bras** (7) Books
5 Briefs/Boxer Shorts *** (7)
_____ Brush/Comb/Pick (1-2)
_____ Can Opener (1)
_____ Coat (1) or (3) ****
_____ Combination Padlocks (2)
_____ Denture Cup (1)
1 Disposable Razor (1-5)
_____ Earrings ** (2)
_____ Electrical Power Bar (1)
_____ Electronic Game (1)
_____ Emery Boards** (2)
_____ Fingernail Clippers (1)
_____ Footwear (1) [if no athletic shoes]

_____ Gym/Walking Shorts 1-2 Calendar
_____ Hair Bands (5) Magizines
_____ Hair Clip** (1)
_____ Hair Rollers** (20) 11 Hangers
_____ Headsets (2) Belt
_____ Ice Bucket
_____ Insulated Underwear (0-2)
_____ Laundry Bag (1)
X Legal Material (1 cubic foot)
_____ Linens (1 set)
X Makeup Bag ** (1)
_____ Medicine (KOP) i.e., Nitroglycerin, inhaler
_____ Necklace (1)
_____ Nicotine Patches (1 Series)
X Offender ID (1)
X Panties ** (7) Papers
X Personal hygiene items/cosmetics (base, lipstick, mascara).
_____ Personal Jeans (5)
_____ Personal Shirts (5)
_____ Insulated Underwear (2 sets)
_____ Photo Album (1)
1 Picture Frame (8"x10") (1)

1 Pillow (1)
1 Plastic Coffee Cup (1)
1 Plastic Drinking Cup (1)
_____ Playing Cards (1 Set)
_____ Postage Stamps (20)
_____ Ring (1 plain wedding band – no stones)
1 Sewing Kit (1)
1 Shower Shoes or Rubber/Plastic Clogs (1)
_____ Sleepwear ** (2)
_____ Slip ** (1)
10 Soap Dish (1)
_____ Socks (7)
3 Spoon (1)
2 State Issue Scrub Pants (3-4)
_____ State Issue Scrub Shirt (3-4)
_____ Sweat suit (1-2) Pants
_____ Toothbrush Cap (1)
4 T-Shirt, Commemorative (1)
_____ T-Shirt, State Issue (1)
_____ T-Shirt, (5-7) Note: Maximum of 7 T-shirts allowed
_____ Tweezers** (1)
1 Wallet (1) (community corrections only)
_____ Washcloths (3)

*Females and special needs/geriatric only    **Females only    ***Males only    ****HWH only

I understand that unauthorized property listed above must be mailed at my own expense within 30 days from today or that property must be picked up by the person I have indicated within 30 days. If the authorized person does not pick it up, I understand that the property will be donated or destroyed by the Oklahoma Department of Corrections.

I acknowledge that I am responsible for all personal property recorded on my property form to include additions and deletions as well as property issued by the state and that the facility will only accept responsibility for items inventoried and secured by facility staff.

I further understand that the property form, including any additions, is considered to be the complete accounting of the personal property in my possession. All other items will be considered contraband and disposed of in accordance with current procedures, OP-040109 entitled "Control of Contraband and Physical Evidence." I am subject to disciplinary action for possession of contraband.

Inmates who are transferred from one prison to another assume the risk of alleged damage to property the inmate packs and/or carries to a transportation vehicle. The department assumes no liability for the welfare of any inmate's property packed by any person and placed in a transportation vehicle.

**I REALIZE THAT I BRING ANY (AUTHORIZED) PERSONAL PROPERTY INTO THE FACILITY AT MY OWN RISK**

Transfer: The undersigned states this inventory includes all personal effects and property, including legal materials, and that he/she has not left any authorized personal property at (Facility) _____ and that all personal effects and property are undamaged and electrical appliances are in working order.

David Clark       6-7-17
Inmate Signature     Date

J alongi       5-24-17
Inventory Officer     Date

Witness       Date

Receipt: The undersigned states that the duffel bag and all cardboard boxes were received undamaged and that the security seal was unbroken.

Inmate Signature _____ Date _____     Inventory Officer _____ Date _____

Witness _____ Date _____

DISTRIBUTION:   WHITE — Property Officer's File    YELLOW — Field File    PINK — Inmate    GOLD — Property Box

DOC Form 030120A (R 5/16)

## OKLAHOMA DEPARTMENT OF CORRECTIONS
## INMATE PROPERTY INVENTORY FORM

Duffel Bag Security Seal Number_____

Date 5.725.18

Inmate's DOC Number: 646457   Print Inmate's Name (Last): Clark   (First): David   (Middle Initial):

**Reason for Inventory**

| | | | | | |
|---|---|---|---|---|---|
| Reception _____ | From _____ | Release _____ | | Type _____ | |
| Transfer _____ | To _____ | Extended Absence _____ | | To _____ | |
| Escape _____ | | Segregation _____ | | Number of Boxes _____ | |

**Unauthorized/Excess Property To Be mailed or Released To:**

Name _____   Street _____
City/State _____   Zip _____   Phone _____
Description of Unauthorized/Excess Property: _____
_____

Allowable Religious Objects/Symbols (as specified in OP-030112): Bible (1)

| QUANTITY | CONDITION | MAKE | MODEL | COLOR | SERIAL NUMBER |
|---|---|---|---|---|---|
| Clock (1) | | | | | |
| Curling Iron, etc. (1) | | | | | |
| Electric Razor or Beard Trimmer (1) | | | | | |
| Fan (1) | | | | | |
| Hair Dryer (1) | | | | | |
| Hot Pot (1) | Great | Weather C | | clear | 646457 |
| MP3 Player (1) | | | | | |
| Radio or Clock Radio (1) | | | | | |
| Reading Light (1) | | | | | |
| Television (1) | | | | | |
| Watch (1) | | | | | |

### OTHER PROPERTY (LIST QUANTITY OF EACH)

_____ Air Mattress (1) or Mattress w/ integrated pillow (1)
_____ Arts/Crafts/Paper
_____ Athletic Shoes (1)
_____ Athletic Supporters (1-2)
_____ Barrettes**(5)
_____ Baseball/Stocking Cap (1-2)
_____ Bath Towels (3)
_____ Bathrobe* (1)
_____ Bowl with Lid (1)
_____ Bras** (7)
_____ Briefs/Boxer Shorts*** (7)
_____ Brush/Comb/Pick (1-2)
_____ Can Opener (1)
_____ Coat (1) or (3)****
_____ Combination Padlocks (2)
_____ Denture Cup (1)
_____ Disposable Razor (1-5)
_____ Earrings** (2)
_____ Electrical Power Bar (1)
_____ Electronic Game (1)
_____ Emery Boards**(2)
_____ Fingernail Clippers (1)
_____ Footwear (1) [if no athletic shoes]
_____ Gym/Walking Shorts (1-2)
_____ Hair Bands (5)
_____ Hair Clip** (1)
_____ Hair Rollers** (20)
_____ Headsets (2)
_____ Ice Bucket

_____ Insulated Underwear Bottom (2)
_____ Insulated Underwear Top (2)
_____ Laundry Bag (1)
_____ Legal Material (1 cubic foot)
_____ Linens (1 set)
_____ Makeup/Bag** (1)
_____ Medicine (KOP) i.e., Nitroglycerin, inhaler
_____ Necklace (1)
_____ Nicotine Patches (1 Series)
_____ Inmate ID (1)
_____ Panties ** (7)
_____ Personal hygiene items/cosmetics (base, lipstick, mascara)
_____ Personal Jeans (2)
_____ Personal Shirts (5)
_____ Photo Album (1)
_____ Picture Frame (8"x10") (1)
_____ Pillow (1)
_____ Plastic Coffee Cup (1)
_____ Plastic Drinking Cup (1)
_____ Playing Cards (1 Set)
_____ Postage Stamps (20)
_____ Ring (1 plain wedding band—no stones)
_____ Sewing Kit (1)
_____ Shower Shoes or Rubber/Plastic Clogs (1)
_____ Sleepwear** (2)
_____ Slip** (1)
_____ Socks (7)

_____ Spoon (1)
_____ State Issue Scrub Pants ( 3-4)
_____ State Issue Scrub Shirt ( 3-4)
_____ Sweat Pants (2)
_____ Sweat Shirt (2)
_____ T-Shirt, Commemorative (1)
_____ T-Shirt, State Issue (1)
_____ T-Shirt, (5-7) Maximum of 7 T-shirts allowed
_____ Toothbrush Cap (1)
_____ Tweezers**(1)
_____ Wallet (1) (community corrections only)
_____ Washcloths (3)

**ADDITIONAL PROPERTY:**

Address book
Arch shorts (1)
_____
_____
_____

**Females only     **Males Only     ***HWH Only*** *Females and special needs/geriatric only

I understand that unauthorized property listed above must be mailed at my own expense within 30 days from today or that property must be picked up by the person I have indicated within 30 days.   If the authorized person does not pick it up, I understand that the property will be donated or destroyed by the Oklahoma Department of Corrections.

I acknowledge that I am responsible for all personal property recorded on my property form to include additions and deletions as well as property issued by the state and that the facility will only accept responsibility for items inventoried and secured by facility staff.

I further understand that the property form, including any additions, is considered to be the complete accounting of the personal property in my possession.   All other items will be considered contraband and disposed of in accordance with current procedures, OP-040109 entitled "Control of Contraband and Physical Evidence." I am subject to disciplinary action for possession of contraband.

Inmates who are transferred from one prison to another assume the risk of alleged damage to property the inmate packs and/or carries to a transportation vehicle. The department assumes no liability for the welfare of any inmate's property packed by or placed in a transportation vehicle by any person other than facility staff.

I REALIZE THAT I BRING ANY **(AUTHORIZED)** PERSONAL PROPERTY INTO THE FACILITY AT MY OWN RISK.

Transfer: The undersigned states this inventory includes all personal effects and property, including legal materials, and that he/she has not left any authorized personal property at (Facility)_____ , and that all personal effects and property are undamaged and electrical appliances are in working order.

X David Clark X _____   Gil Russell   7.25.18
Inmate Signature   Date   Inventory Officer   Date

Witness   Date

Receipt: The undersigned states that the duffel bag and all cardboard boxes were received undamaged and that the security seal was unbroken.

_____   _____
Inmate Signature   Date   Inventory Officer   Date

_____
Witness   Date

DISTRIBUTION:   White — Property Officer's File   Yellow — Field File   Pink — Inmate   Gold — Property Box   DOC 030120A (R 4/16)

8924

**Must Be Submitted Through the Law Library or Designee**
**Inmate/Offender Grievance Process**
**REQUEST TO STAFF**

RECEIVED
DEC 1 2 2018
LCC/LARC
Law Library

TO: _Mr. Braggs    Warden_ FACILITY/DIST/UNIT: _L.C.C._ DATE: _12-11-18_
(NAME AND TITLE OF STAFF MEMBER)

I have ____ have not __X__ already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: _____ facility: _____ grievance #: _____
I affirm that I do ____ do not __X__ have a grievance pending on this issue.
I affirm that I do ____ do not __X__ have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court: _____
This request _____ does __X__ does not relate to a pending misconduct report. If it does, this request may only be answered by the disciplinary coordinator assigned to the misconduct.

**SUBJECT:** State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

I have a complaint against these lies made against me and so forth. I want this issue resolve A.S.A.P. because I did nothing wrong. Please and Thank You.

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

**ACTION REQUESTED:** State exactly how you believe your request may be handled; that is, what exactly should be done and how.

I want this resolve so I can either have my job back with some else or so I can move on to some else but I did my job the best I could until he lied on me. Please and Thank You.

NAME: _David Clark_ DOC NUMBER: _640457_ UNIT & CELL NUMBER: _SHU 10B_
(PRINT)

SIGNATURE: _David Clark_ WORK ASSIGNMENT: _____

**DO NOT WRITE BELOW THIS LINE**

DISPOSITION: _Your case is being reviewed by the office of inspecture Apprehension._

STAFF MEMBER _____ DATE _12/18/18_

Entered / Answered
DEC 21 2018
LCC/LARC
DOC 090114b7

Date response sent to inmate: _____
1. Original to file
2. Copy to inmate/offender

**Grievance Response from Reviewing Authority**

| Offender Name: | **Clark, David** | | | DOC Number: | **640457** |
|---|---|---|---|---|---|
| Receipt Date: | **11/13/17** | Grievance Code: | **08** | Grievance Number: | **1092-17** |

| 1. Discrimination | 3. Complaint Against Staff | 5. Disciplinary Process | 7. Medical | 9. Records/Sentence Administration |
|---|---|---|---|---|
| 2. Classification | 4. Condition of Confinement | 6. Legal | 8. Property | 10. Religion |

**Response:** I/M Clark, David 640457, your grievance has been reviewed. You requested to have your shoes replaced.

A review of your property file revealed you arrived at the facility on 7/7/17. No white Courtline shoes are notated on your property list. You signed for this list on 7/7/17.
A copy of your property list is attached.

**Relief: Denied**

| Reviewing Authority- Facility Health Services Admin (medical issues) | Date |
|---|---|
| | **NOV 2 0 2017** |

Reviewing Authority – Facility/Unit Head     Date

I have received the original of the response and all paperwork submitted to the reviewing authority.

Signature of Grievant     Date

C/o     *11-21-17*
Signature of Staff Witness     Date

You may appeal to the director or chief medical officer or designee at Department of Corrections, P.O. Box 11400, Oklahoma City, OK 73136-0400, within <u>15 calendar days</u> of receipt of response using only DOC Form 060125V entitled "Misconduct/Grievance Appeal Form To Administrative Review Authority." Do not send this response to the director or chief medical officer.

1. Original to file
2. Copy to offender

DOC 090124 B (R 11/14)

**OKLAHOMA DEPARTMENT OF CORRECTIONS**
**OFFENDER PROPERTY INVENTORY FORM**

Duffel Bag Security Seal Number _____

Date __7-7-17__     Facility __LCF__

Offender's DOC Number __640457__     Print Offender's Name (Last) __Clark,__  (First) __David__   (Middle Initial)

**Reason for Inventory:**

| | | | | | |
|---|---|---|---|---|---|
| Reception | From | DCCC | Release | | Type _____ |
| Transfer X | To | LCF | Extended Absence | | To _____ |
| Escape | | | Segregation | | Number of Boxes _____ |

**Unauthorized/Excess Property To Be Mailed or Released To:**

Name: _____     Street: _____
City/State: _____     Zip: _____     Phone: _____

Description of Unauthorized/Excess Property: 1 flyswatter, Plastic hangers, 1 belt, 1 box hobby craft materials, 1 holder of colored pencils, 1 hobby craft scarf, canteen bag, 2 hair affensacks, 1 ruler 1 bottle glue, 1 container pens, pencils, and markers, 1 magazine, 2 paper back books, 1 pair black shoes, 1 baseball hat altered, 1 bottle oil, 1 plastic jar with sewing kit

Allowable Religious Objects/Symbols (as specified in OP-030112): 1 wood cross, 2 bibles     DONATE-

X David Clark

| QUANTITY | CONDITION | MAKE | MODEL | COLOR | SERIAL NUMBER |
|---|---|---|---|---|---|
| Clock (1) | | | | | |
| Curling Iron, etc**(1) | | | | | |
| Electric Razor or Beard Trimmer (1) | | | | | |
| Fan (1) | | | | | |
| Hair Dryer (1) | | | | | |
| Hot Pot (1) | | | | | |
| MP3 PLAYER (1) | | | | | |
| Radio or Clock | | | | | |
| Radio (1) | | | | | |
| Reading Light (1) | | | | | |
| Television (1) | | | | | |
| Watch (1) | | | | | |

1 box envelopes
1 bundle personal papers/mail
2 paperback books
1 small container coffee
1 mirror
2 pencils

**OTHER PROPERTY (LIST QUANTITY OF EACH)**

| | | |
|---|---|---|
| _____ Air Mattress (1) or mattress with integrated pillow (1) | _____ Gym/Walking Shorts (1-2) | _____ Plastic Coffee Cup (1) |
| _____ Arts/Crafts/Paper | _____ Hair Bands (5) | _____ Plastic Drinking Cup (1) |
| _____ Athletic Shoes (1) | _____ Hair Clip** (1) | _____ Playing Cards (1 Set) |
| _____ Athletic Supporters (1-2) | _____ Hair Rollers** (20) | _____ Postage Stamps (20) |
| _____ Barrettes**(5) | _____ Headsets (2) | _____ Ring (1 plain wedding band - no stones) |
| 1 Baseball/Stocking Cap (1-2) | _____ Ice Bucket | 1 Sewing Kit (1) |
| _____ Bath Towels (3) | _____ Insulated Underwear (0-2) | _____ Shower Shoes or Rubber/Plastic Clogs (1) |
| _____ Bathrobe* (1) | _____ Laundry Bag (1) | _____ Sleepwear** (2) |
| 1 Bowl with Lid (1) | _____ Legal Material (1 cubic foot) | _____ Slip** (1) |
| _____ Bras** (7) | _____ Linens (1 set) | _____ Soap Dish (1) |
| 2 Briefs/Boxer Shorts*** (7) | _____ Makeup Bag** (1) | 6 Socks (7) |
| 1 Brush/Comb/Pick (1-2) | _____ Medicine (KOP) i.e., Nitroglycerin, inhaler | 2 Spoon (1) 1 fork |
| _____ Can Opener (1) | _____ Necklace (1) | _____ State Issue Scrub Pants (3-4) |
| _____ Coat (1) or (3)**** | _____ Nicotine Patches (1 Series) | _____ State Issue Scrub Shirt (3-4) |
| _____ Combination Padlocks (2) | _____ Offender ID (1) | 1 Sweatsuits (1-2) bottoms |
| _____ Denture Cup (1) | _____ Panties ** (7) | _____ T-Shirt, Commemorative (1) |
| 1 Disposable Razor (1-5) | _____ Personal hygiene items/cosmetics (base, lipstick, mascara) | _____ T-Shirt, State Issue (1) |
| 1 Earrings**(2) | _____ Personal Jeans (5) | 1 T-Shirt, (5-7)Note: Maximum of 7 T-shirts allowed |
| _____ Electrical Power Bar (1) | _____ Personal Shirts (5) | |
| _____ Electronic Game (1) | _____ Insulated Underwear (2 sets) | 1 Toothbrush Cap (1) |
| _____ Emery Boards**(2) | _____ Photo Album (1) | _____ Tweezers**(1) |
| _____ Fingernail Clippers (1) | _____ Picture Frame (8"x10") (1) | _____ Wallet (1) (community corrections only) |
| _____ Footwear (1) [if no athletic shoes] | _____ Pillow (1) | _____ Washcloths (3) |

1 thermal top

*Females and special needs/geriatric only     **Females only     ***Males Only     ****HWH only

2 notepads

I understand that unauthorized property listed above must be mailed at my own expense within 30 days from today or that property must be picked up by the person I have indicated within 30 days. If the authorized person does not pick it up, I understand that the property will be donated or destroyed by the Oklahoma Department of Corrections.

I acknowledge that I am responsible for all personal property recorded on my property form to include additions and deletions as well as property issued by the state and that the facility will only accept responsibility for items inventoried and secured by facility staff.

I further understand that the property form, including any additions, is considered to be the complete accounting of the personal property in my possession. All

Allowable Religious Objects/Symbols (as specified in OP-030112)    1 wood cross, 2 bibles    DONATE

X David Clark

| QUANTITY | CONDITION | MAKE | MODEL | COLOR | SERIAL NUMBER |
|---|---|---|---|---|---|
| Clock (1) | | | | | |
| Curling Iron, etc**(1) | | | | | |
| Electric Razor or Beard Trimmer (1) | | | | | |
| Fan (1) | | | | | |
| Hair Dryer (1) | | | | | |
| Hot Pot (1) | | | | | |
| MP3 PLAYER (1) | | | | | |
| Radio or Clock Radio (1) | | | | | |
| Reading Light (1) | | | | | |
| Television (1) | | | | | |
| Watch (1) | | | | | |

1 Box envelopes
1 bundle Personal papers/mail    2 Paperback books    1 mirror
                                 1 small container coffee    2 pencils

**OTHER PROPERTY (LIST QUANTITY OF EACH)**

| | | |
|---|---|---|
| ___ Air Mattress (1) or mattress with integrated pillow | ___ Gym/Walking Shorts (1-2) | 1 Plastic Coffee Cup (1) |
| ___ Arts/Crafts/Paper | ___ Hair Bands (5) | ___ Plastic Drinking Cup (1) |
| ___ Athletic Shoes (1) | ___ Hair Clip** (1) | ___ Playing Cards (1 Set) |
| ___ Athletic Supporters (1-2) | ___ Hair Rollers ** (20) | ___ Postage Stamps (20) |
| ___ Barrettes**(5) | ___ Headsets (2) | ___ Ring (1 plain wedding band - no stones) |
| 1 Baseball/Stocking Cap (1-2) | ___ Ice Bucket | ___ Sewing Kit (1) |
| ___ Bath Towels (3) | ___ Insulated Underwear (0-2) | ___ Shower Shoes or Rubber/Plastic Clogs (1) |
| ___ Bathrobe* (1) | ___ Laundry Bag (1) | ___ Sleepwear** (2) |
| ___ Bowl with Lid (1) | ___ Legal Material (1 cubic foot) | ___ Slip** (1) |
| ___ Bras** (7) | ___ Linens (1 set) | ___ Soap Dish (1) |
| 2 Briefs/Boxer Shorts*** (7) | ___ Makeup Bag** (1) | 6 Socks (7) |
| 1 Brush/Comb/Pick (1-2) | ___ Medicine (KOP) i.e., Nitroglycerin, inhaler | 2 Spoon (1) 1 Fork |
| ___ Can Opener (1) | ___ Necklace (1) | ___ State Issue Scrub Pants (3-4) |
| 1 Coat (1) or (3)**** | ___ Nicotine Patches (1 Series) | ___ State Issue Scrub Shirt (3-4) |
| ___ Combination Padlocks (2) | ___ Offender ID (1) | 1 Sweatsuits (1-2) bottoms |
| ___ Denture Cup (1) | ___ Panties ** (7) | ___ T-Shirt, Commemorative (1) |
| ___ Disposable Razor (1-5) | 1 Personal hygiene items/cosmetics (base, lipstick, mascara) | ___ T-Shirt, State Issue (1) |
| ___ Earrings**(2) | ___ Personal Jeans (5) | ___ T-Shirt, (5-7)Note: Maximum of 7 T-shirts allowed |
| ___ Electrical Power Bar (1) | ___ Personal Shirts (5) | ___ Toothbrush Cap (1) |
| ___ Electronic Game (1) | ___ Insulated Underwear (2 sets) | ___ Tweezers**(1) |
| ___ Emery Boards**(2) | 1 Photo Album (1) | ___ Wallet (1) (community corrections only) |
| ___ Fingernail Clippers (1) | ___ Picture Frame (8"x10") (1) | ___ Washcloths (3) |
| ___ Footwear (1) [if no athletic shoes] | ___ Pillow (1) | 1 thermal top |

2 notepads

*Females and special needs/geriatric only        **Females only        ***Males Only        ****HWH only

I understand that unauthorized property listed above must be mailed at my own expense within 30 days from today or that property must be picked up by the person I have indicated within 30 days. If the authorized person does not pick it up, I understand that the property will be donated or destroyed by the Oklahoma Department of Corrections.

I acknowledge that I am responsible for all personal property recorded on my property form to include additions and deletions as well as property issued by the state and that the facility will only accept responsibility for items inventoried and secured by facility staff.

I further understand that the property form, including any additions, is considered to be the complete accounting of the personal property in my possession. All other items will be considered contraband and disposed of in accordance with current procadures, OP-040109 entitled "Control of Contraband and Physical Evidence." I am subject to disciplinary action for possession of contraband.

Offenders who are transferred from one prison to another assume the risk of alleged damage to property the offender packs and/or carries to a transportation vehicle. The department assumes no liability for the welfare of any offender's property packed by or placed in a transportation vehicle by any person other than facility staff.

I REALIZE THAT I BRING ANY **(AUTHORIZED)** PERSONAL PROPERTY INTO THE FACILITY AT MY OWN RISK.

**Transfer:** The undersigned states this inventory includes all personal effects and property, including legal materials, and that he/she has not left any **authorized** personal property at (Facility) _____LCF_____, and that all personal effects and property are undamaged and electrical appliances are in working order.

David Clark        7-7-17                    Clo Brannon        7-7-17
Offender Signature        Date                Inventory Officer        Date

_____                      _____
Witness        Date

**Receipt:** The undersigned states that the duffel bag and all cardboard boxes were received undamaged and that the security seal was unbroken.

_____                      _____
Offender Signature        Date                Inventory Officer        Date

_____
Witness        Date

DISTRIBUTION:        White - Property Officer's File        Yellow - Field File        Pink - Offender        Gold - Property Box                DOC 030120A (R 3/13)

## INMATE/OFFENDER GRIEVANCE

Grievance no. __1098-17__

Grievance code: __08__

Response due: _____

---

**DO NOT WRITE ABOVE THIS LINE**

Date __11-8-17__   Facility or District __Lawton Correctional Facility__

Name (Print) __David Clark__   Facility Housing Unit __Seg. B 102__

ODOC Number __640457__   Date "Request to Staff" response received: _____

Have you previously submitted a grievance on this same issue? **Y** If yes, what date __10-29-17__ facility __L.C.F.__ , grievance # __17-1063__ . You must submit this completed original within **15 days** of the receipt of the response to the "Request to Staff". The "Request to Staff" must have been submitted within 7 days of the incident. Do not include/attach anything to this grievance except the "Request to Staff" including the response. You may quote from or make reference to statutes, operations, field, or administrative memoranda, department publications (time sheets, inventory forms, assessments, etc.). You will be permitted only one opportunity to correct any error(s) made in submitting your grievance.

1. The nature of your complaint. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per grievance. Use backside of this page only, if necessary. On July 7, 2017, I wore a pair of White Courtline shoes over to this facility and the fillin property lady rush me out before I had them put on my property sheet here. I went to seg. on July 21, 2017 and when I got out on Sept. 14, 2017 I notice that my shoes was not with it. I did not come here barefoot. Ms. Calhoun was on vacation at that time.

2. Informal action taken (including dates) to resolve the complaint, as well as the names of those employees from whom you sought an answer to your grievance. I have talked to the C/O on house 6 and he called seg. and someone told him it went to property. I have talked to Sargeant Nichols and he said they clean out the cages once a week and sent to property. I did not come here with them and I told her what seg. have told me through the C/O and Sargeant about getting sent to property and she said they just said that to leave them alone. I have talked to Lt. Ellington and he told me to send him a request and to staff and never heard back from him. I made another request to staff to Lt. Meade.

3. The action you believe the reviewing authority may lawfully take. I want my White Courtline Shoes replaced of equal value of $60.00

---

Grievance report sent to (warden/district supervisor/correctional health services administrator):

Name __Hector Rios__   Title __Warden__

Signature of Grievant __David Clark__   Date Sent to Reviewing Authority __11-9-17__

1. Original to file
2. Copy to inmate/offender

**RECEIVED**
NOV 09 2017
LCF LAW LIBRARY

**RECEIVED**
NOV 13 2017
GRIEVANCES & APPEALS

DOC 090124A (R 7/16)

I have did all this during the ~~the~~ time I got out of seg. from Sept. 18, 2017 through Sept. 22, 2017 and went back to seg. on Sept. 24, 2017.

RECEIVED

**Must Be Submitted Through the Law Library or Designee** SEP 21 2017

**Inmate/Offender Grievance Process**

413

**REQUEST TO STAFF**

LCF LAW LIBRARY

TO: _Lt. Meade_ FACILITY/DIST/UNIT: _LCF_ DATE: _9-21-17_

(NAME AND TITLE OF STAFF MEMBER)

I have _____ have not _X_ already submitted a "Request to Staff" or grievance on this same issue.

If yes, what date: _____ facility: _____ grievance #: _____

I affirm that I do _____ do not _X_ have a grievance pending on this issue.

I affirm that I do _____ do not _X_ have a lawsuit of any type pending that relates in any way to this issue.

If a lawsuit is pending, indicate case number and court: _____

This request _____ does _X_ does not relate to a pending misconduct report. If it does, this request may only be answered by the disciplinary coordinator assigned to the misconduct.

**SUBJECT:** State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

_I went to seg. on July 21, 2017 and got_
_out on Sept. 14, 2017 and my shoes was_
_not with my property. I have spoken to property_
_and they do not know where they are._

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

**ACTION REQUESTED:** State exactly how you believe your request may be handled; that is, what exactly should be done and how.

_I would like your help to locate them or_
_have them replaced. Please and Thank You._

NAME: _David Clark_ DOC NUMBER: _640457_ UNIT & CELL NUMBER: _6-B-210_

(PRINT)

SIGNATURE: _David Clark_ WORK ASSIGNMENT: _N/A_

**DO NOT WRITE BELOW THIS LINE**

DISPOSITION:

_I WAS NOT ABLE TO LOCATE THEM. START THE_
_GRIEVANCE PROCEDURE._

SEGREGATION

_L7 ___ C2L_ _10-19-17_

STAFF MEMBER SEGREGATION DATE

Date response sent to inmate: _DELIVERED OCT 20 2017_

1. Original to file
2. Copy to inmate/offender

DOC 090124D (R 9/16)

# Docket

| Date | Code | Description | Count | Party | Amount |
|------|------|-------------|-------|-------|--------|
| 05-20-2010 | TEXT | CRIMINAL FELONY INITIAL FILING.<br>Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | 1 | CLARK, DAVID GEORGE | |
| 05-20-2010 | INFORMATION | DEFENDANT DAVID GEORGE CLARK WAS CHARGED WITH COUNT #1, LEWD MOLESTATION IN VIOLATION OF 21 O.S. 1123 | 1 | CLARK, DAVID GEORGE | |
| 05-20-2010 | INFORMATION | DEFENDANT DAVID GEORGE CLARK WAS CHARGED WITH COUNT #2, ATTEMPTED RAPE - FIRST DEGREE IN VIOLATION OF 21 O.S. 1115 | 2 | CLARK, DAVID GEORGE | |
| 05-20-2010 | INFORMATION | DEFENDANT DAVID GEORGE CLARK WAS CHARGED WITH COUNT #3, KIDNAPPING IN VIOLATION OF 21 O.S. 741 | 3 | CLARK, DAVID GEORGE | |
| 05-20-2010 | CTARRPL | MOODY, DAWN: DEFENDANT PRESENT, IN CUSTODY AND REPRESENTED BY PUBLIC DEFENDER. ARRAIGNMENT HELD. DEFENDANT WAIVES READING OF THE INFORMATION AND FURTHER TIME TO PLEAD. DEFENDANT ENTERS A PLEA OF NOT GUILTY. PRELIMINARY HEARING SET FOR 6-11-10 AT 9AM IN ROOM 344. BOND SET IN THE AMOUNT OF CT1: $50,000 CT2: $50,000 CT3: $50,000; DEFENDANT REMANDED TO CUSTODY. | | CLARK, DAVID GEORGE | |
| 05-20-2010 | DAINS | DISTRICT ATTORNEY INSPECTION NOTIFICATION<br>Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | | CLARK, DAVID GEORGE | |
| 05-20-2010 | PA | PAUPER'S AFFIDAVIT<br>Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | | CLARK, DAVID GEORGE | |

| 05-20-2010 | TEXT | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE CF B DOCKET TO THIS CASE. | |
| 05-25-2010 | AFPCA | AFFIDAVIT & FINDING OF PROBABLE CAUSE T.R.A.C.I.S. (ARRESTED) | CLARK, DAVID GEORGE |
| | | Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | |
| 05-26-2010 | RETCO | RETURN COMMITMENT | CLARK, DAVID GEORGE |
| | | Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | |
| 06-09-2010 | ADISC | ACKNOWLEDGEMENT OF RECEIPT OF DISCOVERY | CLARK, DAVID GEORGE |
| | | Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | |
| 06-11-2010 | CTPASS | CLARK, STEPHEN: DEFENDANT PRESENT, IN CUSTODY AND REPRESENTED BY CHRIS GAULT, PD. STATE REPRESENTED BY COURTNEY CAIN. ORDER SIGNED AND FILED FOR HEARING ON COMPETENCY. NO ISSUE HEARING PASSED TO 6/18/10, 9 AM, ROOM 344 FOR SERVICE. BOND TO REMAIN; DEFENDANT REMANDED TO CUSTODY . | CLARK, DAVID GEORGE |
| 06-14-2010 | CTFREE | JUDGE STEPHEN CLIARK: NOTICE OF HEARING SIGNED. | CLARK, DAVID GEORGE |
| 06-14-2010 | RTSUB$ | RETURN SUBPOENA | CLARK, DAVID GEORGE | $50.00 |
| | | Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | |
| 06-14-2010 | OCISR | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | CLARK, DAVID GEORGE | $25.00 |
| 06-15-2010 | OSH | ORDER SETTING HEARING ON APPLICATION TO DETERMINE COMPETENCY | CLARK, DAVID GEORGE |
| | | Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | |
| 06-15-2010 | APLI | APPLICATION FOR DETERMINATION OF COMPETENCY | CLARK, DAVID GEORGE |

| | | Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | | |
|---|---|---|---|---|
| 06-15-2010 | NOH | NOTICE OF HEARING | CLARK, DAVID GEORGE | |
| | | Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | | |
| 06-17-2010 | NOH | NOTICE OF HEARING | CLARK, DAVID GEORGE | |
| | | Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | | |
| 06-18-2010 | CTPASS | JUDGE YOULL: DEFENDANT PRESENT, IN CUSTODY, REPRESENTED BY CHRIS GAULT. STATE REPRESENTED BY JULIE DOSS. PRELIMINARY HEARING PASSED TO 7/2/2010 AT 9AM ROOM 344. BOND TO REMAIN. DEFENDANT REMANDED TO CUSTODY. (PROOF OF SERVICE). | CLARK, DAVID GEORGE | |
| 07-02-2010 | CTPASS | JUDGE STEPHEN CLARK: DEFENDANT PRESENT, IN CUSTODY, AND REPRESENTED BY BRIAN RAYL PD. STATE REPRESENTED BY COURTNEY CAIN. PRELIMINARY HEARING PASSED TO 8-13-2010 @ 9 AM IN ROOM 344 FOR POST EVALUATION, DEFENDANT SERVED, BOND TO REMAIN. DEFENDANT REMANDED TO CUSTODY. | CLARK, DAVID GEORGE | |
| 07-06-2010 | ODOC | ORDER ON HEARING - DETERMINATION OF COMPETENCY | CLARK, DAVID GEORGE | |
| | | Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | | |
| 07-12-2010 | WFPDA | WITNESS FEES PAID BY DISTRICT ATTORNEY ON 6-24-10 | CLARK, DAVID GEORGE | $10.00 |
| | | Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | | |
| 07-12-2010 | WFPDA | WITNESS FEES PAID BY DISTRICT ATTORNEY ON 6-24-10 | CLARK, DAVID GEORGE | $10.00 |
| | | Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | | |

| | | | |
|---|---|---|---|
| 07-20-2010 | MHE | MENTAL HEALTH EVALUATION<br>Pursuant to 12 O.S. § 39, Document Available at Court Clerk's<br>Office | CLARK, DAVID GEORGE |
| 08-13-2010 | CTPASS | CLARK, STEPHEN: DEFENDANT PRESENT, IN CUSTODY AND<br>REPRESENTED BY CHRIS GAULT, PD. STATE REPRESENTED BY<br>MEREDITH STANTON. PRELIMINARY HEARING ISSUE PASSED BY<br>AGREEMENT TO 9/3/10, 9 AM, ROOM 344 TO GIVE NOTICE TO<br>DHS. BOND TO REMAIN; DEFENDANT REMANDED TO CUSTODY . | CLARK, DAVID GEORGE |
| 09-03-2010 | CTPASS | CLARK, STEPHEN: DEFENDANT PRESENT, IN CUSTODY AND<br>REPRESENTED BY CHRIS GAULT, PD. STATE REPRESENTED BY<br>AMANDA PETERSEN FOR COURTNEY CAIN. CASE CALLED FOR<br>POST EVALUATION COMPETENCY HEARING. DEFENDANT FOUND<br>COMPETENT. ALL PARTIES STIPULATE TO REPORT AND THE<br>CONTENTS THEREIN. PRELIMINARY HEARING ISSUE PASSED TO<br>9/24/10, 9 AM, ROOM 344. BOND TO REMAIN; DEFENDANT<br>REMANDED TO CUSTODY . | CLARK, DAVID GEORGE |
| 09-24-2010 | CTPASS | CLARK, STEPHEN: DEFENDANT PRESENT, IN CUSTODY AND<br>REPRESENTED BY BRIAN RAYL, PD, FOR CHRIS GAULT, PD. STATE<br>REPRESENTED BY MEREDITH STANTON FOR COURTNEY CAIN.<br>PRELIMINARY HEARING ISSUE PASSED AT STATE'S REQUEST<br>OVER DEFENSE'S OBJECTION TO 10/1/10, 9 AM, ROOM 344.<br>BOND TO REMAIN; DEFENDANT REMANDED TO CUSTODY . | CLARK, DAVID GEORGE |

| | | | | |
|---|---|---|---|---|
| 10-01-2010 | CTPRLDCA | JUDGE YOULL: DEFENDANT PRESENT, IN CUSTODY AND REPRESENTED BY CHRIS GAULT. STATE REPRESENTED BY COURTNEY CAIN. COURT REPORTER: CARRIE SLOAN. CASE CALLED FOR PRELIMINARY HEARING. 4 WITNESSES SWORN; DEMURRER OVERRULED. DEFENDANT IS BOUND OVER TO DISTRICT COURT ON 10/11/2010 AT 1:30 PM BEFORE JUDGE GILLERT. BOND TO REMAIN; DEFENDANT REMANDED TO CUSTODY. | CLARK, DAVID GEORGE | |
| 10-01-2010 | REQCR | COURT REPORTER FEE AT TRIAL (JURY/NON-JURY/PRELIMINARY) | CLARK, DAVID GEORGE | $20.00 |
| 10-01-2010 | OCISR | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | CLARK, DAVID GEORGE | $25.00 |
| 10-11-2010 | CTPASS | GILLERT, THOMAS: DEFENDANT PRESENT, IN CUSTODY AND REPRESENTED BY CHRIS GAULT. STATE REPRESENTED BY MEREDITH STANTON. DISTRICT COURT ARRAIGNMENT PASSED TO 11-15-10 1:30 PM. BOND TO REMAIN; DEFENDANT RECOGNIZED BACK; REMANDED TO CUSTODY. | CLARK, DAVID GEORGE | |
| 10-13-2010 | AMIN | AMENDED INFORMATION | CLARK, DAVID GEORGE | |
| | | - AMENDED COUNT 2 TO SEXUAL ABUSE - CHILD UNDER 12 Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | | |
| 11-10-2010 | WFPDA | WITNESS FEES PAID BY DISTRICT ATTORNEY ON 10-21-10 Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | CLARK, DAVID GEORGE | $210.00 |

| | | | | |
|---|---|---|---|---|
| 11-15-2010 | CTPASS | JUDGE GILLERT: DEFENDANT PRESENT, IN CUSTODY, AND REPRESENTED BY CHRIS GAULT PD. STATE REPRESENTED JULIE DOSS. HEARING ON TRANSCRIPT SET TO 12-14-2010 @ 9:30 AM IN ROOM 406. BOND TO REMAIN; DEFENDANT REMANDED TO CUSTODY. | CLARK, DAVID GEORGE | |
| 11-23-2010 | WFPDA | WITNESS FEES PAID BY DISTRICT ATTORNEY ON 11-9-10 Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | CLARK, DAVID GEORGE | $21.00 |
| 11-23-2010 | WFPDA | WITNESS FEES PAID BY DISTRICT ATTORNEY ON 11-9-10 Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | CLARK, DAVID GEORGE | $10.00 |
| 11-24-2010 | O | ORDER FOR TRANSCRIPT Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | CLARK, DAVID GEORGE | |
| 12-07-2010 | CCERT | COURT REPORTER'S CERTIFICATE Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | CLARK, DAVID GEORGE | |
| 12-07-2010 | O | AMENDED ORDER Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | CLARK, DAVID GEORGE | |
| 12-14-2010 | CTPASS | JUDGE TOM GILLERT: DEFENDANT PRESENT, IN CUSTODY, AND REPRESENTED BY PUBLIC DEFENDER. STATE REPRESENTED ANDREA PETERSEN. HEARING ON TRANSCRIPT PASSED TO 1-10-2011 @ 1:30 PM IN ROOM 406. BOND TO REMAIN; DEFENDANT REMANDED TO CUSTODY. | CLARK, DAVID GEORGE | |

| | | | |
|---|---|---|---|
| 01-03-2011 | T&2 | ORIGINAL TRANSCRIPT & 2 COPIES OF PRELIMINARY HEARING ON OCTOBER 1, 2010 ONE COPY EACH TO DISTRICT ATTORNEY'S OFFICE AND PUBLIC DEFENDER'S OFFICE. Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | CLARK, DAVID GEORGE |
| 01-06-2011 | MOQ | MOTION TO QUASH Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | CLARK, DAVID GEORGE |
| 01-10-2011 | CTPASS | JUDGE TOM GILLERT: DEFENDANT PRESENT, IN CUSTODY, AND REPRESENTED BY CHRIS GAULT PD. STATE REPRESENTED NALANI CHING. HEARING ON TRANSCRIPT PASSED TO 1-18-2011 @ 1:30 PM IN ROOM 406. BOND TO REMAIN; DEFENDANT REMANDED TO CUSTODY. | CLARK, DAVID GEORGE |
| 01-18-2011 | CTFREE | JUDGE GILLERT: DEFENDANT PRESENT, IN CUSTODY AND REPRESENTED BY CHRIS GAULT PD. STATE REPRESENTED BY NALANIE CHING. MOTIONS OVERRULED. COURT ENTERS NOT GUILTY PLEA ON BEHALF OF DEFENDANT. JURY TRIAL SET TO 5-16-2011 @ 9:30 AM FOR ISSUE SETTING. ALLEN DISCOVERY HEARING SET 4-4-2011@ 1:30 PM; EVIDENTIARY MOTIONS DUE THREE WEEKS PRIOR TO TRIAL. BOND TO REMAIN; DEFENDANT REMANDED TO CUSTODY. | CLARK, DAVID GEORGE |
| 01-21-2011 | PYREQ | PAYMENT REQUEST - TRANSCRIPTS Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | CLARK, DAVID GEORGE   $164.50 |

| 01-25-2011 | MO | MOTION TO MODIFY THE VERDICT FORM TO COMPLY WITH THE PRESUMPTION OF INNOCENCE | CLARK, DAVID GEORGE | |
| | | Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | | |
| 01-25-2011 | MOPRO | MOTION TO PRODUCE | CLARK, DAVID GEORGE | |
| | | Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | | |
| 01-25-2011 | MO | MOTION FOR JURY TO ASSESS PUNISHMENT | CLARK, DAVID GEORGE | |
| | | Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | | |
| 01-25-2011 | MFD | MOTION FOR DISCOVERY AND INSPECTION | CLARK, DAVID GEORGE | |
| | | Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | | |
| 01-28-2011 | DIS | DISCOVERY REQUEST | CLARK, DAVID GEORGE | |
| | | Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | | |
| 01-28-2011 | DISN | DISCOVERY NOTICE | CLARK, DAVID GEORGE | |
| | | Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | | |
| 04-04-2011 | CTPASS | JUDGE TOM GILLERT: DEFENDANT PRESENT, IN CUSTODY, AND REPRESENTED BY CHRIS GAULT PD. STATE REPRESENTED NALANI CHING. ALLEN DISCOVERY HEARING PASSED TO 4-18-2011 @ 1:30 PM IN ROOM 406. BOND TO REMAIN; DEFENDANT REMANDED TO CUSTODY. | CLARK, DAVID GEORGE | |
| 04-18-2011 | WFPDA | WITNESS FEES PAID BY DISTRICT ATTORNEY ON 4-7-11 | CLARK, DAVID GEORGE | $120.00 |
| | | Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | | |

| 04-18-2011 | CTFREE | JUDGE TOM GILLERT: DEFENDANT NOT PRESENT, IN CUSTODY, AND REPRESENTED BY PUBLIC DEFENDER. STATE REPRESENTED NALANI CHING. DISCOVERY IS COMPLETE. | | CLARK, DAVID GEORGE |
|---|---|---|---|---|
| 04-20-2011 | NOEVI | NOTICE OF INTENT TO INTRODUCE HEARSAY STATEMENTS OF A CHILD UNDER THE AGE OF TWELVE YEARS<br>Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | | CLARK, DAVID GEORGE |
| 05-12-2011 | CONVICTED | JUDGE TOM GILLERT: DEFENDANT PRESENT, IN CUSTODY, REPRESENTED BY CHRIS GAULT PD. STATE REPRESENTED BY NALANI CHING. DEFENDANT SWORN IN OPEN COURT. COURT REPORTER JANA HARRINGTON, DEFENDANT ENTERS A PLEA OF GUILTY AND WAIVES RIGHTS TO JURY, NON JURY TRIAL. COURT ACCEPTS PLEA, COURT FINDS DEFENDANT GUILTY, DEFENDANT SENTENCED TO: | 1 | CLARK, DAVID GEORGE |

COUNT 1) THIRTY FIVE (35) YEARS IN DEPARTMENT OF CORRECTIONS WITH CREDIT FOR TIME SERVED. DEFENDANT ASSESSED $600.00 FINE, $150.00 VCA, PLUS COSTS.

COUNT 2) THIRTY FIVE (35) YEARS IN TO RUN CONCURRENT WITH COUNT 1, $600.00 FINE, $150.00 VCA, PLUS COSTS.

COUNT 3) TWENTY (20) YEARS IN TO RUN CONCURRENT WITN COUNT 1 AND 2. $600.00 FINE, $150.00 VCA, PLUS COSTS.

DEFENDANT ADVISED OF APPEAL RIGHTS, RULE 8 ISSUED, J AND
S ISSUED. COMMITMENT ISSUED, JURY TRIAL STRICKEN.

| Date | Code | Description | | Name | Amount |
|------|------|-------------|---|------|--------|
| 05-12-2011 | COSTF | COURT COSTS ON FELONY | 1 | CLARK, DAVID GEORGE | $103.00 |
| 05-12-2011 | DACPAF | DA COUNCIL PROSECUTION ASSESSMENT FOR FELONY | 1 | CLARK, DAVID GEORGE | $25.00 |
| 05-12-2011 | OCISR | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | 1 | CLARK, DAVID GEORGE | $25.00 |
| 05-12-2011 | SSFCHS | SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY | 1 | CLARK, DAVID GEORGE | $10.00 |
| 05-12-2011 | MELRF | MEDICAL EXPENSE LIABILITY REVOLVING FUND | 1 | CLARK, DAVID GEORGE | $10.00 |
| 05-12-2011 | CLEET | CLEET PENALTY ASSESSMENT | 1 | CLARK, DAVID GEORGE | $9.00 |
| 05-12-2011 | PFE7 | LAW LIBRARY FEE | 1 | CLARK, DAVID GEORGE | $6.00 |
| 05-12-2011 | FOREN | FORENSIC SCIENCE IMPROVEMENT ASSESSMENT | 1 | CLARK, DAVID GEORGE | $5.00 |
| 05-12-2011 | SSF | SHERIFF'S SERVICE FEE ON ARRESTS | 1 | CLARK, DAVID GEORGE | $5.00 |
| 05-12-2011 | AFIS | AFIS FEE | 1 | CLARK, DAVID GEORGE | $5.00 |
| 05-12-2011 | CHAB | C.H.A.B. STATUTORY FEE | 1 | CLARK, DAVID GEORGE | $3.00 |
| 05-12-2011 | AGVSU | ATTORNEY GENERAL VICTIM SERVICES UNIT | 1 | CLARK, DAVID GEORGE | $3.00 |
| 05-12-2011 | VCA | VICTIMS COMPENSATION ASSESSMENT (AC12) | 1 | CLARK, DAVID GEORGE | $150.00 |
| 05-12-2011 | FINE | FINES PAYABLE TO COUNTY | 1 | CLARK, DAVID GEORGE | $600.00 |
| 05-12-2011 | CCADMIN | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS | 1 | CLARK, DAVID GEORGE | $7.00 |
| 05-12-2011 | FINE | FINES PAYABLE TO COUNTY | 2 | CLARK, DAVID GEORGE | $600.00 |
| 05-12-2011 | COSTF | COURT COSTS ON FELONY | 2 | CLARK, DAVID GEORGE | $103.00 |
| 05-12-2011 | DACPAF | DA COUNCIL PROSECUTION ASSESSMENT FOR FELONY | 2 | CLARK, DAVID GEORGE | $25.00 |
| 05-12-2011 | OCISR | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | 2 | CLARK, DAVID GEORGE | $25.00 |
| 05-12-2011 | SSFCHS | SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY | 2 | CLARK, DAVID GEORGE | $10.00 |

| 05-12-2011 | MELRF | MEDICAL EXPENSE LIABILITY REVOLVING FUND | 2 | CLARK, DAVID GEORGE | $10.00 |
| 05-12-2011 | CLEET | CLEET PENALTY ASSESSMENT | 2 | CLARK, DAVID GEORGE | $9.00 |
| 05-12-2011 | PFE7 | LAW LIBRARY FEE | 2 | CLARK, DAVID GEORGE | $6.00 |
| 05-12-2011 | FOREN | FORENSIC SCIENCE IMPROVEMENT ASSESSMENT | 2 | CLARK, DAVID GEORGE | $5.00 |
| 05-12-2011 | SSF | SHERIFF'S SERVICE FEE ON ARRESTS | 2 | CLARK, DAVID GEORGE | $5.00 |
| 05-12-2011 | AFIS | AFIS FEE | 2 | CLARK, DAVID GEORGE | $5.00 |
| 05-12-2011 | AGVSU | ATTORNEY GENERAL VICTIM SERVICES UNIT | 2 | CLARK, DAVID GEORGE | $3.00 |
| 05-12-2011 | CHAB | C.H.A.B. STATUTORY FEE | 2 | CLARK, DAVID GEORGE | $3.00 |
| 05-12-2011 | VCA | VICTIMS COMPENSATION ASSESSMENT (AC12) | 2 | CLARK, DAVID GEORGE | $150.00 |
| 05-12-2011 | CCADMIN | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS | 2 | CLARK, DAVID GEORGE | $7.00 |
| 05-12-2011 | COSTF | COURT COSTS ON FELONY | 3 | CLARK, DAVID GEORGE | $103.00 |
| 05-12-2011 | DACPAF | DA COUNCIL PROSECUTION ASSESSMENT FOR FELONY | 3 | CLARK, DAVID GEORGE | $25.00 |
| 05-12-2011 | OCISR | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | 3 | CLARK, DAVID GEORGE | $25.00 |
| 05-12-2011 | SSFCHS | SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY | 3 | CLARK, DAVID GEORGE | $10.00 |
| 05-12-2011 | MELRF | MEDICAL EXPENSE LIABILITY REVOLVING FUND | 3 | CLARK, DAVID GEORGE | $10.00 |
| 05-12-2011 | CLEET | CLEET PENALTY ASSESSMENT | 3 | CLARK, DAVID GEORGE | $9.00 |
| 05-12-2011 | PFE7 | LAW LIBRARY FEE | 3 | CLARK, DAVID GEORGE | $6.00 |
| 05-12-2011 | FOREN | FORENSIC SCIENCE IMPROVEMENT ASSESSMENT | 3 | CLARK, DAVID GEORGE | $5.00 |
| 05-12-2011 | SSF | SHERIFF'S SERVICE FEE ON ARRESTS | 3 | CLARK, DAVID GEORGE | $5.00 |
| 05-12-2011 | AFIS | AFIS FEE | 3 | CLARK, DAVID GEORGE | $5.00 |
| 05-12-2011 | CHAB | C.H.A.B. STATUTORY FEE | 3 | CLARK, DAVID GEORGE | $3.00 |
| 05-12-2011 | AGVSU | ATTORNEY GENERAL VICTIM SERVICES UNIT | 3 | CLARK, DAVID GEORGE | $3.00 |
| 05-12-2011 | VCA | VICTIMS COMPENSATION ASSESSMENT (AC12) | 3 | CLARK, DAVID GEORGE | $150.00 |
| 05-12-2011 | FINE | FINES PAYABLE TO COUNTY | 3 | CLARK, DAVID GEORGE | $600.00 |

| Date | Code | Description | | Party | Amount |
|------|------|-------------|---|-------|--------|
| 05-12-2011 | CCADMIN | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS | 3 | CLARK, DAVID GEORGE | $7.00 |
| 05-16-2011 | J&S | JUDGMENT AND SENTENCE | 3 | CLARK, DAVID GEORGE | |
| | | Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | | | |
| 05-16-2011 | J&S | JUDGMENT AND SENTENCE | 2 | CLARK, DAVID GEORGE | |
| | | Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | | | |
| 05-16-2011 | J&S | JUDGMENT AND SENTENCE | 1 | CLARK, DAVID GEORGE | |
| | | Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | | | |
| 05-16-2011 | RULE8 | ORDER OF THE COURT - RULE 8 HEARING | | CLARK, DAVID GEORGE | |
| | | Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | | | |
| 05-17-2011 | RETCP | RETURN COMMITMENT FOR PUNISHMENT | | CLARK, DAVID GEORGE | |
| | | Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | | | |
| 05-17-2011 | PGSF | PLEA OF GUILTY - SUMMARY OF FACTS | | CLARK, DAVID GEORGE | |
| | | Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | | | |
| 05-19-2011 | TEXT | RETURN RECEIPT OF TRANSCRIPT FROM PUBLIC DEFENDERS OFFICE. | | CLARK, DAVID GEORGE | |
| 06-07-2011 | CNOTE | CASE NOTE: DEF IS GOING TO DOC. | | CLARK, DAVID GEORGE | |
| 06-14-2011 | ADISC | ACKNOWLEDGEMENT OF RECEIPT OF DISCOVERY SUPPLEMENTAL PAGES 56 TO 74 | | CLARK, DAVID GEORGE | |
| | | Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | | | |
| 07-06-2011 | RETJS$ | RETURN JUDGMENT & SENTENCE | 1 | CLARK, DAVID GEORGE | $50.00 |
| | | Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | | | |
| 07-06-2011 | OCISR | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | 1 | CLARK, DAVID GEORGE | $25.00 |
| 10-12-2011 | CTRS | CLAIM FOR INTERCEPT OF TAX REFUND | | CLARK, DAVID GEORGE | |
| 10-17-2012 | CTRS | CLAIM FOR INTERCEPT OF TAX REFUND | | CLARK, DAVID GEORGE | |

| 05-14-2013 | LETDF | LETTER FROM DEFENDANT - COPY TO DISTRICT ATTORNEY & JUDGE GILLERT<br>Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | CLARK, DAVID GEORGE |

| 09-03-2013 | ACCOUNT | RECEIPT # 2013-2676347 ON 09/03/2013. TRANSFERRED FROM DOC CHECK #13335420.<br><br>PAYOR: TOTAL AMOUNT PAID: $0.00.<br>LINE ITEMS:<br><br>CF-2010-1906: $0.13 ON TRANSFER TO AC01 CLERK FEES FOR CLARK, DAVID GEORGE.<br><br>MRC-2013-145: $-0.13 ON TRANSFER FROM AC99 HOLDING FOR OKLAHOMA DEPARTMENT OF CORRECTIONS. | CLARK, DAVID GEORGE |

| 09-04-2013 | ACCOUNT | RECEIPT # 2013-2677523 ON 09/04/2013. TRANSFERRED FROM DOC CHECK#13335420.<br><br>PAYOR: TOTAL AMOUNT PAID: $0.00.<br>LINE ITEMS:<br><br>CF-2010-1906: $1.44 ON TRANSFER TO AC01 CLERK FEES FOR CLARK, DAVID GEORGE.<br><br>MRC-2013-145: $-1.44 ON TRANSFER FROM AC99 HOLDING FOR OKLAHOMA DEPARTMENT OF CORRECTIONS. | CLARK, DAVID GEORGE |

| 11-25-2013 | ACCOUNT | RECEIPT # 2013-2732265 ON 11/25/2013. TRANSFERRED FROM DOC CHECK #01334780.<br><br>PAYOR: TOTAL AMOUNT PAID: $0.00.<br>LINE ITEMS: | CLARK, DAVID GEORGE |

CF-2010-1906: $1.44 ON TRANSFER TO AC01 CLERK FEES FOR
CLARK, DAVID GEORGE.

MRC-2013-191: $-1.44 ON TRANSFER FROM AC99 HOLDING FOR
OKLAHOMA DEPARTMENT OF CORRECTIONS.

RECEIPT # 2013-2739979 ON 12/09/2013. TRANSFERRED FROM
DOC CHECK #01334780.

| 12-09-2013 | ACCOUNT | | CLARK, DAVID GEORGE |
|---|---|---|---|

PAYOR: TOTAL AMOUNT PAID: $0.00.
LINE ITEMS:

CF-2010-1906: $1.44 ON TRANSFER TO AC01 CLERK FEES FOR
CLARK, DAVID GEORGE.

MRC-2013-192: $-1.44 ON TRANSFER FROM AC99 HOLDING FOR
OKLAHOMA DEPARTMENT OF CORRECTIONS.

RECEIPT # 2013-2744412 ON 12/16/2013. TRANSFERRED FROM
DOC CHECK 1334780.

| 12-16-2013 | ACCOUNT | | CLARK, DAVID GEORGE |
|---|---|---|---|

PAYOR: TOTAL AMOUNT PAID: $0.00.
LINE ITEMS:

CF-2010-1906: $1.44 ON TRANSFER TO AC01 CLERK FEES FOR
CLARK, DAVID GEORGE.

MRC-2013-193: $-1.44 ON TRANSFER FROM AC99 HOLDING FOR
OKLAHOMA DEPARTMENT OF CORRECTIONS.

RECEIPT # 2014-2768659 ON 01/24/2014. TRANSFERRED FROM
DOC CHECK 13359517.

| 01-24-2014 | ACCOUNT | | CLARK, DAVID GEORGE |
|---|---|---|---|

PAYOR: TOTAL AMOUNT PAID: $0.00.
LINE ITEMS:

CF-2010-1906: $1.44 ON TRANSFER TO AC01 CLERK FEES FOR
CLARK, DAVID GEORGE.

MRC-2014-3: $-1.44 ON TRANSFER FROM AC99 HOLDING FOR
DEPARTMENT OF CORRECTIONS.

| | | RECEIPT # 2014-2768807 ON 01/24/2014. TRANSFERRED FROM | |
|---|---|---|---|
| 01-24-2014 | ACCOUNT | DOC CHECK 13359517. | CLARK, DAVID GEORGE |

PAYOR: TOTAL AMOUNT PAID: $0.00.
LINE ITEMS:

CF-2010-1906: $1.44 ON TRANSFER TO AC01 CLERK FEES FOR
CLARK, DAVID GEORGE.

MRC-2014-3: $-1.44 ON TRANSFER FROM AC99 HOLDING FOR
DEPARTMENT OF CORRECTIONS.

| | | RECEIPT # 2014-2770636 ON 01/28/2014. TRANSFERRED FROM | |
|---|---|---|---|
| 01-28-2014 | ACCOUNT | DOC CHECK #13359517. | CLARK, DAVID GEORGE |

PAYOR: TOTAL AMOUNT PAID: $0.00.
LINE ITEMS:

CF-2010-1906: $1.44 ON TRANSFER TO AC01 CLERK FEES FOR
CLARK, DAVID GEORGE.

MRC-2014-3: $-1.44 ON TRANSFER FROM AC99 HOLDING FOR
DEPARTMENT OF CORRECTIONS.

| | | RECEIPT # 2014-2846542 ON 05/09/2014. TRANSFERRED FROM | |
|---|---|---|---|
| 05-09-2014 | ACCOUNT | DOC CHECK #013371102. | CLARK, DAVID GEORGE |

PAYOR: TOTAL AMOUNT PAID: $0.00.
LINE ITEMS:

CF-2010-1906: $1.44 ON TRANSFER TO AC01 CLERK FEES FOR
CLARK, DAVID GEORGE.

MRC-2014-89: $-1.44 ON TRANSFER FROM AC99 HOLDING FOR
STATE OF OKLAHOMA DEPARTMENT OF CORRECTIONS.

| 06-05-2014 | ACCOUNT | RECEIPT # 2014-2864929 ON 06/05/2014. TRANSFERRED FROM DOC CHECK #013371083. | CLARK, DAVID GEORGE |
|---|---|---|---|

PAYOR: TOTAL AMOUNT PAID: $0.00.
LINE ITEMS:

CF-2010-1906: $1.44 ON TRANSFER TO AC01 CLERK FEES FOR
CLARK, DAVID GEORGE.

MRC-2014-90: $-1.44 ON TRANSFER FROM AC99 HOLDING FOR
STATE OF OKLAHOMA DEPARTMENT OF CORRECTIONS.

| 07-08-2014 | ACCOUNT | RECEIPT # 2014-2885800 ON 07/08/2014. TRANSFERRED FROM DOC CHECK #013371087. | CLARK, DAVID GEORGE |
|---|---|---|---|

PAYOR: TOTAL AMOUNT PAID: $0.00.
LINE ITEMS:

CF-2010-1906: $1.44 ON TRANSFER TO AC01 CLERK FEES FOR
CLARK, DAVID GEORGE.

MRC-2014-91: $-1.44 ON TRANSFER FROM AC99 HOLDING FOR
STATE OF OKLAHOMA DEPARTMENT OF CORRECTIONS.

| 07-23-2014 | ACCOUNT | RECEIPT # 2014-2896873 ON 07/23/2014. TRANSFERRED FROM DOC CHECK #13384497. | CLARK, DAVID GEORGE |
|---|---|---|---|

PAYOR: TOTAL AMOUNT PAID: $0.00.
LINE ITEMS:

CF-2010-1906: $1.00 ON TRANSFER TO AC01 CLERK FEES FOR
CLARK, DAVID GEORGE.

MRC-2014-180: $-1.00 ON TRANSFER FROM AC99 HOLDING FOR
DEPARTMENT OF CORRECTIONS.

| 08-04-2014 | ACCOUNT | RECEIPT # 2014-2904048 ON 08/04/2014. TRANSFERRED FROM DOC CHECK #13384497. | CLARK, DAVID GEORGE |

PAYOR: TOTAL AMOUNT PAID: $0.00.
LINE ITEMS:

CF-2010-1906: $0.44 ON TRANSFER TO AC01 CLERK FEES FOR
CLARK, DAVID GEORGE.

MRC-2014-180: $-0.44 ON TRANSFER FROM AC99 HOLDING FOR
DEPARTMENT OF CORRECTIONS.

| 08-08-2014 | ACCOUNT | RECEIPT # 2014-2907461 ON 08/08/2014. TRANSFERRED FROM DOC CHECK #013384502. PAYOR: TOTAL AMOUNT PAID: $0.00. LINE ITEMS: | CLARK, DAVID GEORGE |

CF-2010-1906: $0.23 ON TRANSFER TO AC01 CLERK FEES FOR
CLARK, DAVID GEORGE.

MRC-2014-182: $-0.23 ON TRANSFER FROM AC99 HOLDING FOR
DEPARTMENT OF CORRECTIONS.

| 08-26-2014 | ACCOUNT | RECEIPT # 2014-2918383 ON 08/26/2014. TRANSFERRED FROM DOC CHECK#013384502. PAYOR: TOTAL AMOUNT PAID: $0.00. | CLARK, DAVID GEORGE |

LINE ITEMS:

CF-2010-1906: $1.44 ON TRANSFER TO AC01 CLERK FEES FOR
CLARK, DAVID GEORGE.

MRC-2014-182: $-1.44 ON TRANSFER FROM AC99 HOLDING FOR
DEPARTMENT OF CORRECTIONS.

| 08-27-2014 | ACCOUNT | RECEIPT # 2014-2919313 ON 08/27/2014. TRANSFERRED FROM DOC CHECK #13384503. | CLARK, DAVID GEORGE |

PAYOR: TOTAL AMOUNT PAID: $0.00.
LINE ITEMS:

CF-2010-1906: $1.44 ON TRANSFER TO AC01 CLERK FEES FOR
CLARK, DAVID GEORGE.

MRC-2014-183: $-1.44 ON TRANSFER FROM AC99 HOLDING FOR
DEPARTMENT OF CORRECTIONS.

| 11-03-2014 | ACCOUNT | RECEIPT # 2014-2964716 ON 11/03/2014. TRANSFERRED FROM DOC CHECK #133995602. | CLARK, DAVID GEORGE |

PAYOR: TOTAL AMOUNT PAID: $0.00.
LINE ITEMS:

CF-2010-1906: $1.44 ON TRANSFER TO AC01 CLERK FEES FOR
CLARK, DAVID GEORGE.

MRC-2014-236: $-1.44 ON TRANSFER FROM AC99 HOLDING FOR
DEPARTMENT OF CORRECTIONS.

| 11-25-2014 | LT | LETTER Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | CLARK, DAVID GEORGE |

| 12-11-2014 | ACCOUNT | RECEIPT # 2014-2990631 ON 12/11/2014. TRANSFERRED FROM DOC CHECK #013395592.<br>PAYOR: TOTAL AMOUNT PAID: $0.00.<br>LINE ITEMS:<br><br>CF-2010-1906: $1.44 ON TRANSFER TO AC01 CLERK FEES FOR CLARK, DAVID GEORGE.<br><br>MRC-2014-244: $-1.44 ON TRANSFER FROM AC99 HOLDING FOR DEPARTMENT OF CORRECTIONS. | CLARK, DAVID GEORGE |
| 12-12-2014 | ACCOUNT | RECEIPT # 2014-2992251 ON 12/12/2014. TRANSFERRED FROM DOC CHECK #13395602.<br><br>PAYOR: TOTAL AMOUNT PAID: $0.00.<br>LINE ITEMS:<br><br>CF-2010-1906: $1.44 ON TRANSFER TO AC01 CLERK FEES FOR CLARK, DAVID GEORGE.<br><br>MRC-2014-236: $-1.44 ON TRANSFER FROM AC99 HOLDING FOR DEPARTMENT OF CORRECTIONS. | CLARK, DAVID GEORGE |
| 01-29-2015 | ACCOUNT | RECEIPT # 2015-3019744 ON 01/29/2015. TRANSFERRED FROM DOC CHECK #01347017.<br><br>PAYOR: TOTAL AMOUNT PAID: $0.00.<br>LINE ITEMS:<br><br>CF-2010-1906: $1.44 ON TRANSFER TO AC01 CLERK FEES FOR CLARK, DAVID GEORGE.<br><br>MRC-2015-19: $-1.44 ON TRANSFER FROM AC99 HOLDING FOR OKLAHOMA DEPARTMENT OF CORRECTIONS. | CLARK, DAVID GEORGE |

| | | | |
|---|---|---|---|
| 03-31-2015 | ACCOUNT | RECEIPT # 2015-3060647 ON 03/31/2015. TRANSFERRED FROM DOC CHECK #01347017.<br>PAYOR: TOTAL AMOUNT PAID: $0.00.<br>LINE ITEMS:<br><br>CF-2010-1906: $1.44 ON TRANSFER TO AC01 CLERK FEES FOR CLARK, DAVID GEORGE.<br><br>MRC-2015-21: $-1.44 ON TRANSFER FROM AC99 HOLDING FOR OKLAHOMA DEPARTMENT OF CORRECTIONS. | CLARK, DAVID GEORGE |
| 04-07-2015 | ACCOUNT | RECEIPT # 2015-3064953 ON 04/07/2015. TRANSFERRED FROM DOC CHECK #013407017.<br><br>PAYOR: TOTAL AMOUNT PAID: $0.00.<br>LINE ITEMS:<br><br>CF-2010-1906: $1.44 ON TRANSFER TO AC01 CLERK FEES FOR CLARK, DAVID GEORGE.<br><br>MRC-2015-20: $-1.44 ON TRANSFER FROM AC99 HOLDING FOR OKLAHOMA DEPARTMENT OF CORRECTIONS. | CLARK, DAVID GEORGE |
| 05-01-2015 | ACCOUNT | RECEIPT # 2015-3084493 ON 05/01/2015. TRANSFERRED FROM DOC CHECK #013418611.<br><br>PAYOR: TOTAL AMOUNT PAID: $0.00.<br>LINE ITEMS:<br><br>CF-2010-1906: $1.44 ON TRANSFER TO AC01 CLERK FEES FOR CLARK, DAVID GEORGE.<br><br>MRC-2015-94: $-1.44 ON TRANSFER FROM AC99 HOLDING FOR OKLAHOMA DEPARTMENT OF CORRECTIONS. | CLARK, DAVID GEORGE |

| | | | |
|---|---|---|---|
| 05-04-2015 | ACCOUNT | RECEIPT # 2015-3085082 ON 05/04/2015. TRANSFERRED FROM DOC CHECK #013418611.<br>PAYOR: TOTAL AMOUNT PAID: $0.00.<br>LINE ITEMS:<br><br>CF-2010-1906: $1.44 ON TRANSFER TO AC01 CLERK FEES FOR CLARK, DAVID GEORGE.<br><br>MRC-2015-95: $-1.44 ON TRANSFER FROM AC99 HOLDING FOR OKLAHOMA DEPARTMENT OF CORRECTIONS. | CLARK, DAVID GEORGE |
| 06-29-2015 | ACCOUNT | RECEIPT # 2015-3122067 ON 06/29/2015. TRANSFERRED FROM DOC CHECK#013418611.<br>PAYOR: TOTAL AMOUNT PAID: $0.00.<br>LINE ITEMS:<br><br>CF-2010-1906: $1.44 ON TRANSFER TO AC01 CLERK FEES FOR CLARK, DAVID GEORGE.<br><br>MRC-2015-97: $-1.44 ON TRANSFER FROM AC99 HOLDING FOR OKLAHOMA DEPARTMENT OF CORRECTIONS. | CLARK, DAVID GEORGE |
| 07-29-2015 | ACCOUNT | RECEIPT # 2015-3141484 ON 07/29/2015. TRANSFERRED FROM DOC CHECK #013429396.<br>PAYOR: TOTAL AMOUNT PAID: $0.00.<br>LINE ITEMS:<br><br>CF-2010-1906: $1.44 ON TRANSFER TO AC01 CLERK FEES FOR CLARK, DAVID GEORGE.<br><br>MRC-2015-140: $-1.44 ON TRANSFER FROM AC99 HOLDING FOR DEPARTMENT OF CORRECTIONS. | CLARK, DAVID GEORGE |
| 08-31-2015 | ACCOUNT | RECEIPT # 2015-3163918 ON 08/31/2015. TRANFERRED FROM DOC CHECK #013429396. | CLARK, DAVID GEORGE |

PAYOR: TOTAL AMOUNT PAID: $0.00.
LINE ITEMS:

CF-2010-1906: $1.44 ON TRANSFER TO AC01 CLERK FEES FOR
CLARK, DAVID GEORGE.

MRC-2015-143: $-1.44 ON TRANSFER FROM AC99 HOLDING FOR
DEPARTMENT OF CORRECTIONS.

| | | RECEIPT # 2015-3172167 ON 09/11/2015. TRANSFERRED FROM | |
|---|---|---|---|
| 09-11-2015 | ACCOUNT | DOC CHECK#013429396. | CLARK, DAVID GEORGE |
| | | PAYOR: TOTAL AMOUNT PAID: $0.00. | |
| | | LINE ITEMS: | |

CF-2010-1906: $1.44 ON TRANSFER TO AC01 CLERK FEES FOR
CLARK, DAVID GEORGE.

| | | MRC-2015-141: $-1.44 ON TRANSFER FROM AC99 HOLDING FOR | |
|---|---|---|---|
| | | DEPARTMENT OF CORRECTIONS. | |
| 09-21-2015 | CAP | CERTIFICATE OF APPEAL - #PC-15-825 | CLARK, DAVID GEORGE |
| | | Pursuant to 12 O.S. § 39, Document Available at Court Clerk's | |
| | | Office | |

| | | RECEIVED MANDATE (DISMISSED - APPEAL DISMISSED NOT | |
|---|---|---|---|
| 11-23-2015 | MANTO | CASE) - DELIVERED TO JUDGE LAFORTUNE. | CLARK, DAVID GEORGE |

| | | JUDGE WILLIAM D. LAFORTUNE: APPEAL DISMISSED, PER | |
|---|---|---|---|
| | | MANDATE FROM COURT OF CRIMINAL APPEALS, MANDATE | |
| 11-25-2015 | CTFREE | ORDERED FILED AND SPREAD OF RECORD | CLARK, DAVID GEORGE |
| 11-30-2015 | MAN | MANDATE DISMISSED | CLARK, DAVID GEORGE |
| | | Pursuant to 12 O.S. § 39, Document Available at Court Clerk's | |
| | | Office | |

| | | RECEIPT # 2015-3219030 ON 11/30/2015. TRANSFERRED FROM | |
|---|---|---|---|
| 11-30-2015 | ACCOUNT | DOC CHECK #013440524. | CLARK, DAVID GEORGE |
| | | PAYOR: TOTAL AMOUNT PAID: $0.00. | |

LINE ITEMS:

CF-2010-1906: $1.44 ON TRANSFER TO AC01 CLERK FEES FOR
CLARK, DAVID GEORGE.

MRC-2015-170: $-1.44 ON TRANSFER FROM AC99 HOLDING FOR
DEPARTMENT OF CORRECTIONS.

| 12-09-2015 | TEXT | RECEIPT FOR MANDATE AND RETURN OF MANDATE MAILED TO THE COURT OF CRIMINAL APPEALS. | CLARK, DAVID GEORGE |
|---|---|---|---|

| 12-16-2015 | ACCOUNT | RECEIPT # 2015-3229246 ON 12/16/2015. TRANSFERRED FROM DOC CHECK #013440524. PAYOR: TOTAL AMOUNT PAID: $0.00. LINE ITEMS: | CLARK, DAVID GEORGE |
|---|---|---|---|

CF-2010-1906: $1.44 ON TRANSFER TO AC01 CLERK FEES FOR
CLARK, DAVID GEORGE.

MRC-2015-172: $-1.44 ON TRANSFER FROM AC99 HOLDING FOR
DEPARTMENT OF CORRECTIONS.

| 01-21-2016 | ACCOUNT | RECEIPT # 2016-3250685 ON 01/21/2016. TRANSFERRED FROM DOC CHECK #013440524. PAYOR: TOTAL AMOUNT PAID: $0.00. LINE ITEMS: | CLARK, DAVID GEORGE |
|---|---|---|---|

CF-2010-1906: $1.44 ON TRANSFER TO AC01 CLERK FEES FOR
CLARK, DAVID GEORGE.

MRC-2015-173: $-1.44 ON TRANSFER FROM AC99 HOLDING FOR
DEPARTMENT OF CORRECTIONS.

| 02-17-2016 | APCR | APPLICATION FOR POST CONVICTION RELIEF - COPY TO DISTRICT ATTORNEY AND JUDGE LAFORTUNE | CLARK, DAVID GEORGE |
|---|---|---|---|

Pursuant to 12 O.S. § 39, Document Available at Court Clerk's
Office

| | | | |
|---|---|---|---|
| 02-17-2016 | MOH | MOTION FOR HEARING / JUDICIAL REVIEW COPY TO JUDGE LAFORTUNE AND D.A. <br> Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | CLARK, DAVID GEORGE |
| 03-07-2016 | ODNY | ORDER DENYING MOTION FOR JUDICIAL REVIEW <br> Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | CLARK, DAVID GEORGE |
| 03-14-2016 | LT | LETTER COPY TO JUDGE LAFORTUNE AND D.A. <br> Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | CLARK, DAVID GEORGE |
| 04-06-2016 | ACCOUNT | RECEIPT # 2016-3304193 ON 04/06/2016. TRANSFERRED FROM DOC CHECK #013451148 <br> PAYOR: TOTAL AMOUNT PAID: $0.00. <br> LINE ITEMS: <br><br> CF-2010-1906: $1.44 ON TRANSFER TO AC01 CLERK FEES FOR CLARK, DAVID GEORGE. <br><br> MRC-2016-19: $-1.44 ON TRANSFER FROM AC99 HOLDING FOR OKLAHOMA DEPARTMENT OF CORRECTIONS. | CLARK, DAVID GEORGE |
| 04-26-2016 | ACCOUNT | RECEIPT # 2016-3319603 ON 04/26/2016. TRANSFERRED FROM DOC CHECK #031451148 <br> PAYOR: TOTAL AMOUNT PAID: $0.00. <br> LINE ITEMS: <br><br> CF-2010-1906: $1.44 ON TRANSFER TO AC01 CLERK FEES FOR CLARK, DAVID GEORGE. | CLARK, DAVID GEORGE |

|  |  | MRC-2016-21: $-1.44 ON TRANSFER FROM AC99 HOLDING FOR OKLAHOMA DEPARTMENT OF CORRECTIONS. |  |
|---|---|---|---|
| 05-03-2016 | ACCOUNT | RECEIPT # 2016-3324430 ON 05/03/2016. TRANSFERRED FROM DOC CHECK #013451148.<br>PAYOR: TOTAL AMOUNT PAID: $0.00.<br>LINE ITEMS: | CLARK, DAVID GEORGE |
|  |  | CF-2010-1906: $1.44 ON TRANSFER TO AC01 CLERK FEES FOR CLARK, DAVID GEORGE. |  |
|  |  | MRC-2016-22: $-1.44 ON TRANSFER FROM AC99 HOLDING FOR OKLAHOMA DEPARTMENT OF CORRECTIONS. |  |
| 05-16-2016 | ACCOUNT | RECEIPT # 2016-3335147 ON 05/16/2016. TRANSFERRED FROM DOC CHECK #013460962.<br>PAYOR: TOTAL AMOUNT PAID: $0.00.<br>LINE ITEMS: | CLARK, DAVID GEORGE |
|  |  | CF-2010-1906: $1.44 ON TRANSFER TO AC01 CLERK FEES FOR CLARK, DAVID GEORGE. |  |
|  |  | MRC-2016-88: $-1.44 ON TRANSFER FROM AC99 HOLDING FOR DEPARTMENT OF CORRECTIONS. |  |
| 05-23-2016 | ACCOUNT | RECEIPT # 2016-3341020 ON 05/23/2016. TRANSFERRED FROM DOC CHECK #013460962<br>PAYOR: TOTAL AMOUNT PAID: $0.00.<br>LINE ITEMS: | CLARK, DAVID GEORGE |
|  |  | CF-2010-1906: $1.44 ON TRANSFER TO AC01 CLERK FEES FOR CLARK, DAVID GEORGE. |  |
|  |  | MRC-2016-89: $-1.44 ON TRANSFER FROM AC99 HOLDING FOR DEPARTMENT OF CORRECTIONS. |  |

| 06-16-2016 | ACCOUNT | RECEIPT # 2016-3357737 ON 06/16/2016. TRANSFERRED FROM DOC CHECK #013460962 PAYOR: TOTAL AMOUNT PAID: $0.00. LINE ITEMS: | CLARK, DAVID GEORGE |

CF-2010-1906: $1.44 ON TRANSFER TO AC01 CLERK FEES FOR CLARK, DAVID GEORGE.

MRC-2016-90: $-1.44 ON TRANSFER FROM AC99 HOLDING FOR DEPARTMENT OF CORRECTIONS.

| 08-04-2016 | ACCOUNT | RECEIPT # 2016-3386259 ON 08/04/2016. TRANSFERRED FROM DOC CHECK # 013471692 PAYOR: TOTAL AMOUNT PAID: $0.00. LINE ITEMS: | CLARK, DAVID GEORGE |

CF-2010-1906: $1.44 ON TRANSFER TO AC01 CLERK FEES FOR CLARK, DAVID GEORGE.

MRC-2016-172: $-1.44 ON TRANSFER FROM AC99 HOLDING FOR DEPARTMENT OF CORRECTIONS.

| 08-15-2016 | ACCOUNT | RECEIPT # 2016-3393447 ON 08/15/2016. TRANSFERRED FROM OTC EFT#013471692. PAYOR: TOTAL AMOUNT PAID: $0.00. LINE ITEMS: | CLARK, DAVID GEORGE |

CF-2010-1906: $1.44 ON TRANSFER TO AC01 CLERK FEES FOR CLARK, DAVID GEORGE.

MRC-2016-170: $-1.44 ON TRANSFER FROM AC99 HOLDING FOR DEPARTMENT OF CORRECTIONS.

| 08-16-2016 | ACCOUNT | RECEIPT # 2016-3394597 ON 08/16/2016. TRANSFERRED FROM DOC CHECK #013471692. | CLARK, DAVID GEORGE |

PAYOR: TOTAL AMOUNT PAID: $0.00.
LINE ITEMS:

CF-2010-1906: $1.44 ON TRANSFER TO AC01 CLERK FEES FOR
CLARK, DAVID GEORGE.

MRC-2016-169: $-1.44 ON TRANSFER FROM AC99 HOLDING FOR
DEPARTMENT OF CORRECTIONS.

| 08-18-2016 | LT | LETTER<br>Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | CLARK, DAVID GEORGE |
|---|---|---|---|

| 11-02-2016 | ACCOUNT | RECEIPT # 2016-3441102 ON 11/02/2016. TRANSFERRED FROM DOC CHECK # 013479942<br>PAYOR: TOTAL AMOUNT PAID: $ 0.00.<br>LINE ITEMS: | CLARK, DAVID GEORGE |

CF-2010-1906: $1.44 ON TRANSFER TO AC01 CLERK FEES FOR
CLARK, DAVID GEORGE.

MRC-2016-214: $-1.44 ON TRANSFER FROM AC99 HOLDING FOR
DEPARTMENT OF CORRECTIONS.

| 12-19-2016 | ACCOUNT | RECEIPT # 2016-3468338 ON 12/19/2016. TRANSFERRED FROM DOC CHECK #13479942.<br>PAYOR: TOTAL AMOUNT PAID: $ 0.00.<br>LINE ITEMS: | CLARK, DAVID GEORGE |

CF-2010-1906: $1.44 ON TRANSFER TO AC01 CLERK FEES FOR
CLARK, DAVID GEORGE.

MRC-2016-216: $-1.44 ON TRANSFER FROM AC99 HOLDING FOR
DEPARTMENT OF CORRECTIONS.

| 12-20-2016 | ACCOUNT | RECEIPT # 2016-3469739 ON 12/20/2016. TRANSFERRED FROM DOC CHECK # 013479942 | CLARK, DAVID GEORGE |

PAYOR: TOTAL AMOUNT PAID: $ 0.00.
LINE ITEMS:

CF-2010-1906: $1.44 ON TRANSFER TO AC01 CLERK FEES FOR CLARK, DAVID GEORGE.

MRC-2016-215: $-1.44 ON TRANSFER FROM AC99 HOLDING FOR DEPARTMENT OF CORRECTIONS.

| 02-16-2017 | ACCOUNT | RECEIPT # 2017-3503909 ON 02/16/2017. TRANSFERRED FROM DOC CHECK #013487366.<br>PAYOR: TOTAL AMOUNT PAID: $ 0.00.<br>LINE ITEMS: | CLARK, DAVID GEORGE |

CF-2010-1906: $1.44 ON TRANSFER TO AC01 CLERK FEES FOR CLARK, DAVID GEORGE.

MRC-2017-17: $-1.44 ON TRANSFER FROM AC99 HOLDING FOR DEPARTMENT OF CORRECTIONS.

| 02-22-2017 | ACCOUNT | RECEIPT # 2017-3507707 ON 02/22/2017. TRANSFERRED FROM DOC CHECK #013487366.<br>PAYOR: TOTAL AMOUNT PAID: $ 0.00.<br>LINE ITEMS: | CLARK, DAVID GEORGE |

CF-2010-1906: $1.44 ON TRANSFER TO AC01 CLERK FEES FOR CLARK, DAVID GEORGE.

MRC-2017-19: $-1.44 ON TRANSFER FROM AC99 HOLDING FOR DEPARTMENT OF CORRECTIONS.

| 02-24-2017 | ACCOUNT | RECEIPT # 2017-3510308 ON 02/24/2017. TRANSFERRED FROM DOC CHECK # 013478366<br>PAYOR: TOTAL AMOUNT PAID: $ 0.00.<br>LINE ITEMS: | CLARK, DAVID GEORGE |

CF-2010-1906: $1.44 ON TRANSFER TO AC01 CLERK FEES FOR CLARK, DAVID GEORGE.

MRC-2017-16: $-1.44 ON TRANSFER FROM AC99 HOLDING FOR DEPARTMENT OF CORRECTIONS.

| 05-09-2017 | ACCOUNT | RECEIPT # 2017-3557882 ON 05/09/2017. TRANSFERRED FROM DOC CHECK# 013496211.<br>PAYOR: TOTAL AMOUNT PAID: $ 0.00.<br>LINE ITEMS: | CLARK, DAVID GEORGE |

CF-2010-1906: $1.44 ON TRANSFER TO AC01 CLERK FEES FOR CLARK, DAVID GEORGE.

MRC-2017-93: $-1.44 ON TRANSFER FROM AC99 HOLDING FOR DEPARTMENT OF CORRECTIONS.

| 05-25-2017 | ACCOUNT | RECEIPT # 2017-3569350 ON 05/25/2017. TRANSFERRED FROM DOC CHECK #013496211.<br>PAYOR: TOTAL AMOUNT PAID: $ 0.00.<br>LINE ITEMS: | CLARK, DAVID GEORGE |

CF-2010-1906: $1.44 ON TRANSFER TO AC01 CLERK FEES FOR CLARK, DAVID GEORGE.

MRC-2017-94: $-1.44 ON TRANSFER FROM AC99 HOLDING FOR DEPARTMENT OF CORRECTIONS.

| 06-13-2017 | ACCOUNT | RECEIPT # 2017-3579674 ON 06/13/2017. TRANSFERRED FROM DOC CHECK # 013496211<br>PAYOR: TOTAL AMOUNT PAID: $ 0.00.<br>LINE ITEMS: | CLARK, DAVID GEORGE |

CF-2010-1906: $1.44 ON TRANSFER TO AC01 CLERK FEES FOR CLARK, DAVID GEORGE.

MRC-2017-95: $-1.44 ON TRANSFER FROM AC99 HOLDING FOR
DEPARTMENT OF CORRECTIONS.

Date\Time: 4/25/2016 10:07:53 AM

Institution: DCCC

**ODOC**

**Offender Statement Report**

| Offender# | Offender/Group Name | Institution | Unit | Cell/Bed |
|---|---|---|---|---|
| 0840457 | CLARK, DAVID | DCCC | UNIT F | AREA A LOWER-CELL 110-UPPER |

## Transaction List

| Transaction Date | Transaction Type | Source Document # | Receipts/Check# | Sender Name | Amount | Account Balance |
|---|---|---|---|---|---|---|
| | | | | | | $169.05 |
| 03/01/2016 | BEGINNING BALANCE | | | | | |
| 03/07/2016 | SALES | 93 | | | ($5.38) | $163.67 |
| 03/14/2016 | SALES | 103 | | | ($1.49) | $162.18 |
| 03/31/2016 | GANG PAY | | | | $14.45 | $176.63 |
| 03/31/2016 | STATE COURT COST | CF 2010-01908 | 13460962 | | ($1.44) | $175.19 |
| 04/04/2016 | SALES | 95 | | | ($10.23) | $164.96 |
| 04/18/2016 | LEGAL COPAY | 4/12/16DC | | | ($0.02) | $164.94 |

## Summary Balances

| Available Balance | Savings Balance | Debt Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|
| $0.00 | $164.94 | $0.00 | $0.00 | $0.00 | $0.00 | $164.94 |

2

Date\Time: 3/10/2017 8:12:10 AM

Institution: DCCC

**ODOC**

**Offender Statement Report**

| Offender# | Offender/Group Name | Institution | Unit | Cell/Bed |
|---|---|---|---|---|
| 0840457 | CLARK, DAVID | DCCC | UNIT W | AREA A LOWER-CELL 106-UPPER |

**Transaction List**

| Transaction Date | Transaction Type | Source Document # | Receipt#/Check# | Sender Name | Amount | Account Balance |
|---|---|---|---|---|---|---|
| 01/01/2017 | BEGINNING BALANCE | | | | | $201.58 |
| 01/03/2017 | SALES | 92 | | | ($2.07) | $199.51 |
| 01/20/2017 | SALES | 32 | | | ($2.18) | $197.33 |
| 01/27/2017 | SALES | 23 | | | ($6.17) | $191.16 |
| 01/31/2017 | GANG PAY | | | | $14.45 | $205.61 |
| 01/31/2017 | STATE COURT COST | CF 2010-01906 | | | ($1.44) | $204.17 |
| 02/03/2017 | SALES | 53 | | | ($9.37) | $194.80 |
| 02/28/2017 | GANG PAY | | | | $14.45 | $209.25 |
| 02/28/2017 | STATE COURT COST | CF 2010-01906 | | | ($1.44) | $207.81 |
| 03/02/2017 | JPAY | 0000000009448015 | | MORSE, ROBERT | $100.00 | $307.81 |
| 03/03/2017 | SALES | 52 | | | ($109.52) | $198.29 |

**Summary Balances**

| Available Balance | Savings Balance | Debt Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|
| $1.56 | $196.73 | $0.00 | $0.00 | $0.00 | $0.00 | $198.29 |

Date\Time: 12/4/2017 11:14:24 AM

Institution: PRV

**ODOC**

**Offender Statement Report**

| Offender# | Offender/Group Name | Institution | Unit | Cell/Bed |
|---|---|---|---|---|
| 0640457 | CLARK, DAVID | PRV | UNIT 6 | POD C-CELL 111-LOWER |

**Transaction List**

| Transaction Date | Transaction Type | Source Document # | Receipt#/Check# | Sender Name | Amount | Account Balance |
|---|---|---|---|---|---|---|
| 06/01/2017 | BEGINNING BALANCE | | | | | $215.99 |
| 06/06/2017 | SALES | 6 | | | ($1.06) | $214.93 |
| 06/12/2017 | SALES | 69 | | | ($2.67) | $212.26 |
| 06/30/2017 | GANG PAY | | | | $14.45 | $226.71 |
| 06/30/2017 | STATE COURT COST | CF 2010-01906 | 13503724 | | ($1.44) | $225.27 |
| 07/03/2017 | SALES | 77 | | | ($3.28) | $221.99 |
| 07/13/2017 | DISBURSEMENT | LCF TRANSFER | 13503080 | | ($13.70) | $208.29 |
| 09/21/2017 | PRIVATE PRISON SAVINGS | LCF AUGUST 2017 | 6536 | | $1.45 | $209.74 |
| 10/16/2017 | PRIVATE PRISON SAVINGS | LCF SEPTEMBER 2017 | 6605 | | $1.45 | $211.19 |
| 11/07/2017 | PRIVATE PRISON SAVINGS | LCF OCTOBER 2017 | 6733 | | $1.45 | $212.64 |

**Summary Balances**

| Available Balance | Savings Balance | Debt Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|
| $0.00 | $212.64 | $0.00 | $0.00 | $0.00 | $0.00 | $212.64 |

2

GEO LAWTON

```
===============================================================
                    Resident Account Summary
                 Friday, February 23, 2018  @14:17
===============================================================
```

For DOC: 640457    CLARK, DAVID GEORGE

| Date | Transaction | Description | Amount | Balance | Owed | Held | Reference |
|------|-------------|-------------|--------|---------|------|------|-----------|
| 02/22/2018 | <LCFPOST> | POSTAGE FOR SHIPPING 2/18. | -3.50 | 25.18 | 0.00 | 0.00 | 02/22/2018 |
| 02/22/2018 | LCFPOST | POSTAGE FOR SHIPPING 2/18. | 3.50 | 28.68 | 3.50 | 0.00 | 02/22/2018 |
| 02/12/2018 | DEPMO | 17666601639 ROBERT MORSE | 17.00 | 28.68 | 0.00 | 0.00 | 02/12/2018 |
| 02/12/2018 | EPR | OID:101045314-ComisaryPur( | -3.48 | 11.68 | 0.00 | 0.00 | 02/12/2018 |
| 02/05/2018 | EPR | OID:101043514-ComisaryPur( | -5.34 | 15.16 | 0.00 | 0.00 | 02/05/2018 |
| 02/01/2018 | STATE SAVE | Payroll Deduction | -0.72 | 20.50 | 0.00 | 0.00 | 02/01/2018 |
| 02/01/2018 | PAYROLL | Payroll Transaction | 3.61 | 21.22 | 0.00 | 0.00 | 02/01/2018 |
| 02/01/2018 | STATE SAVE | Payroll Deduction | -0.72 | 17.61 | 0.00 | 0.00 | 02/01/2018 |
| 02/01/2018 | PAYROLL | Payroll Transaction | 3.61 | 18.33 | 0.00 | 0.00 | 02/01/2018 |
| 02/01/2018 | STATE SAVE | Payroll Deduction | -0.72 | 14.72 | 0.00 | 0.00 | 02/01/2018 |
| 02/01/2018 | PAYROLL | Payroll Transaction | 3.61 | 15.44 | 0.00 | 0.00 | 02/01/2018 |
| 02/01/2018 | STATE SAVE, | Payroll Deduction | -2.89 | 11.83 | 0.00 | 0.00 | 02/01/2018 |
| 02/01/2018 | PAYROLL | Payroll Transaction | 14.45 | 14.72 | 0.00 | 0.00 | 02/01/2018 |
| 01/22/2018 | EPR | OID:101040782-ComisaryPur( | -0.77 | 0.27 | 0.00 | 0.00 | 01/22/2018 |
| 01/15/2018 | EPR | OID:101039307-ComisaryPur( | -5.34 | 1.04 | 0.00 | 0.00 | 01/15/2018 |
| 01/08/2018 | EPR | OID:101037458-ComisaryPur( | -50.73 | 6.38 | 0.00 | 0.00 | 01/08/2018 |
| 01/03/2018 | STATE SAVE | Payroll Deduction | -2.89 | 57.11 | 0.00 | 0.00 | 01/03/2018 |
| 01/03/2018 | PAYROLL | Payroll Transaction | 14.45 | 60.00 | 0.00 | 0.00 | 01/03/2018 |
| 01/03/2018 | DEPMO | 20751688706 BOB MORSE | 45.00 | 45.55 | 0.00 | 0.00 | 01/03/2018 |
| 12/05/2017 | EPR | OID:101030728-ComisaryPur( | -37.25 | 0.55 | 0.00 | 0.00 | 12/05/2017 |
| 12/01/2017 | STATE SAVE | Payroll Deduction | -1.45 | 37.80 | 0.00 | 0.00 | 12/01/2017 |
| 12/01/2017 | PAYROLL | Payroll Transaction | 7.23 | 39.25 | 0.00 | 0.00 | 12/01/2017 |
| 12/01/2017 | THIRD PARTY | CHRISTMAS BOOK SOFTCOVER | -14.24 | 32.02 | 0.00 | 0.00 | 12/01/2017 |
| 11/27/2017 | EPR | OID:101029206-ComisaryPur( | -27.85 | 46.26 | 0.00 | 0.00 | 11/27/2017 |
| 11/01/2017 | STATE SAVE | Payroll Deduction | -1.45 | 74.11 | 0.00 | 0.00 | 11/01/2017 |
| 11/01/2017 | PAYROLL | Payroll Transaction | 7.23 | 75.56 | 0.00 | 0.00 | 11/01/2017 |
| 10/26/2017 | THIRD PARTY | HIGH SCHOOL TRANSCRIPT | -5.00 | 68.33 | 0.00 | 0.00 | 10/26/2017 |
| 10/05/2017 | STATE SAVE | Payroll Deduction | -1.45 | 73.33 | 0.00 | 0.00 | 10/05/2017 |
| 10/05/2017 | PAYROLL | Payroll Transaction | 7.23 | 74.78 | 0.00 | 0.00 | 10/05/2017 |
| 09/28/2017 | DEPMO | 17634094580 BOB MORSE | 60.00 | 67.55 | 0.00 | 0.00 | 09/28/2017 |
| 09/19/2017 | <MEDICAL> | 1 NURSE VISIT 9/11/17 | -2.00 | 7.55 | 0.00 | 0.00 | 09/19/2017 |
| 09/19/2017 | MEDICAL | 1 NURSE VISIT 9/11/17 | 2.00 | 9.55 | 2.00 | 0.00 | 09/19/2017 |
| 09/18/2017 | EPR | OID:101015382-ComisaryPur( | -3.93 | 9.55 | 0.00 | 0.00 | 09/18/2017 |
| 09/07/2017 | <MEDICAL> | 1 NURSE VISIT 8/29/17 | -2.00 | 13.48 | 0.00 | 0.00 | 09/07/2017 |
| 09/07/2017 | MEDICAL | 1 NURSE VISIT 8/29/17 | 2.00 | 15.48 | 2.00 | 0.00 | 09/07/2017 |
| 09/07/2017 | <MEDICAL> | 1 NURSE VISIT 8/22/17 | -2.00 | 15.48 | 0.00 | 0.00 | 09/07/2017 |
| 09/07/2017 | MEDICAL | 1 NURSE VISIT 8/22/17 | 2.00 | 17.48 | 2.00 | 0.00 | 09/07/2017 |
| 09/01/2017 | STATE SAVE | Payroll Deduction | -1.45 | 17.48 | 0.00 | 0.00 | 09/01/2017 |
| 09/01/2017 | PAYROLL | Payroll Transaction | 7.23 | 18.93 | 0.00 | 0.00 | 09/01/2017 |
| 08/16/2017 | <MEDICAL> | 1 RX 7/27/17 | -2.00 | 11.70 | 0.00 | 0.00 | 08/16/2017 |
| 08/16/2017 | MEDICAL | 1 RX 7/27/17 | 2.00 | 13.70 | 2.00 | 0.00 | 08/16/2017 |
| 07/17/2017 | DEPMO | 013503080 DOC FUNDS | 13.70 | 13.70 | 0.00 | 0.00 | 07/17/2017 |

GEO LAWTON
==============================================
Resident Account Summary
Thursday, March 01, 2018  @15:14
==============================================
For DOC: 640457   CLARK, DAVID GEORGE

| Date | Transaction | Description | Amount | Balance | Owed | Held | Reference |
|------|-------------|-------------|--------|---------|------|------|-----------|
| 03/01/2018 | STATE SAVE | Payroll Deduction | -2.89 | 15.48 | 0.00 | 0.00 | 03/01/2018 |
| 03/01/2018 | PAYROLL | Payroll Transaction *Feb* | 14.45 | 18.37 | 0.00 | 0.00 | 03/01/2018 |
| 02/26/2018 | EPR | OID:101046772-ComisaryPur | -21.26 | 3.92 | 0.00 | 0.00 | 02/26/2018 |
| 02/22/2018 | <LCFPOST> | POSTAGE FOR SHIPPING 2/18. | -3.50 | 25.18 | 0.00 | 0.00 | 02/22/2018 |
| 02/22/2018 | LCFPOST | POSTAGE FOR SHIPPING 2/18. | 3.50 | 28.68 | 3.50 | 0.00 | 02/22/2018 |
| 02/12/2018 | DEPMO | 17666601639 ROBERT MORSE | 17.00 | 28.68 | 0.00 | 0.00 | 02/12/2018 |
| 02/12/2018 | EPR | OID:101045314-ComisaryPur | -3.48 | 11.68 | 0.00 | 0.00 | 02/12/2018 |
| 02/05/2018 | EPR | OID:101043514-ComisaryPur | -5.34 | 15.16 | 0.00 | 0.00 | 02/05/2018 |
| 02/01/2018 | STATE SAVE | Payroll Deduction | -0.72 | 20.50 | 0.00 | 0.00 | 02/01/2018 |
| 02/01/2018 | PAYROLL | Payroll Transaction *Nov B. pay* | 3.61 | 21.22 | 0.00 | 0.00 | 02/01/2018 |
| 02/01/2018 | STATE SAVE | Payroll Deduction *B. pay* | -0.72 | 17.61 | 0.00 | 0.00 | 02/01/2018 |
| 02/01/2018 | PAYROLL | Payroll Transaction *Oct B. pay* | 3.61 | 18.33 | 0.00 | 0.00 | 02/01/2018 |
| 02/01/2018 | STATE SAVE | Payroll Deduction | -0.72 | 14.72 | 0.00 | 0.00 | 02/01/2018 |
| 02/01/2018 | PAYROLL | Payroll Transaction *Sept B. pay* | 3.61 | 15.44 | 0.00 | 0.00 | 02/01/2018 |
| 02/01/2018 | STATE SAVE | Payroll Deduction | -2.89 | 11.83 | 0.00 | 0.00 | 02/01/2018 |
| 02/01/2018 | PAYROLL | Payroll Transaction *Jan* | 14.45 | 14.72 | 0.00 | 0.00 | 02/01/2018 |
| 01/22/2018 | EPR | OID:101040782-ComisaryPur | -0.77 | 0.27 | 0.00 | 0.00 | 01/22/2018 |
| 01/15/2018 | EPR | OID:101039307-ComisaryPur | -5.34 | 1.04 | 0.00 | 0.00 | 01/15/2018 |
| 01/08/2018 | EPR | OID:101037458-ComisaryPur | -50.73 | 6.38 | 0.00 | 0.00 | 01/08/2018 |
| 01/03/2018 | STATE SAVE | Payroll Deduction | -2.89 | 57.11 | 0.00 | 0.00 | 01/03/2018 |
| 01/03/2018 | PAYROLL | Payroll Transaction *Dec* | 14.45 | 60.00 | 0.00 | 0.00 | 01/03/2018 |
| 01/03/2018 | DEPMO | 20751688706 BOB MORSE | 45.00 | 45.55 | 0.00 | 0.00 | 01/03/2018 |
| 12/05/2017 | EPR | OID:101030728-ComisaryPur | -37.25 | 0.55 | 0.00 | 0.00 | 12/05/2017 |
| 12/01/2017 | STATE SAVE | Payroll Deduction | -1.45 | 37.80 | 0.00 | 0.00 | 12/01/2017 |
| 12/01/2017 | PAYROLL | Payroll Transaction *Nov* | 7.23 | 39.25 | 0.00 | 0.00 | 12/01/2017 |
| 12/01/2017 | THIRD PARTY | CHRISTMAS BOOK SOFTCOVER | -14.24 | 32.02 | 0.00 | 0.00 | 12/01/2017 |
| 11/27/2017 | EPR | OID:101029206-ComisaryPur | -27.85 | 46.26 | 0.00 | 0.00 | 11/27/2017 |
| 11/01/2017 | STATE SAVE | Payroll Deduction | -1.45 | 74.11 | 0.00 | 0.00 | 11/01/2017 |
| 11/01/2017 | PAYROLL | Payroll Transaction *Oct* | 7.23 | 75.56 | 0.00 | 0.00 | 11/01/2017 |
| 10/26/2017 | THIRD PARTY | HIGH SCHOOL TRANSCRIPT | -5.00 | 68.33 | 0.00 | 0.00 | 10/26/2017 |
| 10/05/2017 | STATE SAVE | Payroll Deduction | -1.45 | 73.33 | 0.00 | 0.00 | 10/05/2017 |
| 10/05/2017 | PAYROLL | Payroll Transaction *Sept* | 7.23 | 74.78 | 0.00 | 0.00 | 10/05/2017 |
| 09/28/2017 | DEPMO | 17634094580 BOB MORSE | 60.00 | 67.55 | 0.00 | 0.00 | 09/28/2017 |
| 09/19/2017 | <MEDICAL> | 1 NURSE VISIT 9/11/17 | -2.00 | 7.55 | 0.00 | 0.00 | 09/19/2017 |
| 09/19/2017 | MEDICAL | 1 NURSE VISIT 9/11/17 | 2.00 | 9.55 | 2.00 | 0.00 | 09/19/2017 |
| 09/18/2017 | EPR | OID:101015382-ComisaryPur | -3.93 | 9.55 | 0.00 | 0.00 | 09/18/2017 |
| 09/07/2017 | <MEDICAL> | 1 NURSE VISIT 8/29/17 | -2.00 | 13.48 | 0.00 | 0.00 | 09/07/2017 |
| 09/07/2017 | MEDICAL | 1 NURSE VISIT 8/29/17 | 2.00 | 15.48 | 2.00 | 0.00 | 09/07/2017 |
| 09/07/2017 | <MEDICAL> | 1 NURSE VISIT 8/22/17 | -2.00 | 15.48 | 0.00 | 0.00 | 09/07/2017 |
| 09/07/2017 | MEDICAL | 1 NURSE VISIT 8/22/17 | 2.00 | 17.48 | 2.00 | 0.00 | 09/07/2017 |
| 09/01/2017 | STATE SAVE | Payroll Deduction | -1.45 | 17.48 | 0.00 | 0.00 | 09/01/2017 |
| 09/01/2017 | PAYROLL | Payroll Transaction | 7.23 | 18.93 | 0.00 | 0.00 | 09/01/2017 |

Level 3   9-1-17 (B. pay Sept, Oct, Nov)

Level 4   12-1-17

---

Page 1

GEO LAWTON

=========================================================

Resident Account Summary
Wednesday, April 25, 2018  @15:55

=========================================================

For DOC: 640457    CLARK, DAVID GEORGE

---------------------------------------------------------

| Date | Transaction | Description | Amount | Balance | Owed | Held | Reference |
|------|-------------|-------------|--------|---------|------|------|-----------|
| 04/19/2018 | THIRD PARTY | GIRLS (1,000 PEN-PAL ADDR | -22.00 | 10.37 | 0.00 | 0.00 | 04/19/2018 |
| 04/17/2018 | ERF | OID:101053010-ComisaryRef | 14.64 | 32.37 | 0.00 | 0.00 | 04/17/2018 |
| 04/02/2018 | STATE SAVE | Payroll Deduction | -2.89 | 17.73 | 0.00 | 0.00 | 04/02/2018 |
| 04/02/2018 | PAYROLL | Payroll Transaction | 14.45 | 20.62 | 0.00 | 0.00 | 04/02/2018 |
| 03/29/2018 | DEPMO | 004098 REFUND FOR TRANSCR | 5.00 | 6.17 | 0.00 | 0.00 | 03/29/2018 |
| 03/26/2018 | EPR | OID:101053010-ComisaryPur | -14.64 | 1.17 | 0.00 | 0.00 | 03/26/2018 |
| 03/20/2018 | ERF | OID:101046772-ComisaryRef | 14.64 | 15.81 | 0.00 | 0.00 | 03/20/2018 |
| 03/19/2018 | EPR | OID:101051777-ComisaryPur | -2.14 | 1.17 | 0.00 | 0.00 | 03/19/2018 |
| 03/12/2018 | EPR | OID:101050076-ComisaryPur | -0.50 | 3.31 | 0.00 | 0.00 | 03/12/2018 |
| 03/08/2018 | FUNDRAISER | PIZZA FUNDRAISER | -7.00 | 3.81 | 0.00 | 0.00 | 03/08/2018 |
| 03/05/2018 | EPR | OID:101048288-ComisaryPur | -4.67 | 10.81 | 0.00 | 0.00 | 03/05/2018 |
| 03/01/2018 | STATE SAVE | Payroll Deduction | -2.89 | 15.48 | 0.00 | 0.00 | 03/01/2018 |
| 03/01/2018 | PAYROLL | Payroll Transaction | 14.45 | 18.37 | 0.00 | 0.00 | 03/01/2018 |
| 02/26/2018 | EPR | OID:101046772-ComisaryPur | -21.26 | 3.92 | 0.00 | 0.00 | 02/26/2018 |
| 02/22/2018 | <LCFPOST> | POSTAGE FOR SHIPPING 2/18 | -3.50 | 25.18 | 0.00 | 0.00 | 02/22/2018 |
| 02/22/2018 | LCFPOST | POSTAGE FOR SHIPPING 2/18 | 3.50 | 28.68 | 3.50 | 0.00 | 02/22/2018 |
| 02/12/2018 | DEPMO | 17666601639 ROBERT MORSE | 17.00 | 28.68 | 0.00 | 0.00 | 02/12/2018 |
| 02/12/2018 | EPR | OID:101045314-ComisaryPur | -3.48 | 11.68 | 0.00 | 0.00 | 02/12/2018 |
| 02/05/2018 | EPR | OID:101043514-ComisaryPur | -5.34 | 15.16 | 0.00 | 0.00 | 02/05/2018 |
| 02/01/2018 | STATE SAVE | Payroll Deduction | -0.72 | 20.50 | 0.00 | 0.00 | 02/01/2018 |
| 02/01/2018 | PAYROLL | Payroll Transaction | 3.61 | 21.22 | 0.00 | 0.00 | 02/01/2018 |
| 02/01/2018 | STATE SAVE | Payroll Deduction | -0.72 | 17.61 | 0.00 | 0.00 | 02/01/2018 |
| 02/01/2018 | PAYROLL | Payroll Transaction | 3.61 | 18.33 | 0.00 | 0.00 | 02/01/2018 |
| 02/01/2018 | STATE SAVE | Payroll Deduction | -0.72 | 14.72 | 0.00 | 0.00 | 02/01/2018 |
| 02/01/2018 | PAYROLL | Payroll Transaction | 3.61 | 15.44 | 0.00 | 0.00 | 02/01/2018 |
| 02/01/2018 | STATE SAVE | Payroll Deduction | -2.89 | 11.83 | 0.00 | 0.00 | 02/01/2018 |
| 02/01/2018 | PAYROLL | Payroll Transaction | 14.45 | 14.72 | 0.00 | 0.00 | 02/01/2018 |
| 01/22/2018 | EPR | OID:101040782-ComisaryPur | -0.77 | 0.27 | 0.00 | 0.00 | 01/22/2018 |
| 01/15/2018 | EPR | OID:101039307-ComisaryPur | -5.34 | 1.04 | 0.00 | 0.00 | 01/15/2018 |
| 01/08/2018 | EPR | OID:101037458-ComisaryPur | -50.73 | 6.38 | 0.00 | 0.00 | 01/08/2018 |
| 01/03/2018 | STATE SAVE | Payroll Deduction | -2.89 | 57.11 | 0.00 | 0.00 | 01/03/2018 |
| 01/03/2018 | PAYROLL | Payroll Transaction | 14.45 | 60.00 | 0.00 | 0.00 | 01/03/2018 |
| 01/03/2018 | DEPMO | 20751688706 BOB MORSE | 45.00 | 45.55 | 0.00 | 0.00 | 01/03/2018 |
| 12/05/2017 | EPR | OID:101030728-ComisaryPur | -37.25 | 0.55 | 0.00 | 0.00 | 12/05/2017 |
| 12/01/2017 | STATE SAVE | Payroll Deduction | -1.45 | 37.80 | 0.00 | 0.00 | 12/01/2017 |
| 12/01/2017 | PAYROLL | Payroll Transaction | 7.23 | 39.25 | 0.00 | 0.00 | 12/01/2017 |
| 12/01/2017 | THIRD PARTY | CHRISTMAS BOOK SOFTCOVER | -14.24 | 32.02 | 0.00 | 0.00 | 12/01/2017 |
| 11/27/2017 | EPR | OID:101029206-ComisaryPur | -27.85 | 46.26 | 0.00 | 0.00 | 11/27/2017 |
| 11/01/2017 | STATE SAVE | Payroll Deduction | -1.45 | 74.11 | 0.00 | 0.00 | 11/01/2017 |
| 11/01/2017 | PAYROLL | Payroll Transaction | 7.23 | 75.56 | 0.00 | 0.00 | 11/01/2017 |
| 10/26/2017 | THIRD PARTY | HIGH SCHOOL TRANSCRIPT | -5.00 | 68.33 | 0.00 | 0.00 | 10/26/2017 |
| 10/05/2017 | STATE SAVE | Payroll Deduction | -1.45 | 73.33 | 0.00 | 0.00 | 10/05/2017 |
| 10/05/2017 | PAYROLL | Payroll Transaction | 7.23 | 74.78 | 0.00 | 0.00 | 10/05/2017 |
| 09/28/2017 | DEPMO | 17634094580 BOB MORSE | 60.00 | 67.55 | 0.00 | 0.00 | 09/28/2017 |
| 09/19/2017 | <MEDICAL> | 1 NURSE VISIT 9/11/17 | -2.00 | 7.55 | 0.00 | 0.00 | 09/19/2017 |
| 09/19/2017 | MEDICAL | 1 NURSE VISIT 9/11/17 | 2.00 | 9.55 | 2.00 | 0.00 | 09/19/2017 |
| 09/18/2017 | EPR | OID:101015382-ComisaryPur | -3.93 | 9.55 | 0.00 | 0.00 | 09/18/2017 |
| 09/07/2017 | <MEDICAL> | 1 NURSE VISIT 8/29/17 | -2.00 | 13.48 | 0.00 | 0.00 | 09/07/2017 |
| 09/07/2017 | MEDICAL | 1 NURSE VISIT 8/29/17 | 2.00 | 15.48 | 2.00 | 0.00 | 09/07/2017 |
| 09/07/2017 | <MEDICAL> | 1 NURSE VISIT 8/22/17 | -2.00 | 15.48 | 0.00 | 0.00 | 09/07/2017 |
| 09/07/2017 | MEDICAL | 1 NURSE VISIT 8/22/17 | 2.00 | 17.48 | 2.00 | 0.00 | 09/07/2017 |
| 09/01/2017 | STATE SAVE | Payroll Deduction | -1.45 | 17.48 | 0.00 | 0.00 | 09/01/2017 |
| 09/01/2017 | PAYROLL | Payroll Transaction | 7.23 | 18.93 | 0.00 | 0.00 | 09/01/2017 |
| 08/16/2017 | <MEDICAL> | 1 RX 7/27/17 | -2.00 | 11.70 | 0.00 | 0.00 | 08/16/2017 |
| 08/16/2017 | MEDICAL | 1 RX 7/27/17 | 2.00 | 13.70 | 2.00 | 0.00 | 08/16/2017 |
| 07/17/2017 | DEPMO | 013503080 DOC FUNDS | 13.70 | 13.70 | 0.00 | 0.00 | 07/17/2017 |

---------------------------------------------------------

Page 1

```
                                  GEO LAWTON
           =================================================
                          Resident Account Summary
                       Wednesday, May 30, 2018  @14:25

     =============================================================================
 For DOC: 640457    CLARK, DAVID GEORGE
```

| Date | Transaction | Description | Amount | Balance | Owed | Held | Reference |
|------|------------|-------------|--------|---------|------|------|-----------|
| 05/19/2018 | PHONE PURCH | PHONE TIME PURCHASE | -2.00 | 15.93 | 0.00 | 0.00 | 05/19/2018 |
| 05/15/2018 | <MEDICAL> | 1 RX 1 PROVIDER VISIT 5/3. | -4.00 | 17.93 | 0.00 | 0.00 | 05/15/2018 |
| 05/15/2018 | MEDICAL | 1 RX 1 PROVIDER VISIT 5/3. | 4.00 | 21.93 | 4.00 | 0.00 | 05/15/2018 |
| 05/01/2018 | STATE SAVE | Payroll Deduction | -2.89 | 21.93 | 0.00 | 0.00 | 05/01/2018 |
| 05/01/2018 | PAYROLL | Payroll Transaction | 14.45 | 24.82 | 0.00 | 0.00 | 05/01/2018 |
| 04/19/2018 | THIRD PARTY | GIRLS (1,000 PEN-PAL ADDRI | -22.00 | 10.37 | 0.00 | 0.00 | 04/19/2018 |
| 04/17/2018 | ERF | OID:101053010-ComisaryRefu | 14.64 | 32.37 | 0.00 | 0.00 | 04/17/2018 |
| 04/02/2018 | STATE SAVE | Payroll Deduction | -2.89 | 17.73 | 0.00 | 0.00 | 04/02/2018 |
| 04/02/2018 | PAYROLL | Payroll Transaction | 14.45 | 20.62 | 0.00 | 0.00 | 04/02/2018 |
| 03/29/2018 | DEPMO | 004098 REFUND FOR TRANSCR] | 5.00 | 6.17 | 0.00 | 0.00 | 03/29/2018 |
| 03/26/2018 | EPR | OID:101053010-ComisaryPurc | -14.64 | 1.17 | 0.00 | 0.00 | 03/26/2018 |
| 03/20/2018 | ERF | OID:101046772-ComisaryRefu | 14.64 | 15.81 | 0.00 | 0.00 | 03/20/2018 |
| 03/19/2018 | EPR | OID:101051777-ComisaryPurc | -2.14 | 1.17 | 0.00 | 0.00 | 03/19/2018 |
| 03/12/2018 | EPR | OID:101050076-ComisaryPurc | -0.50 | 3.31 | 0.00 | 0.00 | 03/12/2018 |
| 03/08/2018 | FUNDRAISER | PIZZA FUNDRAISER | -7.00 | 3.81 | 0.00 | 0.00 | 03/08/2018 |
| 03/05/2018 | EPR | OID:101048288-ComisaryPurc | -4.67 | 10.81 | 0.00 | 0.00 | 03/05/2018 |
| 03/01/2018 | STATE SAVE | Payroll Deduction | -2.89 | 15.48 | 0.00 | 0.00 | 03/01/2018 |
| 03/01/2018 | PAYROLL | Payroll Transaction | 14.45 | 18.37 | 0.00 | 0.00 | 03/01/2018 |
| 02/26/2018 | EPR | OID:101046772-ComisaryPurc | -21.26 | 3.92 | 0.00 | 0.00 | 02/26/2018 |
| 02/22/2018 | <LCFPOST> | POSTAGE FOR SHIPPING 2/18. | -3.50 | 25.18 | 0.00 | 0.00 | 02/22/2018 |
| 02/22/2018 | LCFPOST | POSTAGE FOR SHIPPING 2/18. | 3.50 | 28.68 | 3.50 | 0.00 | 02/22/2018 |
| 02/12/2018 | DEPMO | 17666601639 ROBERT MORSE | 17.00 | 28.68 | 0.00 | 0.00 | 02/12/2018 |
| 02/12/2018 | EPR | OID:101045314-ComisaryPurc | -3.48 | 11.68 | 0.00 | 0.00 | 02/12/2018 |
| 02/05/2018 | EPR | OID:101043514-ComisaryPurc | -5.34 | 15.16 | 0.00 | 0.00 | 02/05/2018 |
| 02/01/2018 | STATE SAVE | Payroll Deduction | -0.72 | 20.50 | 0.00 | 0.00 | 02/01/2018 |
| 02/01/2018 | PAYROLL | Payroll Transaction | 3.61 | 21.22 | 0.00 | 0.00 | 02/01/2018 |
| 02/01/2018 | STATE SAVE | Payroll Deduction | -0.72 | 17.61 | 0.00 | 0.00 | 02/01/2018 |
| 02/01/2018 | PAYROLL | Payroll Transaction | 3.61 | 18.33 | 0.00 | 0.00 | 02/01/2018 |
| 02/01/2018 | STATE SAVE | Payroll Deduction | -0.72 | 14.72 | 0.00 | 0.00 | 02/01/2018 |
| 02/01/2018 | PAYROLL | Payroll Transaction | 3.61 | 15.44 | 0.00 | 0.00 | 02/01/2018 |
| 02/01/2018 | STATE SAVE | Payroll Deduction | -2.89 | 11.83 | 0.00 | 0.00 | 02/01/2018 |
| 02/01/2018 | PAYROLL | Payroll Transaction | 14.45 | 14.72 | 0.00 | 0.00 | 02/01/2018 |
| 01/22/2018 | EPR | OID:101040782-ComisaryPurc | -0.77 | 0.27 | 0.00 | 0.00 | 01/22/2018 |
| 01/15/2018 | EPR | OID:101039307-ComisaryPurc | -5.34 | 1.04 | 0.00 | 0.00 | 01/15/2018 |
| 01/08/2018 | EPR | OID:101037458-ComisaryPurc | -50.73 | 6.38 | 0.00 | 0.00 | 01/08/2018 |
| 01/03/2018 | STATE SAVE | Payroll Deduction | -2.89 | 57.11 | 0.00 | 0.00 | 01/03/2018 |
| 01/03/2018 | PAYROLL | Payroll Transaction | 14.45 | 60.00 | 0.00 | 0.00 | 01/03/2018 |
| 01/03/2018 | DEPMO | 20751688706 BOB MORSE | 45.00 | 45.55 | 0.00 | 0.00 | 01/03/2018 |

```
                              GEO LAWTON
              :=========================================:
                        Resident Account Summary
                      Tuesday, June 26, 2018   @09:28
              =================================================================
For DOC: 640457    CLARK, DAVID GEORGE
```

| Date | Transaction | Description | Amount | Balance | Owed | Held | Reference |
|------|-------------|-------------|--------|---------|------|------|-----------|
| 06/18/2018 | EPR | OID:101070714-ComisaryPurc | -1.74 | 0.75 | 0.00 | 0.00 | 06/18/2018 |
| 06/11/2018 | EPR | OID:101069260-ComisaryPurc | -4.69 | 2.49 | 0.00 | 0.00 | 06/11/2018 |
| 06/04/2018 | EPR | OID:101067654-ComisaryPurc | -20.31 | 7.18 | 0.00 | 0.00 | 06/04/2018 |
| 06/01/2018 | STATE SAVE | Payroll Deduction | -2.89 | 27.49 | 0.00 | 0.00 | 06/01/2018 |
| 06/01/2018 | PAYROLL | Payroll Transaction | 14.45 | 30.38 | 0.00 | 0.00 | 06/01/2018 |
| 05/19/2018 | PHONE PURCH. | PHONE TIME PURCHASE | -2.00 | 15.93 | 0.00 | 0.00 | 05/19/2018 |
| 05/15/2018 | <MEDICAL> | 1 RX 1 PROVIDER VISIT 5/3. | -4.00 | 17.93 | 0.00 | 0.00 | 05/15/2018 |
| 05/15/2018 | MEDICAL | 1 RX 1 PROVIDER VISIT 5/3. | 4.00 | 21.93 | 4.00 | 0.00 | 05/15/2018 |
| 05/01/2018 | STATE SAVE | Payroll Deduction | -2.89 | 21.93 | 0.00 | 0.00 | 05/01/2018 |
| 05/01/2018 | PAYROLL | Payroll Transaction | 14.45 | 24.82 | 0.00 | 0.00 | 05/01/2018 |
| 04/19/2018 | THIRD PARTY | GIRLS (1,000 PEN-PAL ADDR | -22.00 | 10.37 | 0.00 | 0.00 | 04/19/2018 |
| 04/17/2018 | ERF | OID:101053010-ComisaryRef | 14.64 | 32.37 | 0.00 | 0.00 | 04/17/2018 |
| 04/02/2018 | STATE SAVE | Payroll Deduction | -2.89 | 17.73 | 0.00 | 0.00 | 04/02/2018 |
| 04/02/2018 | PAYROLL | Payroll Transaction | 14.45 | 20.62 | 0.00 | 0.00 | 04/02/2018 |
| 03/29/2018 | DEPMO | 004098 REFUND FOR TRANSCR | 5.00 | 6.17 | 0.00 | 0.00 | 03/29/2018 |
| 03/26/2018 | EPR | OID:101053010-ComisaryPurc | -14.64 | 1.17 | 0.00 | 0.00 | 03/26/2018 |
| 03/20/2018 | ERF | OID:101046772-ComisaryRef | 14.64 | 15.81 | 0.00 | 0.00 | 03/20/2018 |
| 03/19/2018 | EPR | OID:101051777-ComisaryPurc | -2.14 | 1.17 | 0.00 | 0.00 | 03/19/2018 |
| 03/12/2018 | EPR | OID:101050076-ComisaryPurc | -0.50 | 3.31 | 0.00 | 0.00 | 03/12/2018 |
| 03/08/2018 | FUNDRAISER | PIZZA FUNDRAISER | -7.00 | 3.81 | 0.00 | 0.00 | 03/08/2018 |
| 03/05/2018 | EPR | OID:101048288-ComisaryPurc | -4.67 | 10.81 | 0.00 | 0.00 | 03/05/2018 |
| 03/01/2018 | STATE SAVE | Payroll Deduction | -2.89 | 15.48 | 0.00 | 0.00 | 03/01/2018 |
| 03/01/2018 | PAYROLL | Payroll Transaction | 14.45 | 18.37 | 0.00 | 0.00 | 03/01/2018 |
| 02/26/2018 | EPR | OID:101046772-ComisaryPurc | -21.26 | 3.92 | 0.00 | 0.00 | 02/26/2018 |
| 02/22/2018 | <LCFPOST> | POSTAGE FOR SHIPPING 2/18. | -3.50 | 25.18 | 0.00 | 0.00 | 02/22/2018 |
| 02/22/2018 | LCFPOST | POSTAGE FOR SHIPPING 2/18. | 3.50 | 28.68 | 3.50 | 0.00 | 02/22/2018 |
| 02/12/2018 | DEPMO | 17666601639 ROBERT MORSE | 17.00 | 28.68 | 0.00 | 0.00 | 02/12/2018 |
| 02/12/2018 | EPR | OID:101045314-ComisaryPurc | -3.48 | 11.68 | 0.00 | 0.00 | 02/12/2018 |
| 02/05/2018 | EPR | OID:101043514-ComisaryPurc | -5.34 | 15.16 | 0.00 | 0.00 | 02/05/2018 |
| 02/01/2018 | STATE SAVE | Payroll Deduction | -0.72 | 20.50 | 0.00 | 0.00 | 02/01/2018 |
| 02/01/2018 | PAYROLL | Payroll Transaction | 3.61 | 21.22 | 0.00 | 0.00 | 02/01/2018 |
| 02/01/2018 | STATE SAVE | Payroll Deduction | -0.72 | 17.61 | 0.00 | 0.00 | 02/01/2018 |
| 02/01/2018 | PAYROLL | Payroll Transaction | 3.61 | 18.33 | 0.00 | 0.00 | 02/01/2018 |
| 02/01/2018 | STATE SAVE | Payroll Deduction | -0.72 | 14.72 | 0.00 | 0.00 | 02/01/2018 |
| 02/01/2018 | PAYROLL | Payroll Transaction | 3.61 | 15.44 | 0.00 | 0.00 | 02/01/2018 |
| 02/01/2018 | STATE SAVE | Payroll Deduction | -2.89 | 11.83 | 0.00 | 0.00 | 02/01/2018 |
| 02/01/2018 | PAYROLL | Payroll Transaction | 14.45 | 14.72 | 0.00 | 0.00 | 02/01/2018 |
| 01/22/2018 | EPR | OID:101040782-ComisaryPurc | -0.77 | 0.27 | 0.00 | 0.00 | 01/22/2018 |
| 01/15/2018 | EPR | OID:101039307-ComisaryPurc | -5.34 | 1.04 | 0.00 | 0.00 | 01/15/2018 |
| 01/08/2018 | EPR | OID:101037458-ComisaryPurc | -50.73 | 6.38 | 0.00 | 0.00 | 01/08/2018 |
| 01/03/2018 | STATE SAVE | Payroll Deduction | -2.89 | 57.11 | 0.00 | 0.00 | 01/03/2018 |
| 01/03/2018 | PAYROLL | Payroll Transaction | 14.45 | 60.00 | 0.00 | 0.00 | 01/03/2018 |
| 01/03/2018 | DEPMO | 20751688706 BOB MORSE | 45.00 | 45.55 | 0.00 | 0.00 | 01/03/2018 |
| 12/05/2017 | EPR | OID:101030728-ComisaryPurc | -37.25 | 0.55 | 0.00 | 0.00 | 12/05/2017 |
| 12/01/2017 | STATE SAVE | Payroll Deduction | -1.45 | 37.80 | 0.00 | 0.00 | 12/01/2017 |
| 12/01/2017 | PAYROLL | Payroll Transaction | 7.23 | 39.25 | 0.00 | 0.00 | 12/01/2017 |
| 12/01/2017 | THIRD PARTY | CHRISTMAS BOOK SOFTCOVER | -14.24 | 32.02 | 0.00 | 0.00 | 12/01/2017 |
| 11/27/2017 | EPR | OID:101029206-ComisaryPurc | -27.85 | 46.26 | 0.00 | 0.00 | 11/27/2017 |
| 11/01/2017 | STATE SAVE | Payroll Deduction | -1.45 | 74.11 | 0.00 | 0.00 | 11/01/2017 |
| 11/01/2017 | PAYROLL | Payroll Transaction | 7.23 | 75.56 | 0.00 | 0.00 | 11/01/2017 |
| 10/26/2017 | THIRD PARTY | HIGH SCHOOL TRANSCRIPT | -5.00 | 68.33 | 0.00 | 0.00 | 10/26/2017 |
| 10/05/2017 | STATE SAVE | Payroll Deduction | -1.45 | 73.33 | 0.00 | 0.00 | 10/05/2017 |
| 10/05/2017 | PAYROLL | Payroll Transaction | 7.23 | 74.78 | 0.00 | 0.00 | 10/05/2017 |
| 09/28/2017 | DEPMO | 17634094580 BOB MORSE | 60.00 | 67.55 | 0.00 | 0.00 | 09/28/2017 |
| 09/19/2017 | <MEDICAL> | 1 NURSE VISIT 9/11/17 | -2.00 | 7.55 | 0.00 | 0.00 | 09/19/2017 |
| 09/19/2017 | MEDICAL | 1 NURSE VISIT 9/11/17 | 2.00 | 9.55 | 2.00 | 0.00 | 09/19/2017 |
| 09/18/2017 | EPR | OID:101015382-ComisaryPurc | -3.93 | 9.55 | 0.00 | 0.00 | 09/18/2017 |
| 09/07/2017 | <MEDICAL> | 1 NURSE VISIT 8/29/17 | -2.00 | 13.48 | 0.00 | 0.00 | 09/07/2017 |

```
                                GEO LAWTON
            :=================================================:
                         Resident Account Summary
                       Tuesday, June 26, 2018   @09:28

        =========================================================================
For DOC: 640457    CLARK, DAVID GEORGE
------------------------------------------------------------------------------------
  Date    Transaction Description            Amount   Balance   Owed   Held   Reference
------------------------------------------------------------------------------------
09/07/2017 MEDICAL     1 NURSE VISIT 8/29/17    2.00    15.48   2.00   0.00   09/07/2017
09/07/2017 <MEDICAL>   1 NURSE VISIT 8/22/17   -2.00    15.48   0.00   0.00   09/07/2017
09/07/2017 MEDICAL     1 NURSE VISIT 8/22/17    2.00    17.48   2.00   0.00   09/07/2017
09/01/2017 STATE SAVE  Payroll Deduction       -1.45    17.48   0.00   0.00   09/01/2017
09/01/2017 PAYROLL     Payroll Transaction      7.23 iv∂ 18.93  0.00   0.00   09/01/2017
08/16/2017 <MEDICAL>   1 RX 7/27/17            -2.00    11.70   0.00   0.00   08/16/2017
08/16/2017 MEDICAL     1 RX 7/27/17             2.00    13.70   2.00   0.00   08/16/2017
07/17/2017 DEPMO       013503080 DOC FUNDS     13.70    13.70   0.00   0.00   07/17/2017
```

U/F NAME: _____
DOC #: 640457

**Offender Property Inventory**
To be used for Medical/RHU only

| ARTICLE | DESCRIPTION/IDENTIFICATION | ARTICLE | DESCRIPTION/IDENTIFICATION |
|---|---|---|---|
| Television | | Radio | |
| Headphones | | Hotpot | 5 CUP HOT/WASTBRD |
| Razor/Trimmer | | Watch | |
| MP3 Player | | Clock Radio | |

| ARTICLE | AMOUNT | CODE | ARTICLE | AMOUNT | CODE | RHU ITEMS | AMOUNT | |
|---|---|---|---|---|---|---|---|---|
| Books-Hardback | | | Powder, Bath | | | Address Book | | |
| Books-Legal | | P | Razor, Disposable | 1 | P | Bible | 1 | |
| Books-Magazines | 10 | P | Remote | | | Blanket, White | 1 | |
| Books-Paperback | 6 | P | Ring | | | Blanket, Wool | 1 | |
| Bowl | 1 | P | Rubber Boots | | | Box of Envelopes | 1 | |
| Calculator | | | Shaving Cream | | | Boxer Shorts | 3 | |
| Can Opener | | | Shoes-Personal | | | Comb/Brush | 3 | |
| Canteen Bag | 1 | P | Shoes-State | | | Deodorant | | |
| Cap, Baseball | | | Shorts, Gym | 1 | P | Glasses, Case | | |
| Cap, Stocking | 1 | P | Spoon | 1 | P | Glasses, Regular | | |
| Cards, Playing | 1 | | Sweatpants | | | Laundry Bag | 1 | |
| Clock | | | Sweatshirt | | | Mattress | 1 | |
| Combination Lock | | | Thermal, Bottom | 1 | P | Pants, Blue | 2 | |
| Conditioner | | | Thermal, Top | | | Pen/Pencil | 3 | |
| Cup, Plastic | 1 | P | T-shirts | 1 | P | Pillow | 1 | |
| Electric Power Bar | | | TV Cable | | | Pillowcase | | |
| Fingernail Clippers | | | Vaseline | 2 | P | Shampoo | 1 | |
| Glasses, Sun | | | Vitamins | | | Sheet | 1 | |
| Gloves | | | **Canteen Items** | | | Shirts, Blue | 2 | |
| Hair Dressing | | | Styling Gel | 1 | | Shower Shoes | 1 | |
| Hand Lotion | | | A-Soak | 1 | | Soap, Bath | | |
| Handkerchief | | | | | | Soap, Dish | | |
| Ice Chest/Cooler | | | | | | Socks | 6 | P |
| Jacket | | | | | | Stamps | 30 | |
| Lamp, Reading | | | | | | Toilet Paper | | |
| Legal Papers | 7 | | | | | Toothbrush | | |
| Letters, Personal | | | | | | Toothbrush holder | | |
| Mirror | | | | | | Toothpaste | | |
| Photo Album | 1 | P | | | | Towels | 2 | |
| Picture Frame | | | | | | Wash Clothes | | |
| Pictures | | | | | | Writing Tablet | 1 | |

**CODES:   K-KEPT   P-PROPERTY   C-CONFISCATED   D-DESTROYED**

**RHU ITEMS   Items to be given to offender at time of placement in Restricted Housing Unit**

| Inventory Date and Time | Officer Name (Print) | Offender Signature/DOC |
|---|---|---|
| | | |

| Date Returned | Officer Signature | Offender Signature/DOC |
|---|---|---|
| 4/16/18 | Reyes | 640457 |

**All opened/perishable items will not be stored.**

GEO LAWTON

Sent Order 101046772 for CLARK, DAVID GEORGE
Tuesday, March 20, 2018   @09:41

==========================================================================

| ID | Order # | Name |
|----|---------|------|
| 640457 | 101046772 | CLARK, DAVID GEORGE |

| Order Date | Location | Order Form |
|------------|----------|------------|
| 2018-02-26 | H6 C C102 | LEVEL FOUR |

| Alias | Description | Qty | Price | Extend | Tax | Total | Status |
|-------|-------------|-----|-------|--------|-----|-------|--------|
| 6842 | RADIO_AM/FM DIGITAL ALARM CLOCK | 1 | 13.43 | 13.43 | 1.21 | 14.64 | Sent |
| 0397 | NEXT1 COCOA BTTR SOAP 5OZ | 2 | 1.35 | 2.70 | 0.24 | 2.94 | Sent |
| 1091 | BLACK PEN (PLASTIC CLIP) | 1 | 0.45 | 0.45 | 0.04 | 0.49 | Sent |
| 1483 | AJAX_DISH LIQUID LEMON | 1 | 1.50 | 1.50 | 0.14 | 1.64 | Sent |
| 1001 | LARGE STAMPED ENVELOPE | 2 | 0.71 | 1.42 | 0.13 | 1.55 | Sent |

Order Total  19.50   1.76  21.26

| Alias | Description | Qty | Price | Extend | Tax | Total | Sent |
|-------|-------------|-----|-------|--------|-----|-------|------|
| 6842 | RADIO_AM/FM DIGITAL ALARM CLOCK | 1 | 13.43 | 13.43 | 1.21 | 14.64 | No |

Refund Total 13.43   1.21  14.64

| Category | Max Limit | Current | | Funds Available |
|----------|-----------|---------|--|-----------------|
| Order Form Max Limit ($999.99) | 999.99 | 0.00 | | 25.18 |
| Commissary Items | 109.00 | 0.00 | | |
| Phone Cards | 0.00 | 0.00 | | |

```
                          GEO LAWTON
=========================================================
            Sent Order 101053010 for CLARK, DAVID GEORGE
                 Tuesday, April 17, 2018  @08:27

=========================================================

ID                 Order #        Name
  640457             101053010      CLARK, DAVID GEORGE

Order Date                 Location                Order Form
  2018-03-26                 SE2 A A111              LEVEL FOUR
```

| Alias Description | Qty | Price | Extend | Tax | Total | Status |
|---|---|---|---|---|---|---|
| 6842  RADIO_AM/FM DIGITAL ALARM CLOCK | 1 | 13.43 | 13.43 | 1.21 | 14.64 | Sent |
| | Order Total | | 13.43 | 1.21 | 14.64 | |

| Alias Description | Qty | Price | Extend | Tax | Total | Sent |
|---|---|---|---|---|---|---|
| 6842  RADIO_AM/FM DIGITAL ALARM CLOCK | 1 | 13.43 | 13.43 | 1.21 | 14.64 | No |
| | Refund Total | | 13.43 | 1.21 | 14.64 | |

| Category | Max Limit | Current | | Funds Available |
|---|---|---|---|---|
| Order Form Max Limit ($999.99) | 999.99 | 0.00 | | 15.81 |
| Commissary Items | 109.00 | 0.00 | | |
| Phone Cards | 0.00 | 0.00 | | |

**GEO LAWTON**
Inmate Statment for 12/31/2017 - 2/4/2018

ID#:      640457

Name: CLARK, DAVID GEORGE

Date of birth: 1982-04-10

Location: H6 - C - C102

| Balances as of 2/4/2018 : | | | |
|---|---|---|---|
| Available | - Debt | + Encumbered | = Account Balance |
| 20.50 | 0.00 | 0.00 | 20.50 |

Account activity:

Resulting Balances

| Date | Transaction Type | Transaction Description | Amount | Available | Debt | Encumbered |
|---|---|---|---|---|---|---|
| 1/3/2018 | DEPMO | 20751688706 BOB MORSE | 45.00 | 45.55 | 0.00 | 0.00 |
| 1/3/2018 | PAYROLL | Payroll Transaction | 14.45 | 60.00 | 0.00 | 0.00 |
| 1/3/2018 | STATE SAVE | Payroll Deduction | -2.89 | 57.11 | 0.00 | 0.00 |
| 1/8/2018 | EPR | OID:101037458-ComisaryPurch-Reg | -50.73 | 6.38 | 0.00 | 0.00 |
| 1/15/2018 | EPR | OID:101039307-ComisaryPurch-Reg | -5.34 | 1.04 | 0.00 | 0.00 |
| 1/22/2018 | EPR | OID:101040782-ComisaryPurch-Reg | -0.77 | 0.27 | 0.00 | 0.00 |
| 2/1/2018 | PAYROLL | Payroll Transaction | 14.45 | 14.72 | 0.00 | 0.00 |
| 2/1/2018 | STATE SAVE | Payroll Deduction | -2.89 | 11.83 | 0.00 | 0.00 |
| 2/1/2018 | PAYROLL | Payroll Transaction | 3.61 | 15.44 | 0.00 | 0.00 |
| 2/1/2018 | STATE SAVE | Payroll Deduction | -0.72 | 14.72 | 0.00 | 0.00 |
| 2/1/2018 | PAYROLL | Payroll Transaction | 3.61 | 18.33 | 0.00 | 0.00 |
| 2/1/2018 | STATE SAVE | Payroll Deduction | -0.72 | 17.61 | 0.00 | 0.00 |
| 2/1/2018 | PAYROLL | Payroll Transaction | 3.61 | 21.22 | 0.00 | 0.00 |
| 2/1/2018 | STATE SAVE | Payroll Deduction | -0.72 | 20.50 | 0.00 | 0.00 |

Due to computer posting the 'Balances as of 2/4/2018' may not reflect all trransactions posted for this period.  Carefully review the information on this statement.  If you question or dispute any item you must submit a request form to the inmate accounts office within 30 days.

Printed 2/9/2018 at  8:46:36AM          Page 1 of 1                    25920P01-00001 rev 20041014

**GEO LAWTON**

Inmate Statment for 2/3/2018 - 3/4/2018

ID#:    640457

Name: CLARK, DAVID GEORGE

Date of birth: 1982-04-10

Location: H6 - C - C102

| Balances as of 3/4/2018 : | | | |
|---|---|---|---|
| Available | – Debt | + Encumbered | = Account Balance |
| 15.48 | 0.00 | 0.00 | 15.48 |

Account activity:

Resulting Balances

| Date | Transaction Type | Transaction Description | Amount | Available | Debt | Encumbered |
|---|---|---|---|---|---|---|
| 2/5/2018 | EPR | OID:101043514-ComisaryPurch-Reg | -5.34 | 15.16 | 0.00 | 0.00 |
| 2/12/2018 | EPR | OID:101045314-ComisaryPurch-Reg | -3.48 | 11.68 | 0.00 | 0.00 |
| 2/12/2018 | DEPMO | 17666601639 ROBERT MORSE | 17.00 | 28.68 | 0.00 | 0.00 |
| 2/22/2018 | <LCFPOST> | POSTAGE FOR SHIPPING 2/18/18 | -3.50 | 25.18 | -3.50 | 0.00 |
| 2/22/2018 | LCFPOST | POSTAGE FOR SHIPPING 2/18/18 | 3.50 | 25.18 | 0.00 | 0.00 |
| 2/26/2018 | EPR | OID:101046772-ComisaryPurch-Reg | -21.26 | 3.92 | 0.00 | 0.00 |
| 3/1/2018 | PAYROLL | Payroll Transaction | 14.45 | 18.37 | 0.00 | 0.00 |
| 3/1/2018 | STATE SAVE | Payroll Deduction | -2.89 | 15.48 | 0.00 | 0.00 |

Due to computer posting the 'Balances as of 3/4/2018' may not reflect all trransactions posted for this period.  Carefully review the information on this statement.  If you question or dispute any item you must submit a request form to the inmate accounts office within 30 days.

**GEO LAWTON**

Inmate Statment for 3/1/2018 - 4/7/2018

ID#:      640457

Name: CLARK, DAVID GEORGE

Date of birth: 1982-04-10

Location: SE2 - A - A111

| Balances as of 4/7/2018 : | | | |
|---|---|---|---|
| Available | - Debt | + Encumbered | = Account Balance |
| 17.73 | 0.00 | 0.00 | 17.73 |

Account activity:

Resulting Balances

| Date | Transaction Type | Transaction Description | Amount | Available | Debt | Encumbered |
|---|---|---|---|---|---|---|
| 3/5/2018 | EPR | OID:101048288-ComisaryPurch-Reg | -4.67 | -0.75 | 0.00 | 0.00 |
| 3/8/2018 | FUNDRAISER | PIZZA FUNDRAISER | -7.00 | -7.75 | 0.00 | 0.00 |
| 3/12/2018 | EPR | OID:101050076-ComisaryPurch-Reg | -0.50 | -8.25 | 0.00 | 0.00 |
| 3/19/2018 | EPR | OID:101051777-ComisaryPurch-Reg | -2.14 | -10.39 | 0.00 | 0.00 |
| 3/20/2018 | ERF | OID:101046772-ComisaryRefund-Reg | 14.64 | 4.25 | 0.00 | 0.00 |
| 3/26/2018 | EPR | OID:101053010-ComisaryPurch-Reg | -14.64 | -10.39 | 0.00 | 0.00 |
| 3/29/2018 | DEPMO | 004098 REFUND FOR TRANSCRIPTS | 5.00 | -5.39 | 0.00 | 0.00 |
| 4/2/2018 | PAYROLL | Payroll Transaction | 14.45 | 9.06 | 0.00 | 0.00 |
| 4/2/2018 | STATE SAVE | Payroll Deduction | -2.89 | 6.17 | 0.00 | 0.00 |

Due to computer posting the 'Balances as of 4/7/2018' may not reflect all trransactions posted for this
period. Carefully review the information on this statement.  If you question or dispute any item you must
submit a request form to the inmate accounts office within 30 days.

25920P01-00001 rev 20041014

**GEO LAWTON**

Inmate Statment for -

ID#:    640457

Name: CLARK, DAVID GEORGE

Date of birth: 1982-04-10

Location: SE - A - A202

| Balances as of : | | | |
|---|---|---|---|
| Available | - Debt | + Encumbered | = Account Balance |
| 21.93 | 0.00 | 0.00 | 21.93 |

Account activity:

Resulting Balances

| Date | Transaction Type | Transaction Description | Amount | Available | Debt | Encumbered |
|---|---|---|---|---|---|---|
| 4/2/2018 | PAYROLL | Payroll Transaction | 14.45 | 20.62 | 0.00 | 0.00 |
| 4/2/2018 | STATE SAVE | Payroll Deduction | -2.89 | 17.73 | 0.00 | 0.00 |
| 4/17/2018 | ERF | OID:101053010-ComisaryRefund-Reg | 14.64 | 32.37 | 0.00 | 0.00 |
| 4/19/2018 | THIRD PARTY CHK | GIRLS (1,000 PEN-PAL ADDRESSES) | -22.00 | 10.37 | 0.00 | 0.00 |
| 5/1/2018 | PAYROLL | Payroll Transaction | 14.45 | 24.82 | 0.00 | 0.00 |
| 5/1/2018 | STATE SAVE | Payroll Deduction | -2.89 | 21.93 | 0.00 | 0.00 |

Due to computer posting the 'Balances as of ' may not reflect all trransactions posted for this period.
Carefully review the information on this statement. If you question or dispute any item you must submit
a request form to the inmate accounts office within 30 days.

25920P01-00001 rev 20041014

**GEO LAWTON**

Inmate Statment for -

ID#:     640457

Name: CLARK, DAVID GEORGE

Date of birth: 1982-04-10

Location: H7 - B - B205

| Balances as of : | | | |
|---|---|---|---|
| Available | - Debt | + Encumbered | = Account Balance |
| 7.18 | 0.00 | 0.00 | 7.18 |

Account activity:

Resulting Balances

| Date | Transaction Type | Transaction Description | Amount | Available | Debt | Encumbered |
|---|---|---|---|---|---|---|
| 5/15/2018 | <MEDICAL> | 1 RX 1 PROVIDER VISIT 5/3/18 | -4.00 | 6.37 | -4.00 | 0.00 |
| 5/15/2018 | MEDICAL | 1 RX 1 PROVIDER VISIT 5/3/18 | 4.00 | 6.37 | 0.00 | 0.00 |
| 5/19/2018 | PHONE PURCHASE | PHONE TIME PURCHASE | -2.00 | 4.37 | 0.00 | 0.00 |
| 5/19/2018 | | PHONE CALL CHARGE AUTHORIZATION | 2.00 | 2.37 | 0.00 | 2.00 |
| 5/19/2018 | | PHONE CALL CHARGE AUTHORIZATION | -2.00 | 4.37 | 0.00 | 0.00 |
| 6/1/2018 | STATE SAVE | Payroll Deduction | -2.89 | 1.48 | 0.00 | 0.00 |
| 6/1/2018 | PAYROLL | Payroll Transaction | 14.45 | 15.93 | 0.00 | 0.00 |
| 6/4/2018 | EPR | OID:101067654-ComisaryPurch-Reg | -20.31 | -4.38 | 0.00 | 0.00 |

Due to computer posting the 'Balances as of' may not reflect all trransactions posted for this period.
Carefully review the information on this statement. If you question or dispute any item you must submit
a request form to the inmate accounts office within 30 days.

25920P01-00001 rev 20041014

**GEO LAWTON**

Inmate Statment for 10/2/2017 - 11/7/2017

ID#:     640457

Name: CLARK, DAVID GEORGE

Date of birth: 1982-04-10

Location: SE - B - B102

| Balances as of 11/7/2017 : | | | |
|---|---|---|---|
| Available | - Debt | + Encumbered | = Account Balance |
| 74.11 | 0.00 | 0.00 | 74.11 |

Account activity:

Resulting Balances

| Date | Transaction Type | Transaction Description | Amount | Available | Debt | Encumbered |
|---|---|---|---|---|---|---|
| 10/5/2017 | STATE SAVE | Payroll Deduction | -1.45 | 66.10 | 0.00 | 0.00 |
| 10/5/2017 | PAYROLL | Payroll Transaction | 7.23 | 73.33 | 0.00 | 0.00 |
| 10/26/2017 | THIRD PARTY CHK | HIGH SCHOOL TRANSCRIPT | -5.00 | 68.33 | 0.00 | 0.00 |
| 11/1/2017 | PAYROLL | Payroll Transaction | 7.23 | 75.56 | 0.00 | 0.00 |
| 11/1/2017 | STATE SAVE | Payroll Deduction | -1.45 | 74.11 | 0.00 | 0.00 |

Due to computer posting the 'Balances as of 11/7/2017' may not reflect all transactions posted for this period. Carefully review the information on this statement. If you question or dispute any item you must submit a request form to the inmate accounts office within 30 days.

25920P01-00001 rev 20041014

```
                              GEO LAWTON
     =============================================================
                        Resident Account Summary
                    Friday, November 17, 2017  @12:35
     =============================================================
For DOC: 640457     CLARK, DAVID GEORGE
-----------------------------------------------------------------------------------------
  Date      Transaction  Description              Amount   Balance    Owed    Held   Reference
-----------------------------------------------------------------------------------------
11/01/2017 STATE SAVE   Payroll Deduction         -1.45    74.11     0.00    0.00   11/01/2017
11/01/2017 PAYROLL      Payroll Transaction         7.23    75.56     0.00    0.00   11/01/2017
10/26/2017 THIRD PARTY  HIGH SCHOOL TRANSCRIPT     -5.00    68.33     0.00    0.00   10/26/2017
10/05/2017 STATE SAVE   Payroll Deduction         -1.45    73.33     0.00    0.00   10/05/2017
10/05/2017 PAYROLL      Payroll Transaction         7.23    74.78     0.00    0.00   10/05/2017
09/28/2017 DEPMO        17634094580 BOB MORSE      60.00    67.55     0.00    0.00   09/28/2017
09/19/2017 <MEDICAL>    1 NURSE VISIT 9/11/17      -2.00     7.55     0.00    0.00   09/19/2017
09/19/2017 MEDICAL      1 NURSE VISIT 9/11/17       2.00     9.55     2.00    0.00   09/19/2017
09/18/2017 EPR          OID:101015382-ComisaryPurc -3.93     9.55     0.00    0.00   09/18/2017
09/07/2017 <MEDICAL>    1 NURSE VISIT 8/29/17      -2.00    13.48     0.00    0.00   09/07/2017
09/07/2017 MEDICAL      1 NURSE VISIT 8/29/17       2.00    15.48     2.00    0.00   09/07/2017
09/07/2017 <MEDICAL>    1 NURSE VISIT 8/22/17      -2.00    15.48     0.00    0.00   09/07/2017
09/07/2017 MEDICAL      1 NURSE VISIT 8/22/17       2.00    17.48     2.00    0.00   09/07/2017
09/01/2017 STATE SAVE   Payroll Deduction         -1.45    17.48     0.00    0.00   09/01/2017
09/01/2017 PAYROLL      Payroll Transaction         7.23    18.93     0.00    0.00   09/01/2017
08/16/2017 <MEDICAL>    1 RX 7/27/17               -2.00    11.70     0.00    0.00   08/16/2017
08/16/2017 MEDICAL      1 RX 7/27/17                2.00    13.70     2.00    0.00   08/16/2017
07/17/2017 DEPMO        013503080 DOC FUNDS        13.70    13.70     0.00    0.00   07/17/2017
-----------------------------------------------------------------------------------------
```



GEO LAWTON

==================================================

Resident Account Summary

Wednesday, December 13, 2017 @13:12

==================================================================================

For DOC: 640457    CLARK, DAVID GEORGE
----------------------------------------------------------------------------------

| Date | Transaction | Description | Amount | Balance | Owed | Held | Reference |
|------|-------------|-------------|--------|---------|------|------|-----------|
| 12/05/2017 | EPR | OID:101030728-ComisaryPur | -37.25 | 0.55 | 0.00 | 0.00 | 12/05/2017 |
| 12/01/2017 | STATE SAVE | Payroll Deduction | -1.45 | 37.80 | 0.00 | 0.00 | 12/01/2017 |
| 12/01/2017 | PAYROLL | Payroll Transaction | 7.23 | 39.25 | 0.00 | 0.00 | 12/01/2017 |
| 12/01/2017 | THIRD PARTY | CHRISTMAS BOOK SOFTCOVER | -14.24 | 32.02 | 0.00 | 0.00 | 12/01/2017 |
| 11/27/2017 | EPR | OID:101029206-ComisaryPur | -27.85 | 46.26 | 0.00 | 0.00 | 11/27/2017 |
| 11/01/2017 | STATE SAVE | Payroll Deduction | -1.45 | 74.11 | 0.00 | 0.00 | 11/01/2017 |
| 11/01/2017 | PAYROLL | Payroll Transaction | 7.23 | 75.56 | 0.00 | 0.00 | 11/01/2017 |
| 10/26/2017 | THIRD PARTY | HIGH SCHOOL TRANSCRIPT | -5.00 | 68.33 | 0.00 | 0.00 | 10/26/2017 |
| 10/05/2017 | STATE SAVE | Payroll Deduction | -1.45 | 73.33 | 0.00 | 0.00 | 10/05/2017 |
| 10/05/2017 | PAYROLL | Payroll Transaction | 7.23 | 74.78 | 0.00 | 0.00 | 10/05/2017 |
| 09/28/2017 | DEPMO | 17634094580 BOB MORSE | 60.00 | 67.55 | 0.00 | 0.00 | 09/28/2017 |
| 09/19/2017 | <MEDICAL> | 1 NURSE VISIT 9/11/17 | -2.00 | 7.55 | 0.00 | 0.00 | 09/19/2017 |
| 09/19/2017 | MEDICAL | 1 NURSE VISIT 9/11/17 | 2.00 | 9.55 | 2.00 | 0.00 | 09/19/2017 |
| 09/18/2017 | EPR | OID:101015382-ComisaryPur | -3.93 | 9.55 | 0.00 | 0.00 | 09/18/2017 |
| 09/07/2017 | <MEDICAL> | 1 NURSE VISIT 8/29/17 | -2.00 | 13.48 | 0.00 | 0.00 | 09/07/2017 |
| 09/07/2017 | MEDICAL | 1 NURSE VISIT 8/29/17 | 2.00 | 15.48 | 2.00 | 0.00 | 09/07/2017 |
| 09/07/2017 | <MEDICAL> | 1 NURSE VISIT 8/22/17 | -2.00 | 15.48 | 0.00 | 0.00 | 09/07/2017 |
| 09/07/2017 | MEDICAL | 1 NURSE VISIT 8/22/17 | 2.00 | 17.48 | 2.00 | 0.00 | 09/07/2017 |
| 09/01/2017 | STATE SAVE | Payroll Deduction | -1.45 | 17.48 | 0.00 | 0.00 | 09/01/2017 |
| 09/01/2017 | PAYROLL | Payroll Transaction | 7.23 | 18.93 | 0.00 | 0.00 | 09/01/2017 |
| 08/16/2017 | <MEDICAL> | 1 RX 7/27/17 | -2.00 | 11.70 | 0.00 | 0.00 | 08/16/2017 |
| 08/16/2017 | MEDICAL | 1 RX 7/27/17 | 2.00 | 13.70 | 2.00 | 0.00 | 08/16/2017 |
| 07/17/2017 | DEPMO | 013503080 DOC FUNDS | 13.70 | 13.70 | 0.00 | 0.00 | 07/17/2017 |



----------------------------------------------------------------------------------

GEO LAWTON

```
:================================================:
                Resident Account Summary
               Thursday, December 14, 2017  @11:42
```
=============================================================================

For DOC: 640457    CLARK, DAVID GEORGE
------------------------------------------------------------------------------

| Date | Transaction | Description | Amount | Balance | Owed | Held | Reference |
|------|-------------|-------------|--------|---------|------|------|-----------|
| 12/05/2017 | EPR | OID:101030728-ComisaryPur | -37.25 | 0.55 | 0.00 | 0.00 | 12/05/2017 |
| 12/01/2017 | STATE SAVE | Payroll Deduction | -1.45 | 37.80 | 0.00 | 0.00 | 12/01/2017 |
| 12/01/2017 | PAYROLL | Payroll Transaction | 7.23 | 39.25 | 0.00 | 0.00 | 12/01/2017 |
| 12/01/2017 | THIRD PARTY | CHRISTMAS BOOK SOFTCOVER | -14.24 | 32.02 | 0.00 | 0.00 | 12/01/2017 |
| 11/27/2017 | EPR | OID:101029206-ComisaryPur | -27.85 | 46.26 | 0.00 | 0.00 | 11/27/2017 |
| 11/01/2017 | STATE SAVE | Payroll Deduction | -1.45 | 74.11 | 0.00 | 0.00 | 11/01/2017 |
| 11/01/2017 | PAYROLL | Payroll Transaction | 7.23 | 75.56 | 0.00 | 0.00 | 11/01/2017 |
| 10/26/2017 | THIRD PARTY | HIGH SCHOOL TRANSCRIPT | -5.00 | 68.33 | 0.00 | 0.00 | 10/26/2017 |
| 10/05/2017 | STATE SAVE | Payroll Deduction | -1.45 | 73.33 | 0.00 | 0.00 | 10/05/2017 |
| 10/05/2017 | PAYROLL | Payroll Transaction | 7.23 | 74.78 | 0.00 | 0.00 | 10/05/2017 |
| 09/28/2017 | DEPMO | 17634094580 BOB MORSE | 60.00 | 67.55 | 0.00 | 0.00 | 09/28/2017 |
| 09/19/2017 | <MEDICAL> | 1 NURSE VISIT 9/11/17 | -2.00 | 7.55 | 0.00 | 0.00 | 09/19/2017 |
| 09/19/2017 | MEDICAL | 1 NURSE VISIT 9/11/17 | 2.00 | 9.55 | 2.00 | 0.00 | 09/19/2017 |
| 09/18/2017 | EPR | OID:101015382-ComisaryPur | -3.93 | 9.55 | 0.00 | 0.00 | 09/18/2017 |
| 09/07/2017 | <MEDICAL> | 1 NURSE VISIT 8/29/17 | -2.00 | 13.48 | 0.00 | 0.00 | 09/07/2017 |
| 09/07/2017 | MEDICAL | 1 NURSE VISIT 8/29/17 | 2.00 | 15.48 | 2.00 | 0.00 | 09/07/2017 |
| 09/07/2017 | <MEDICAL> | 1 NURSE VISIT 8/22/17 | -2.00 | 15.48 | 0.00 | 0.00 | 09/07/2017 |
| 09/07/2017 | MEDICAL | 1 NURSE VISIT 8/22/17 | 2.00 | 17.48 | 2.00 | 0.00 | 09/07/2017 |
| 09/01/2017 | STATE SAVE | Payroll Deduction | -1.45 | 17.48 | 0.00 | 0.00 | 09/01/2017 |
| 09/01/2017 | PAYROLL | Payroll Transaction | 7.23 | 18.93 | 0.00 | 0.00 | 09/01/2017 |
| 08/16/2017 | <MEDICAL> | 1 RX 7/27/17 | -2.00 | 11.70 | 0.00 | 0.00 | 08/16/2017 |
| 08/16/2017 | MEDICAL | 1 RX 7/27/17 | 2.00 | 13.70 | 2.00 | 0.00 | 08/16/2017 |
| 07/17/2017 | DEPMO | 013503080 DOC FUNDS | 13.70 | 13.70 | 0.00 | 0.00 | 07/17/2017 |

------------------------------------------------------------------------------

Oklahoma Department of Corrections

Time Sheet

For the Month of : October 31, 2017

Current Days Remaining Report for: **640457** **CLARK,DAVID G**

Case Supervisor: **HARDWICK,MICHELL**

Housing Unit: **LCF-UNIT 6-POD C-CELL 111-LOWER**

CRF # **2010-1906** Counts: **1**

| Effective date | Time Served | Earned | Lost | Other | Month Net | Days Remaining |
|---|---|---|---|---|---|---|
| 30 SEP 2017 | | | | | | 10085 |
| 31 OCT 2017 | 31 | 0 | 0 | 0 | 31 | 10054 |

Comments: **gca**

CRF # **2010-1906** Counts: **2**

| Effective date | Time Served | Earned | Lost | Other | Month Net | Days Remaining |
|---|---|---|---|---|---|---|
| 30 SEP 2017 | | | | | | 10085 |
| 31 OCT 2017 | 31 | 0 | 0 | 0 | 31 | 10054 |

Comments: **gca**

CRF # **2010-1906** Counts: **3**

| Effective date | Time Served | Earned | Lost | Other | Month Net | Days Remaining |
|---|---|---|---|---|---|---|
| 30 SEP 2017 | | | | | | 6346 |
| 31 OCT 2017 | 31 | 22 | 0 | 15 | 68 | 6278 |

Comments: **gca**

OMS0025M

Date Printed: 20 DEC 2017

Oklahoma Department of Corrections

Time Sheet

For the Month of :  November 30, 2017

Current Days Remaining Report for:    **640457**    **CLARK, DAVID G**

Case Supervisor:    **HARDWICK, MICHELL**

Housing Unit:    **LCF-UNIT 6-POD C-CELL 111-LOWER**

**CRF #  2010-1906**    Counts:  1

| Effective date | Time Served | Earned | Lost | Other | Month Net | Days Remaining |
|---|---|---|---|---|---|---|
| 31 OCT 2017 | | | | | | 10054 |
| 30 NOV 2017 | 30 | 0 | 0 | 0 | 30 | 10024 |

Comments:  gca

**CRF #  2010-1906**    Counts:  2

| Effective date | Time Served | Earned | Lost | Other | Month Net | Days Remaining |
|---|---|---|---|---|---|---|
| 31 OCT 2017 | | | | | | 10054 |
| 30 NOV 2017 | 30 | 0 | 0 | 0 | 30 | 10024 |

Comments:  gca

**CRF #  2010-1906**    Counts:  3

| Effective date | Time Served | Earned | Lost | Other | Month Net | Days Remaining |
|---|---|---|---|---|---|---|
| 31 OCT 2017 | | | | | | 6241 |
| 30 NOV 2017 | 30 | 33 | 0 | 15 | 78 | 6163 |

Comments:  gca

025M

Date Printed:  27 APR 2018

Oklahoma Department of Corrections

Page :   1

Time Sheet

For the Month of :   March 31, 2018

---

Current Days Remaining Report for:      640457      CLARK,DAVID G

Case Supervisor:   MICHAUD,ANISSA

Housing Unit:   LCF-SHU-POD A-CELL 202-UPPER

---

CRF #   2010-1906      Counts:  1

| Effective date | Time Served | Earned | Lost | Other | Month Net | Days Remaining |
|---|---|---|---|---|---|---|
| 28 FEB 2018 | | | | | | 9934 |
| 31 MAR 2018 | 31 | 0 | 0 | 0 | 31 | 9903 |
| 31 Mar | | | | | | 9873 |
| 30 Apr 2018 | | | | | | |

Comments:   GCA

---

CRF #   2010-1906      Counts:  2

| Effective date | Time Served | Earned | Lost | Other | Month Net | Days Remaining |
|---|---|---|---|---|---|---|
| 28 FEB 2018 | | | | | | 9934 |
| 31 MAR 2018 | 31 | 0 | 0 | 0 | 31 | 9903 |
| | | | | | | 9873 |

Comments:   GCA

---

CRF #   2010-1906      Counts:  3

| Effective date | Time Served | Earned | Lost | Other | Month Net | Days Remaining |
|---|---|---|---|---|---|---|
| 28 FEB 2018 | | | | | | 5911 |
| 31 MAR 2018 | 31 | 44 | 0 | 15 | 90 | 5821 |
| 31 Mar | 30 | 44 | 0 | 0 | | 5806 |
| 30 Apr 2018 | | | | | 74 | 5732 |

Comments:   GCA

---

Date Printed: 23 MAR 2018

Oklahoma Department of Corrections

Time Sheet

For the Month of :    February 28, 2018

Page :   1

---

Current Days Remaining Report for:    640457    CLARK,DAVID G

Case Supervisor:    MICHAUD,ANISSA

Housing Unit:    LCF-UNIT 6-POD C-CELL 102-UPPER

CRF #   2010-1906      Counts:  1

| Effective date | Time Served | Earned | Lost | Other | Month Net | Days Remaining |
|---|---|---|---|---|---|---|
| 31 JAN 2018 | | | | | | 9962 |
| 28 FEB 2018 | 28 | 0 | 0 | 0 | 28 | 9934 |

Comments:   GCA

CRF #   2010-1906      Counts:  2

| Effective date | Time Served | Earned | Lost | Other | Month Net | Days Remaining |
|---|---|---|---|---|---|---|
| 31 JAN 2018 | | | | | | 9962 |
| 28 FEB 2018 | 28 | 0 | 0 | 0 | 28 | 9934 |

Comments:   GCA

CRF #   2010-1906      Counts:  3

| Effective date | Time Served | Earned | Lost | Other | Month Net | Days Remaining |
|---|---|---|---|---|---|---|
| 31 JAN 2018 | | | | | | 5998 |
| 28 FEB 2018 | 28 | 44 | 0 | 15 | 87 | 5911 |

Comments:   GCA

OMS0025M

ate Printed: 22 MAY 2018

Oklahoma Department of Corrections

Time Sheet

For the Month of :    April 30, 2018

Page :    1

Current Days Remaining Report for:    640457    CLARK,DAVID G

Case Supervisor:    MICHAUD,ANISSA

Housing Unit:    LCF-SHU-POD A-CELL 202-UPPER

CRF #    2010-1906    Counts:  1

| Effective date | Time Served | Earned | Lost | Other | Month Net | Days Remaining |
|---|---|---|---|---|---|---|
| 31 MAR 2018 | | | | | | 9903 |
| 30 APR 2018 | 30 | 0 | 0 | 0 | 30 | 9873 |

Comments:

CRF #    2010-1906    Counts:  2

| Effective date | Time Served | Earned | Lost | Other | Month Net | Days Remaining |
|---|---|---|---|---|---|---|
| 31 MAR 2018 | | | | | | 9903 |
| 30 APR 2018 | 30 | 0 | 0 | 0 | 30 | 9873 |

Comments:

CRF #    2010-1906    Counts:  3

| Effective date | Time Served | Earned | Lost | Other | Month Net | Days Remaining |
|---|---|---|---|---|---|---|
| 31 MAR 2018 | | | | | | 5806 |
| 30 APR 2018 | 30 | 44 | 0 | 0 | 74 | 5732 |

Comments:

OMS0025M

Oklahoma Department of Corrections

Time Sheet

For the Month of :   July 31, 2018

Current Days Remaining Report for:    **640457**     **CLARK,DAVID G**

Case Supervisor:    **RODGERS,NORA M**

Housing Unit:    **LCC-6N-Q1-132-TOP**

CRF #    **2010-1906**     Counts: **1**

| Effective date | Time Served | Earned | Lost | Other | Month Net | Days Remaining |
|---|---|---|---|---|---|---|
| 30 JUN 2018 | | | | | | 9812 |
| 31 JUL 2018 | 31 | 0 | 0 | 0 | 31 | 9781 |

Comments:   GCC

CRF #    **2010-1906**     Counts: **2**

| Effective date | Time Served | Earned | Lost | Other | Month Net | Days Remaining |
|---|---|---|---|---|---|---|
| 30 JUN 2018 | | | | | | 9812 |
| 31 JUL 2018 | 31 | 0 | 0 | 0 | 31 | 9781 |

Comments:   GCC

CRF #    **2010-1906**     Counts: **3**

| Effective date | Time Served | Earned | Lost | Other | Month Net | Days Remaining |
|---|---|---|---|---|---|---|
| 30 JUN 2018 | | | | | | 5553 |
| 31 JUL 2018 | 31 | 44 | 0 | 15 | 90 | 5463 |

Comments:   GCC

Date Printed:  13 SEP 2018

Oklahoma Department of Corrections

Page:   1

Time Sheet

For the Month of :    August 31, 2018

---

Current Days Remaining Report for:     640457      CLARK,DAVID G

Case Supervisor:     RODGERS,NORA M

Housing Unit:   LCC-6N-Q1-132-TOP

132

---

CRF #   2010-1906     Counts:  1

| Effective date | Time Served | Earned | Lost | Other | Month Net | Days Remaining |
|---|---|---|---|---|---|---|
| 31 JUL 2018 | | | | | | 9781 |
| 31 AUG 2018 | 31 | 0 | 0 | 0 | 31 | 9750 |

Comments:   GCC

---

CRF #   2010-1906     Counts:  3

| Effective date | Time Served | Earned | Lost | Other | Month Net | Days Remaining |
|---|---|---|---|---|---|---|
| 31 JUL 2018 | | | | | | 5463 |
| 31 AUG 2018 | 31 | 44 | 0 | 15 | 90 | 5373 |

Comments:   GCC

---

CRF #   2010-1906     Counts:  2

| Effective date | Time Served | Earned | Lost | Other | Month Net | Days Remaining |
|---|---|---|---|---|---|---|
| 31 JUL 2018 | | | | | | 9781 |
| 31 AUG 2018 | 31 | 0 | 0 | 0 | 31 | 9750 |

Comments:   GCC

*Jan 90*
*Feb 87*
*Mar 87*
*Apr 90*
*May 87*
*June 90*
*July 87 5463*
*Aug. 90 5373*

OMS0025M