THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DAVID GEORGE CLARK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIV-20-224-R |
| | ) | |
| OKLAHOMA DEPARTMENT OF CORRECTIONS, et al., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiff filed this action alleging violation of his constitutional rights with regard to certain conditions of confinement. Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C) the matter was referred to United States Magistrate Judge Gary M. Purcell for preliminary review. On March 30, 2020, Judge Purcell issued a Report and Recommendation wherein he recommended the Petition be denied. (Doc. No. 16). The record reflects that Petitioner has not objected to the Report and Recommendation within the time limits prescribed therein nor sought an extension of time in which to object to the Report and Recommendation. Accordingly, the Report and Recommendation is ADOPTED IN ITS ENTIRETY and the Complaint is DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED** this 27th day of April 2020.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE