**THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **DAVID GEORGE CLARK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIV-20-224-R** |
| | ) | |
| **OKLAHOMA DEPARTMENT** | ) | |
| **OF CORRECTIONS, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## JUDGMENT

In accordance with the Court's Order entered this same day, the Complaint herein is DISMISSED WITHOUT PREJUDICE.

ENTERED this 27th day of April 2020.

_____
**DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE**